IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JANELL MCDOWELL AND STEPHANIE SANDERS | * | |
| PLAINTIFFS, | * | |
| VS. | * | CASE NO.: 1:06cv314-CSC |
| SOUTHERN NUCLEAR OPERATING COMPANY, INC. | * | A TRIAL BY JURY IS REQUESTED |
| DEFENDANT. | * | |

## COMPLAINT

### I. INTRODUCTION

1. This is an action for declaratory judgment, equitable relief, and money damages, instituted to secure the protection of and to redress the deprivation of rights secured through the Civil Rights Act of 1866, as amended by Section 101 of the Civil Rights Act of 1991, and codified as 42 U.S.C. Section 1981, and 42 U.S.C. 2000e, which provide for relief from racial discrimination in employment.

### II. JURISDICTION

2. Jurisdiction of this Court in invoked pursuant to 28 U.S.C. Sections 1331, 1343(4); 28 U.S.C. Sections 2201 and 2202.

3. The unlawful employment practices alleged herein below were committed by the Defendant within Houston County, Alabama. Venue is proper under 28 U.S.C. Section 1391(b).

### III. STATEMENT OF ALLEGATIONS

4. Plaintiffs are black females and residents of the Middle District of Alabama living in Dale and Houston County and over the age of 19 years;

5. Both Plaintiffs were employed by the Defendant in the Maintenance Department at the Farley Nuclear Plant in Houston County, Alabama;

6. Beginning in the Summer of 2005, both Plaintiffs began to experience disparate treatment by their supervisor;

7. Plaintiff McDowell was accused of creating a hostile work environment because she did not "greet" a white female co-worker;

8. Plaintiff Sanders was accused of harassment by management for not "greeting" or talking to this same white female co-worker;

9. Both Plaintiffs were disciplined for their "behavior" before they were ultimately terminated;

10. The Plaintiffs were disciplined for this "infraction" while whites committed more egregious conduct and were not disciplined at all.

11. The Defendant maintains a racially hostile environment where whites are not punished for serious offenses but blacks are punished for minor or imagined offenses.

### IV. CLAIMS FOR RELIEF

12. Plaintiffs request that the Defendant be ordered to permanently cease and desist from all race discrimination in employment;

13. Plaintiffs claim that the Defendant's conduct has caused them pain,

humiliation, suffering and financial loss for which they seek compensatory damages of $4,000,000.00 (four million dollars);

**14.** Plaintiffs seek punitive damages of $1,000,000.00 (one million dollars) from this Defendant in that it knew or should have known that its actions were violations of long standing law and purposefully pursued this unlawful course.

**15.** Any and all other relief, including attorney's fees and costs to which they may be entitled.

                                        Malcolm R. Newman, Attorney, P.C.

                                        */s/ Malcolm R. Newman*
                                        Malcolm R. Newman (NEW017)
                                        Attorney for Plaintiff
                                        P.O. Box 6137
                                        Dothan, Alabama 36302
                                        (334) 792-2132
                                        ASB-2826-M39M