AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Janell McDowell and Stephanie Sanders
V.

Southern Nuclear Operating Company, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06cv314-CSC

TO: (Name and address of Defendant)

Southern Nuclear Operating Company, Inc.
40 Inverness Center Pkwy.
Birmingham, AL 35242

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Malcolm R. Newman, Attorney, P.C.
Malcolm R. Newman
P.O. Box 6137
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

(By) DEPUTY CLERK

DATE 4/13/06