| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *C. Colbert*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  *E. COLBERT*   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Southern Nuclear Operating Co.<br>c/o Bentina C. Terry<br>40 Inverness Center Pkwy.<br>Birmingham, AL 35242 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>*1:06CV314-CSC*<br>*S+C* |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 0390 0006 2755 5697 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540