IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JANELL MCDOWELL AND STEPHANIE SANDERS**, <br><br>　　Plaintiffs, <br><br>v. <br><br>**SOUTHERN NUCLEAR OPERATING COMPANY, INC.**, <br><br>　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) **CIVIL ACTION NO.** <br> **1:06-cv-314-CSC** |

## REPORT OF PARTIES' PLANNING MEETING

**1.　Appearances**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26.1(d), a meeting was held and was attended by:

　　a.　Malcolm R. Newman, Esq. on behalf of the Plaintiff.

　　b.　Lisa J. Sharp, Esq. on behalf of the Defendant.

**2.　Pre-Discovery Disclosures**

The parties will exchange by **June 13, 2006** the information required by Local Rule 26.1(a)(1).

**3.　Discovery Plan**

The parties jointly propose to the court the following discovery plan:

　　a.　Discovery will be sought on the following subjects:

　　　　All matters addressed in the parties' pleadings, including the complaint and counterclaim and the defenses asserted thereto.

b.	Unless modified by court order for good cause shown, discovery must be commenced in time to be completed by **February 15, 2007**. The parties recognize that discovery may be sought from third persons over whom neither party has direct control, which may necessitate a request for an extension of this deadline.

c.	Unless modified by stipulation of the parties:

### Interrogatories

Maximum of 30 by each party to each party, including sub-parts, with responses due within 30 days after service.

### Requests for Admission

Maximum of 15 by each party, including sub-parts, with responses due within 30 days after service.

### Depositions

Maximum of 6 depositions for the Plaintiff and 6 depositions for the Defendant with a maximum time limit of 7 hours per deposition, unless extended by agreement of the parties.

### Requests for Production

Maximum of 32 by each party, including sub-parts, with responses due within 30 days after service.

### Supplementation

Supplements under Rule 26(e), Fed. R. Civ. P., are due 30 days before the close of discovery, or as soon as reasonably possible after the information and documents are discovered.

### Expert Testimony

Unless modified by stipulation of the parties, the disclosure of expert witnesses – including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specialty retained or employed expert – are due:

a. From the Plaintiff. **September 15, 2006**.

b. From the Defendant. **October 16, 2006**.

4. **Other Items**

### Scheduling Conference

The parties do not request a scheduling conference prior to the entry of the Scheduling Order.

### Parties

Plaintiff should be allowed until **July 15, 2007** to join any additional parties and Defendant should be allowed until **July 30, 2007** to join additional parties.

### Pleadings

Plaintiff should be allowed until **July 15, 2007** to amend the pleadings and that Defendant should be allowed until **July 30, 2007** to amend the pleadings.

### Dispositive Motions

All potentially dispositive motions must be filed by **January 16, 2007**.

### Pre-trial Conference

The parties request a final pretrial conference after the Court's ruling on all dispositive motions.

### **Alternate Dispute Resolution Plan**

The parties believe that this case should be evaluated at the appropriate time for proceeding upon one or more of the tracks provided by the Court's Alternative Dispute Resolution Plan.

### **Final Lists**

Final lists of trial witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) must be served and filed 30 days prior to trial. Parties should have 7 days after service of final lists of trial witnesses and exhibits to list objections under Rule 26(a)(3).

### **Trial**

The case should be ready for trial by **May 14, 2007** and at this time is expected to take approximately **3** days, although the actual number of trial days needed may differ based on information learned during discovery.

Submitted this ____day of _____, 2006.


/s/ Malcolm R. Newman
Attorney for Plaintiff

**OF COUNSEL:**
Malcolm R. Newman (NEW017)
P.O. Box 6137
Dothan, Alabama 36302
Telephone: (334) 792-2132
ASB-2826-M39M

/s/ Lisa J. Sharp
Attorney for Defendant

4

**OF COUNSEL:**
Lisa J. Sharp (SHA035)
Attorney for Southern Nuclear
　Operating Company
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5708
E-mail: lsharp@balch.com
ASB-1061-H53L