IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 JUN -2  A 10: 10

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JANELL MCDOWELL and STEPHANIE SANDERS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SOUTHERN NUCLEAR OPERATING )<br>COMPANY, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 1:06cv314-CSC |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_June 1, 2006_
Date

_Malcolm R. Newman_
Signature

JANELL MCDOWELL & STEPHANIE SANDERS
Counsel For (**print** name of all parties)

P.O. Box 6137, Dothan, Alabama 36302
Address, City, State Zip Code

334-792-2132
Telephone Number

**DO NOT ELECTRONICALLY FILE THIS DOCUMENT**