IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 JUN -1 A 9: 26

| | |
|---|---|
| JANELL MCDOWELL and STEPHANIE SANDERS, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHERN NUCLEAR OPERATING COMPANY, INC., <br><br> Defendant. | ) ) ) ) ) ) ) CIVIL ACTION NO. 1:06cv314-CSC ) ) ) ) ) ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

5/31/06
Date

[Signature]
Signature

Southern Nuclear Operating Company
Counsel For (**print** name of all parties)

Balch & Bingham LLP  1710 S. 6th Avenue North
Address, City, State Zip Code        Birmingham, AL 35203

205/226-8714
Telephone Number

**DO NOT ELECTRONICALLY FILE THIS DOCUMENT**