IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JANELL MCDOWELL AND STEPHANIE SANDERS**, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) **CIVIL ACTION NO.** ) **1:06-cv-314-CSC** |
| **SOUTHERN NUCLEAR OPERATING COMPANY, INC.**, | ) ) ) |
| Defendant. | |

## NOTICE OF APPEARANCE

Please enter the appearance of Brent T. Cobb (COB020), Balch & Bingham, LLP, Post Office Box 306, Birmingham, Alabama 35201, as additional counsel of record for Southern Nuclear Operating Company, Inc.  The Court and opposing counsel are requested to include Mr. Cobb in service and distribution of all pleadings, motions and orders filed or entered herein.

Respectfully submitted this 11th day of October, 2006.

/s/ Brent T. Cobb
Attorney for Defendant

**OF COUNSEL:**
Lisa J. Sharp (SHA035)
Brent T. Cobb (COB020)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306

Telephone: (205) 251-8100
Facsimile: (205) 488-5708
E-mail: lsharp@balch.com
bcobb@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 11th day of October, 2006:

Malcolm Newman
P. O. Box 6137
Dothan, Alabama 36302

/s/ Brent T. Cobb
OF COUNSEL