IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JANELL MCDOWELL AND STEPHANIE SANDERS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:06-cv-314-CSC |
| SOUTHERN NUCLEAR OPERATING COMPANY, INC., | ) ) ) | |
| Defendant. | | |

## JOINT MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

Plaintiffs Janell McDowell and Stephanie Sanders ("Plaintiffs") and Defendant Southern Nuclear Operating Company, Inc. ("Southern Nuclear") jointly request this Court to extend the dispositive motion deadline by a period of forty-five (45) days. In support thereof, the Parties show as follows:

1. Under the Court's scheduling order, the current dispositive motion deadline is November 21, 2006.

2. Counsel for the Defendant began taking Plaintiff McDowell's deposition on October 6, 2006. Plaintiff Sanders' deposition was to follow after the conclusion of Plaintiff McDowell's deposition. During the course of Plaintiff McDowell's deposition, a good faith dispute arose between the Parties as to whether Plaintiff Sanders, since she had yet to be deposed, could be present during

the deposition of Plaintiff McDowell. The Parties agreed to adjourn the deposition and reconvene at a later date once the dispute had been resolved. The Parties worked in good faith to resolve the dispute and report that they have resolved the dispute.

3. The Parties also note that during her deposition Plaintiff McDowell recalled that she had given a cassette tape relevant to her allegations to the National Association for the Advancement of Colored People ("NAACP"). Plaintiff McDowell agreed during her deposition to recover the cassette tape from the NAACP and produce it to Southern Nuclear.

4. The Parties are now in the process of rescheduling the remainder of Plaintiff McDowell's deposition as well as Plaintiff Sanders' deposition. However, Counsel for the Plaintiffs has two trials scheduled for the latter part of October and a third trial set for early November. As such, the Parties anticipate having some difficulty in rescheduling the Plaintiffs' depositions prior to the dispositive motion deadline. Moreover, Southern Nuclear would like to give Plaintiff McDowell an opportunity to recover the cassette tape from the NAACP and produce it to Southern Nuclear prior to reconvening her deposition.

5. A forty-five (45) day extension of the dispositive motion deadline would give Plaintiff McDowell an opportunity to contact the NAACP to retrieve the cassette tape and would give the Parties sufficient time to reschedule and take

the Plaintiffs' depositions without unduly delaying the scheduling order set by this Court.

6. In light of the foregoing, the Parties respectfully request that the Court extend the current dispositive motion deadline by a period of forty-five (45) days.

/s/ Malcolm Newman
Attorney for Plaintiffs

**OF COUNSEL:**
Malcolm Newman
P. O. Box 6137
Dothan, Alabama 36302
MNewman470@aol.com

/s/ Lisa J. Sharp
Attorney for Defendant

**OF COUNSEL:**
Lisa J. Sharp (SHA035)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5708
E-mail: lsharp@balch.com