## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JANELL MCDOWELL AND** | ) | |
| **STEPHANIE SANDERS**, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **1:06-cv-314-CSC** |
| | ) | |
| **SOUTHERN NUCLEAR OPERATING** | ) | |
| **COMPANY, INC.,** | ) | |
| | | |
| **Defendant.** | | |

### JOINT MOTION FOR PROTECTIVE ORDER

The Plaintiffs and Defendant, having conferred in good faith, jointly move this Honorable

Court to enter the attached Protective Order so as to protect the legitimate privacy interests of the

parties and non-parties involved in this action.

Respectfully submitted this  17th day of October, 2006.


/s/ Malcolm  Newman (w/consent)
Attorney for Plaintiff
Malcolm Newman
Post Office Box 6137
Dothan, Alabama 36302
(334) 792-2132 Telephone
Email: mnewman470@aol.com

/s/ Lisa J. Sharp
One of the Attorneys for Defendant
Lisa J. Sharp (SHA035)
Brent T. Cobb (COB020)
Balch & Bingham, LLP
1710 Sixth Avenue North
Birmingham, Alabama 35203
(205) 251-8100 Telephone
(205) 226-8798 Facsimile
Email:  lsharp@balch.com
        bcobb@balch.com