IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANELL MCDOWELL and STEPHANIE SANDERS, <br><br> Plaintiffs, <br> v. <br><br> SOUTHERN NUCLEAR OPERATING COMPANY, INC., <br><br> Defendant. | Civil Action No. <br> CV 06-CV-314-CSC |

**JOINT MOTION FOR ENTRY OF QUALIFIED
<u>HIPAA PROTECTIVE ORDER</u>**

Plaintiffs Janell McDowell and Stephanie Sanders and Defendant Southern Nuclear Operating Company, Inc., move this Honorable Court to enter the attached order to govern the production and protection of certain Protected Health Information ("PHI") so that the parties, and any third party receiving any subpoena, may comply with the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). As grounds for this motion, the parties state:

1. In this action, the plaintiffs are seeking emotional distress damages. Certain healthcare records relevant to the plaintiffs' claims are maintained by third parties and subject to HIPAA. These records may be

relevant and responsive to many discovery requests and the parties wish to comply with HIPAA and this Court's Uniform Initial Order, while conducting efficient and economical litigation.

    2.   The proposed HIPAA order is attached hereto. Both parties believe that this order will provide for the efficient production of documents and compliance with HIPAA.

    WHEREFORE, PREMISES CONSIDERED the parties request this Court to enter the attached order.

    Respectfully submitted this <u>8th</u> day of November, 2006.

    <u>/s/ Malcolm R. Newman</u>
    Attorney for Plaintiffs

    Malcolm R. Newman
    P.O. Box 6137
    Dothan, Alabama  36302


    <u>/s/ Brent T. Cobb</u>
    One of the Attorneys for
    Defendant

    Lisa J. Sharp
    Brent T. Cobb
    Balch & Bingham, LLP
    1710 6th Avenue North
    Birmingham, Alabama  35203
    Telephone:  205-226-8722
    Facsimile:  205-226-8798