IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JANELL MCDOWELL and STEPHANIE SANDERS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:06-CV-314-CSC |
| SOUTHERN NUCLEAR OPERATING COMPANY, INC., | ) ) ) | |
| Defendant. | ) | |

## MOTION FOR SUMMARY JUDGMENT

Defendant Southern Nuclear Operating Company, Inc., respectfully moves, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for the entry of summary judgment in its favor on all claims asserted by the Plaintiffs. As grounds for this motion, Defendant shows that there is no genuine issue as to any material fact, and that it is entitled to judgment as a matter of law. This Motion is based upon the pleadings, the evidentiary materials to be submitted, and Defendant's Memorandum of Law in Support of its Motion for Summary Judgment.

/s/ Lisa J. Sharp
Lisa J. Sharp (SHA035)
Brent T. Cobb (COB020)
Attorneys for Defendant, Southern Nuclear
Operating Company
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5708
E-mail: lsharp@balch.com
           bcobb@balch.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 21st day of December, 2006:

Attorney for Plaintiff
Malcolm Newman
Post Office Box 6137
Dothan, Alabama 36302
(334) 792-2132 Telephone
Email: mnewman470@aol.com

                                      Respectfully submitted,

                                      /s/ Lisa J. Sharp
                                      Lisa J. Sharp (SHA035)
                                      Brent Cobb (COB020)
                                      Attorney for Defendant, Southern Nuclear
                                      Operating Company
                                      BALCH & BINGHAM LLP
                                      Post Office Box 306
                                      Birmingham, AL 35201-0306
                                      Telephone: (205) 251-8100
                                      Facsimile: (205) 488-5708
                                      E-mail: lsharp@balch.com
                                                      bcobb@balch.com