IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JANELL MCDOWELL and STEPHANIE SANDERS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:06-CV-314-CSC |
| SOUTHERN NUCLEAR OPERATING COMPANY, INC., | ) ) ) | |
| Defendant. | ) | |

## DEFENDANT'S EVIDENTIARY SUBMISSION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant Southern Nuclear Operating Company, Inc. hereby gives notice of filing the following evidence in further support of its Motion for Summary Judgment:

1. Deposition of Janell McDowell with selected exhibits

2. Deposition of Stephanie M. Sanders with selected exhibits

3. Declaration of Sharon Bestwick with attached exhibits

4. Declaration of Deborah Crutchfield with attached exhibits

5. Declaration of Cheri D. Collins with attached exhibit

6. Declaration of John W. Wright with attached exhibits

7. Declaration of John Randal "Randy" Johnson with attached exhibits

8. Declaration of Paul R. Bizjak

9. Declaration of Timothy Wilson

10. Declaration of Shelley Murrell with attached exhibit

11. Declaration of Rebecca L. Badham

12. Declaration of Don E. Grissette

13. Declaration of Clifton "Clif" L. Buck, Jr.

14. Declaration of Mark Freeman with attached exhibit

15. Declaration of Lisa A. Tulloss with attached exhibits

Respectfully submitted this 21st day of December, 2006.

        /s/ Lisa J. Sharp             .
Lisa J. Sharp (SHA035)
Brent Cobb (COB020)
Attorneys for Defendant, Southern Nuclear Operating Company
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5708
E-mail: lsharp@balch.com
       bcobb@balch.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 21st day of December, 2006:

Attorney for Plaintiff
Malcolm Newman
Post Office Box 6137
Dothan, Alabama 36302
(334) 792-2132 Telephone
Email: mnewman470@aol.com

        Respectfully submitted,

        /s/ Lisa J. Sharp
        Lisa J. Sharp
        Bar Number: SHA035
        Brent Cobb
        Bar Number: COB020
        Attorney for Defendant, Southern Nuclear Operating Company
        BALCH & BINGHAM LLP
        Post Office Box 306
        Birmingham, AL 35201-0306
        Telephone: (205) 251-8100
        Facsimile: (205) 488-5708
        E-mail: lsharp@balch.com
              bcobb@balch.com