IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JANELLE MCDOWELL and STEPHANIE )
SANDERS, )
　 )
　　　　Plaintiffs, )
　 )
v. )      CIVIL ACTION NO.
　 )      1:06-CV-314-CSC
　 )
SOUTHERN NUCLEAR OPERATING )
COMPANY, INC., )
　 )
　　　　Defendant. )

## DECLARATION OF SHARON F. BESTWICK

1.　　My name is Sharon Bestwick.  I am over the age of majority, and I have personal knowledge of the matters in this declaration.

2.　　I am employed by Southern Nuclear Operating Company ("Southern Nuclear" or the "Company") as an Employee Relations Coordinator, and I am assigned to support the Joseph M. Farley Nuclear Plant ("Plant Farley" or the "Plant") located in Houston County.  My office is located at Southern Nuclear's Corporate Headquarters in Shelby County.

3.　　In my capacity as an Employee Relations Coordinator, I have access to and/or maintain custody over employee files, grievance files, Company policies and guidelines, and other employment information and documentation.  In response to Janell McDowell's and Stephanie Sanders' allegations of discrimination, I have reviewed the Company files relating to their allegations and performed an investigation.  The following information is based on my personal knowledge, my review of the relevant documentation, and my

Declaration of Sharon Bestwick
In the matter of: McDowell and Sanders v. Southern Nuclear

investigation. Some of the information provided herein is a supplement to the information provided by other supervisors and managers at Southern Nuclear.

4. One of my responsibilities as an Employee Relations Coordinator is to conduct employee investigations at the request of Company management. Another one of my job duties is to advise management on administering discipline to employees under the Company's Positive Discipline Guideline at the Company sites for which I am responsible. My Department's involvement in Management's discipline decisions is intended to ensure that discipline is consistently administered. A copy of the Company's Positive Discipline Guideline is located at **EXHIBIT A**.

5. In early August 2005, I was asked to investigate an allegation of harassment and a hostile work environment by two Plant Farley employees, Tammy Caldwell and Jennifer White. Caldwell's written complaint of a hostile work environment is located at **EXHIBIT B**. A written summary of the Plant Farley Facilities Foremen's observations of the meeting that Caldwell and White say prompted their complaint is located at **EXHIBIT C**.

6. Tammy Caldwell and Jennifer White were employed at Plant Farley as Facilities Helpers. "Helpers" are entry level, labor-intensive positions at Southern Nuclear. Helpers are subject to the Collective Bargaining Agreement between Southern Nuclear and Local 796 of the International Brotherhood of Electrical Workers.

7. Contemporaneous with the hostile environment complaint, management learned that several Facilities Helpers had swapped job

2

Case 1:06-cv-00314-CSC    Document 19-4    Filed 12/21/2006    Page 3 of 100
Declaration of Sharon Bestwick
In the matter of: McDowell and Sanders v. Southern Nuclear

assignments without their supervision's approval. The Helper group previously had been instructed that they were not to swap job assignments unless a member of Facility Supervision approved the assignment change. The employees identified as having swapped jobs without appropriate supervisory approval were Phyllis Hughes, Leonard Russ, Janell McDowell, Stephanie Sanders, Doris Ashford, and Bobby White.

8. On or about August 4, 2005, I interviewed Tammy Caldwell and Jennifer White separately about their harassment allegations and I reviewed the July 20, 2005 Interviews of Jennifer White and Tammy Caldwell written up by Jim Parrish, Maintenance Superintendent. Caldwell and White both told me about a picture of a brown recluse spider that had been put up in a break room used by the Helpers. They said the picture had derogatory, handwritten notes on it. Caldwell and White said the picture represented a hostile environment and they felt it was directed at them. The notes on the picture were in two different handwritings, one of which they felt was one of their co-workers, Phyllis Hughes. White told me she took the picture down and put it in her bag because she was ashamed for anyone else to see it. A copy of the picture with the handwritten comments is attached to this declaration at **EXHIBIT D**.

9. During the investigation, White also told me about being called at home and informed that co-workers Janell McDowell, Phyllis Hughes, Stephanie Sanders, and Chris Hill were planning to make a complaint about Caldwell and White being shown favoritism by the Facilities Foremen. White also said that co-workers McDowell, Hughes, Sanders, Doris Ashford and Chris Stovall tried to

3

Declaration of Sharon Bestwick
In the matter of: McDowell and Sanders v. Southern Nuclear

discredit her with the union by spreading rumors about White getting on union committees to get out of work.  White became very upset and had tears in her eyes when she told me that she resigned from being co-chair of the Plant Safety Committee and decided not to run for the union's executive board to try to get "people off [her] back."

10.    White further told me that her peers talk about her, roll their eyes and get mad with her when she does the work she is assigned to do.  She said that she heard McDowell make comments about White "kissing up to the Foremen" or hanging out in the Foremen's office when White comes out of the Foremen's office.  She also reported hearing the phrase "suck asses in the Foreman office" when she has walked out of the office.  White said that the only other way to communicate with the Foremen is through the assignment sheet and that is not an effective way to communicate.

11.    Both Caldwell and White described how McDowell, Sanders and Hughes would stop talking with they entered a room, suggesting to Caldwell and White that they had been the topic of conversation.  White said that she felt a lot of the animosity arose because of her and Caldwell's efforts to help the new Foremen who came to the Facilities Department in July 2004.   White's perception was that several of the Helpers, including McDowell, Chris Stovall and Darrin Williams, wanted to see the Foremen fail.  White said she felt that by "communicating with Foremen and working together everyone can be successful."

4

Declaration of Sharon Bestwick
In the matter of: McDowell and Sanders v. Southern Nuclear

12.    White also said that she and Caldwell took overtime on one occasion when Facilities Foremen Phillip Avery was going to allow two Helpers to pre-shift or clock in early at 11:00. According to White, "you would have thought that the world had come to an end" based on their co-workers' reaction.    When overtime was assigned to other Helpers in a similar manner a few weeks prior, however, White said no one batted an eye.

13.    Caldwell and White also told me that a meeting with Doris Ashford on Friday, July 29, 2005, prompted their complaint to management. According to Caldwell, when Ashford asked to speak with her, she insisted on having White attend the meeting, and Ashford finally reluctantly agreed. Ashford told Caldwell that she was speaking with her as a union steward; however, Caldwell and White felt that nothing Ashford said was union business, and the union president later told me that he told Ashford prior to the meeting that the topics were not union business. During the meeting, Caldwell and White said Ashford read through a written list of complaints/issues with Caldwell. A copy of the list that Ashford used to speak with Caldwell is located at **EXHIBIT E**. Caldwell and White told me that they felt harassed, intimidated and threatened by Ashford during the meeting. Caldwell, in particular, felt threatened by a reference to "skeletons" in her closet related to her alleged sexual misconduct while at an outage at Plant Hatch in Georgia in 2004.

14.    Caldwell also told me that Doris Ashford said she had been watching Caldwell and had seen her in the Foremen's office after her shift ended. Because she checked the overtime list, Ashford told Caldwell she knew Caldwell

5

Declaration of Sharon Bestwick
In the matter of: McDowell and Sanders v. Southern Nuclear

was not on Company time when she was in the Foremen's office after her shift ended. Ashford also criticized Caldwell not for taking a break with the rest of the Helper group and told Caldwell that she was not trusted by the group. Ashford also told Caldwell that the way Caldwell "works" causes hard feelings towards her by the other Helpers.

15.    White said also that several of the Helpers blamed her for the Company's termination of Derick Henderson, an African American male Helper who was terminated in 2003 as a result of a sexual harassment investigation initiated after former Facilities Helper Tracy Morris complained that Henderson sexually harassed her.

16.    I next interviewed Stephanie Sanders and then Janell McDowell. When I questioned Ms. McDowell about whether she asked Doris Ashford to talk with Tammy on her behalf, her response was, "I spoke with Doris and said as a job steward that she needed to talk with Tammy about being in the Foreman's office. That is her job as a job steward."

17.    McDowell also commented that if Caldwell wasn't in the office "chit chatting", how would she know that Phyllis [Hughes] was in trouble? This was said in reference to Phyllis Hughes' recent discipline for inappropriate attire at the Plant site.    Both Sanders and McDowell told me that Caldwell and White being in the Foremen's office created the perception of favoritism between them and the Foremen. McDowell said that she does not go into the Foremen's office to "chit chat."

6

Declaration of Sharon Bestwick
In the matter of: McDowell and Sanders v. Southern Nuclear

18.   Janell McDowell admitted to me that she brought to the plant a document about five pages in length that showed a spider bite and the progressive damage from the bite with a picture of a brown recluse spider to encourage safety discussions about the danger of brown recluse spiders. McDowell told me that while she did not see Hughes write on the comments on the spider picture that she had made reference to it. Hughes said to McDowell, we have a snitch is the group and she (Hughes) was being singled out. Both Sanders and McDowell said that the comments on the spider picture were directed at Tammy Caldwell.

19.   Sanders told me that the Foremen did not treat everyone fairly. An example she gave was Phyllis Hughes', Caucasian female, discipline for inappropriate attire. She said that what Caldwell and others wore at a Plant Hatch outage the previous year was more inappropriate, but they did not get disciplined. McDowell also said that Hughes had not been treated fairly in this instance. McDowell told me that she (McDowell) has come to work directly from a funeral, was running late, and had to change clothes prior to starting work. She also gave examples of Sanders, Derrol Johnson, African American male, and Gamaska Vickers, African American male, Caldwell, as well as visitors coming to the Plant in street clothes and not being disciplined. Another example of unfair treatment given by McDowell was when Facilities Foreman Shelly Murrell, a Caucasian female, told Phyllis Hughes to "be quiet." McDowell said that everyone was talking, but Murrell's instruction was directed only to Hughes.

7

Declaration of Sharon Bestwick
In the matter of: McDowell and Sanders v. Southern Nuclear

20.    McDowell also told me about going to a work area that had not been cleaned by the previous shift and her having to do two peoples' work. When I asked her why she did not report that the previous shift had not done their job, she said, "That's not my job! It's the Foreman's job. The Foreman needs to put out expectations."

21.    When I interviewed Doris Ashford, an African American Helper and union steward, she told me that the consensus among the Helpers was that Caldwell could not be trusted. A.G. James, the union president, accompanied Ashford into the interview. When I asked Ashford whether she was speaking on behalf of the union when she met with Caldwell, she said, "More on behalf of the group," and James shook his head, indicating to me that Ashford had not acted in her role as a union steward. Ashford said the list that she read from during the meeting with Caldwell was notes that she made to herself.

22.    When I asked Ashford why she had the meeting with Tammy, she said several people came to her with different issues and that as the job steward she felt it was her duty to address on a one on one basis instead of involving all. Regarding the various topics on the list, Ashford told me that just about everybody in the Helper group had come to her about those issues with Caldwell at one time or another. Ashford said she did not go out to people and ask what they thought about the topics. Ashford said she had a problem telling Caldwell that she had skeletons in her closet that people knew about, but that this was something that members of the group were saying. Ashford also said that the statement was not meant to be a threat. Ashford's notes on this issue are as

8

Declaration of Sharon Bestwick
In the matter of: McDowell and Sanders v. Southern Nuclear

follows: "U need 2 remember these R the ones who know all about the "skeletons" U put in your closet in Georgia, including Phyllis. They do know who, what, where, when = How cuz your "boy toy" was telling it all. If they hated U – they'd of told it to your family."

23.    During the meeting with Ashford, union president A.G. James told me that Caldwell and White had asked him numerous times to help with the situation between them and the Helper group. He said he told them that the union does not get involved in domestic issues. He told me that Caldwell and White did not feel that they were getting preferential treatment. James said he told Ashford before she had the meeting with Caldwell and White that it was not the type of thing that the union does. He said he told her the union tries to stay out of any domestic situation with employees unless it is representing them or a contract issue.

24.    Phyllis Hughes admitted during the investigation that she had written one set of the comments on the spider picture and that she did it because she "felt spidery" that day. She said she could not recall to whom her comments were directed. Hughes told me that the Helpers were aggravated by their observations of Tammy Caldwell receiving more favorable treatment. Hughes didn't like the idea of Caldwell and White being in the Foremen's office and questioned how much work they could be doing. She said that Caldwell and White were "chit chatting," and do not need to be that close to the Foremen. She said that Caldwell and White needed to get close to their peers and that there was a great possibility that they are tattling on their peers while they are in the office.

Case 1:06-cv-00314-CSC   Document 19-4   Filed 12/21/2006   Page 10 of 100
Declaration of Sharon Bestwick
In the matter of: McDowell and Sanders v. Southern Nuclear

Hughes denied asking Ashford to speak with Caldwell about being in the Foremen's office but was aware Ashford planned to talk with Caldwell.

25.    Nine (9) Facilities Department employees were interviewed during the hostile environment investigation, including Caldwell, White, Sanders, McDowell, Hughes, Ashford, John Wright, Leonard Russ, and Chris Stovall. A copy of my typewritten notes made during the employee interviews (August 4, 5, and 17) is located at **EXHIBIT F**. Also attached are the July 20 interviews of White and Caldwell by Jim Parrish and Deborah Crutchfield, written up by Jim Parrish, which was the beginning of the investigation, is located at **EXHIBIT G**.

26.    Based on information revealed in the harassment investigation and information uncovered regarding Helpers' unauthorized job swapping, management decided to terminate one employee, Phyllis Hughes, a Caucasian female, and to discipline several other Helpers.

27.    Several factors contributed to management's decision to terminate Hughes' employment, including the following: her past unacceptable performance, the fact that she was under discipline, her contribution to a hostile work environment and harassment of co-workers, and her unauthorized swapping of job assignments. A copy of Management's Discussion Guide for Phyllis Hughes' termination is located at **EXHIBIT H**.

28.    Among the Helpers who received discipline were Janell McDowell and Doris Ashford, both of whom received a Decision Making Leave (DML), the third and final level of discipline under Southern Nuclear's Positive Discipline Policy.

Declaration of Sharon Bestwick
In the matter of: McDowell and Sanders v. Southern Nuclear

29.     When a DML is issued, the supervisor describes the performance deficiencies to the employee, the severity of the problem, and the need for the employee to make a decision concerning continued employment.  The employee is told that this is the third and final level of discipline and is given the following work day off *with pay* to consider the circumstances.   The first work day following the DML, the employee is to report to the supervisor with a decision to make a total performance commitment or to resign.  If the employee makes a total performance commitment, specific notice should be given that any performance problems requiring discipline during the 18 months the DML remains active will result in discharge.  When the employee's decision is to continue employment, the DML is documented by writing a letter to the employee outlining the discussion, decision and commitment to improve.  The DMLs issued to McDowell and Ashford both stated that the consequences for failing to improve to an acceptable level would be termination of employment.

30.     In addition to the DML, Ashford also was placed on a Performance Improvement Plan ("PIP") which was developed to address her deficiencies in meeting management's expectations and to assist her in improving her identified shortcomings.   A copy of the Employee Discipline Guide and Performance Improvement Plan for Ashford is located at **EXHIBIT I.**

31.     McDowell's discipline was based on her having contributed to a hostile work environment, her swapping jobs without Facility Supervision's approval, and her conduct and comments indicating that she was attempting to

11

Declaration of Sharon Bestwick
In the matter of: McDowell and Sanders v. Southern Nuclear

create a division between employees and supervision. A copy of the Employee

Discipline Guide for McDowell is located at **EXHIBIT J**.

32.    African American Helper Leonard Russ was issued a DML for

interfering in interactions between supervision and another employee, refusing to

meet with supervision without union representation when he was told it was not

needed, and swapped job assignments after being instructed not to by Facilities

Supervision. A copy of the Employee Discipline Guide for Russ is located at

**EXHIBIT K**.

33.    Stephanie Sanders also was issued discipline. She received a

Written Reminder.

34.    Under Southern Nuclear's Positive Discipline policy, a Written

Reminder is the second level of formal discipline. When an employee is issued a

Written Reminder, the supervisor must describe performance deficiencies to the

employee, explain job expectations and the good business reasons for their

existence, and the consequences if the problem is not corrected. The employee is

told that this is the second level of formal discipline and is asked to make a

commitment to correct the problem. Following the conversation, the supervisor

sends a letter to the employee to document the discussion and a copy is placed in

the employee's personnel file. If the employee corrects the problem, the letter

will be removed from the personnel file and given to the employee 12 months

later with verbal recognition for improving. If the employee does not correct the

problem or a similar infraction occurs within 12 months, discipline should be

escalated to the next level unless discharge is warranted. The supervisor's role in

Declaration of Sharon Bestwick
In the matter of: McDowell and Sanders v. Southern Nuclear

the written reminder is to emphasize the employee's responsibility for performance and create a partnership for problem solving.

35. Sanders was issued a Written Reminder based in part on her having engaged in harassing conduct towards co-workers, her failure to participate in meetings with supervision, and her having swapped job assignments without the approval of Facility Supervision. A copy of the Employee Discipline Guide for Sanders is located at **EXHIBIT L**.

36. African American Helper Bobby White was issued a Written Reminder for failure to follow work instructions. Specifically, White was disciplined for swapping job assignments without the approval of Facilities Supervision. A copy of the Employee Discipline Guide for White is located at **EXHIBIT M**.

37. McDowell was terminated on or about September 16, 2005, for not meeting management's expectations under the terms of her DML. A copy of the Management Discussion Guide that was read to McDowell during her termination meeting is located at **EXHIBIT N**. To my knowledge, neither race nor gender played any role in the decision to terminate McDowell's employment.

38. Southern Nuclear received a Notice of Charge of Discrimination along with Janell McDowell's Charge of Discrimination ("EEOC charge"). The Notice of Charge for McDowell is located at **EXHIBIT O**. McDowell's EEOC Charge is located at **EXHIBIT P**. The Notice of Charge reflected that "No action" was required by the Company, however, and Southern Nuclear was never required to respond to McDowell's Charge. A little more than one month after

Declaration of Sharon Bestwick
In the matter of: McDowell and Sanders v. Southern Nuclear

McDowell filed her EEOC Charge, the EEOC dismissed the Charge, and SNC received notice that McDowell's EEOC Charge had been dismissed. A copy of the Dismissal and Notice of Rights is located at **EXHIBIT Q**.

39.    Stephanie Sanders' employment was terminated on November 1, 2005 for Job Abandonment.   The letter that Sanders faxed to the Plant on the evening of November 1, 2005, was not accepted as a resignation because Sanders did not specifically state that she resigned her employment nor did she sign the letter. A copy of Sanders' letter is located at **EXHIBIT R.**   To my knowledge, neither race nor gender played any role in the decision to terminate Sanders' employment. A copy of the Company's letter to Sanders notifying her of her termination is located at **EXHIBIT S**.

40.    Southern Nuclear has never received notice from the Equal Employment Opportunity Commission ("EEOC") that Stephanie Sanders filed an EEOC Charge, and the Company never received any Charge of Discrimination filed by Sanders.

41.    Two former Facilities Foremen were issued discipline in 2004 because they took no action regarding an inappropriate birthday cake brought to the Plant by a Facilities Helper. Patrica Glasco, an African American female, and Howard Maddox, a Caucasian male who was a Plant Hatch employee working an outage at Plant Farley, both received Oral Reminders because of their failure to address the situation. A copy of the Employee Discipline Guide for Glasco is located at **EXHIBIT T.** A copy of the Employee Discipline Guide for Maddox is located at **EXHIBIT U.**

14

Declaration of Sharon Bestwick
In the matter of: McDowell and Sanders v. Southern Nuclear

42.    Facilities Helper Chris Stovall was issued an Oral Reminder in May 2003 after he threw down his hard hat as a result of becoming agitated and upset over a job assignment.    Although Stovall was alleged to have engaged in misconduct during the hostile environment investigation, the information that I gathered did not support the allegation and he was not issued discipline.    The Employee Discipline Guide for Stovall is located at **EXHIBIT V**.    Stovall is an African American male and is currently employed at Plant Farley as a Systems Operator in Training.

43.    Michael Rinehart, a Caucasian Nuclear Security Officer, was issued discipline on August 24, 2005 for using vulgar, inappropriate and unprofessional language.    Rinehart said to another employee, "I know you are sucking Eddie Cheshire's dick," and used profanity in speaking with another employee. Rinehart was issued a Written Reminder for this conduct.    A copy of the Employee Discipline Guide for Rinehart is located at **EXHIBIT W**.

44.    On November 11, 2002, African American Facilities Helper Kelvin Jones was issued a Written Reminder for saying to Helper Phyllis Hughes that a bag left open was like someone's legs left wide open.    He also invaded Hughes' privacy by looking into her bag and picking up her paycheck.    A copy of the Employee Discipline Guide for Kelvin Jones is located at **EXHIBIT X**.    Jones resigned his employment in April 2004 after Corporate Security began investigating false firewatch log entries.    Jones briefly spoke with Corporate Security by phone and confirmed that the entries were false during the investigation.

Declaration of Sharon Bestwick
In the matter of: McDowell and Sanders v. Southern Nuclear

45.    Former Facilities Foreman Bill Barber was issued discipline for engaging in inappropriate behavior with female subordinates.  A copy of the Employee Discipline Guide for Barber is located at **EXHIBIT Y.**

46.    In his wrongful termination lawsuit, *Derrick J. Henderson v. Joseph M. Farley Nuclear Plant, et al.* Civil Action No. 03-M-1219-S, United States District Court of the Middle District of Alabama, Southern Division, former Facilities Helper Derick Henderson, who is African American, alleged that Barber, who is Caucasian, engaged in similar misconduct but had been treated much more favorably by the Company.  Barber's misconduct, however, was not comparable to that for which Henderson was terminated.  I am not aware of any employee who was found to have engaged in misconduct similar to Henderson's misconduct.

47.    At the conclusion of the internal investigation of Morris' allegation of sexual harassment by Henderson, her allegation  was supported by the following:

- Henderson's admission that he placed a jacket around Morris' waist;

- Andy Massey's, Caucasian male, and Kelvin Jones', African American male, eye witnesses' account of Henderson placing a jacket around Morris' waist after making suggestive comments;

- Phyllis Hughes', Caucasian female, and Eddie Harris' , African American male, confirmation that Henderson pulled money out of his pocket around female employees, implicating he would pay for sex;

- Luan Stevens', Caucasian female, statement that Morris and Hughes approached her regarding Henderson's conduct toward them and asked for her assistance;

- Stevens' statement that she asked Eddie Harris to speak with Henderson about this behavior;

Declaration of Sharon Bestwick
In the matter of: McDowell and Sanders v. Southern Nuclear

- Harris' statement that Stevens asked him to speak with Henderson and that he spoke with Henderson about his conduct;

- Henderson's admission that he turned his head and shielded his eyes with his hands when Morris bent over;

- Jonna "Sunny" Hayden's, Caucasian female, observation of Morris bend over to get something, and Henderson look at her and look away, putting his hand up at his eye as if to shield his eyes from looking at Morris. Henderson made a comment that Hayden could not hear; and

- Ashley Key's, Caucasian female, observation of Henderson put his hand up to his eye as if to shield the view and chuckle when Morris bent over to get something. Key observed another male chuckle as well.

48. Based on the above, Southern Nuclear management concluded that on multiple occasions Henderson engaged in inappropriate conduct in association with other employees in violation of, but not limited to, the Company's Workplace Free of Harassment Policy. Executive management believed the internal investigation documented and revealed a pattern of harassing behavior unacceptable in the workplace. Barnie Beasley, the Company's President, and other members of management determined that Henderson's conduct merited his termination. As a result, Henderson's employment was terminated on or about May 5, 2003.

49. U.S. District Judge Myron Thompson granted Southern Nuclear's motion for summary judgment against Henderson.

50. African American Helper Eddie Harris was rated as a "Top Performer" in 2000, 2001, 2002, 2003 and 2004. A Top Performer rating means an employee is ranked within the top 10% of employees at the Plant for the work year in question. Top Performers receive a larger annual bonus than other employees. The annual bonus that Southern Nuclear employees receive is paid

Declaration of Sharon Bestwick
In the matter of: McDowell and Sanders v. Southern Nuclear

out pursuant to the Company's Pay for Performance Plan ("PPP") and most employees refer to the payment as PPP.   PPP is paid out each year in March for the previous work year.   The management at each Southern Nuclear site ranks every site employee either a 1, 2A, 2B or 3.  Top Performers are "1" and the lowest performing employees are rated "3".   Employees who are rated a "3" receive no PPP.   Employees must be employed on December 31 of any given year to be entitled to PPP for that year.   Employees who either are terminated or resign during a work year are not eligible for PPP for that year.

51.   Janell McDowell and Stephanie Sanders received PPP in March 2004 for the 2003 work year.   The gross amount that McDowell and Sanders received was $6,048.   They both received PPP in March 2005 in the gross amount of $6,641 for the 2004 work year.

52.   Former Facilities Helper Tammy Caldwell was rated a Top Performer for work years 2004 and 2005.

53.   Jacqueline Cureton Boutwell resigned from Southern Nuclear effective January 29, 2005.   A copy of her letter of resignation is located at **EXHIBIT Z**.   Because she was employed on December 31, 2004, she received PPP for the 2004 work year.

54.   I conducted the hostile environment investigation in the manner that I routinely conduct employee investigations.   Neither race nor gender played any role in the way I conducted the 2005 hostile environment investigation.   I was not aware that either McDowell or Sanders allegedly had complained of

Declaration of Sharon Bestwick
In the matter of: McDowell and Sanders v. Southern Nuclear

being mistreated based on a protected status until Sanders so testified during her

deposition in November 2006.

I declare under the penalty of perjury that the foregoing is true and

correct.

*Sharon F. Bestwick*

Sharon F. Bestwick

Date: 12-13-06

19



Search  ⊘ This Site ⊙ SO Web  [_____] [ GO ]  advanced  help

SO Today : Ethics & Compliance :  Policies :  SNC Corporate Guidelines - Human Resources

Feedback | Site Map | FAQ

▸ Home
▸ Corporate Policies
▸ Concerns Program
▸ Compliance Program
▸ Code of Ethics
▸ Southern Style

**SNC Corporate Guidelines - Human Resources**

# 720-008 - POSITIVE DISCIPLINE

**Effective: 04/01/91
Revised:  12/21/05**

**Southern
Nuclear**



EXHIBIT
A

---

## POLICY

This guideline sets forth the Southern Nuclear Operating
Company's commitment to enhance employee
performance, stimulate individual accountability, and
foster self-discipline through a performance
management approach that recognizes exceptional
performance and addresses performance problems
through proactive, nonpunitive measures.

## *APPLICABILITY*

This guideline applies to all regular full-time, regular
part-time and cooperative education employees of
Southern Nuclear.

## *IMPLEMENTATION OVERVIEW*

A well disciplined work force is vital to the responsible
operation of the Southern Company's nuclear facilities.
To attain standards of excellence, supervisors must
ensure that Southern Nuclear's expectations of safety,
performance, and efficiency are met.

Positive Discipline is a nonpunitive system which
properly places the responsibility for performance on
the individual. Individual performance is essential to
accomplishment of corporate and organizational goals.
Good performers make valuable contributions and
should be recognized. Unacceptable performance is
cause for reminding the employee of job expectations,
as well as the need to commit to improvement. Candid,
nonthreatening communications between supervisors
and employees build relationships and team
commitment.

## *THE PERFORMANCE*

# *MANAGEMENT PROCESS*

### *RECOGNITION*

Recognizing good performance is the primary component of ensuring commitment to the team objectives. Supervisors are encouraged to be creative in recognizing employees. Recognition might take the form of an informal conversation, a memo to the employee, or formal commendation to be included in the employee's corporate personnel file.

Examples of employee actions that supervisors should recognize are:

1. Performance that exceeds job expectations.

2. Dedication to safety.

3. Commitment to the highest ethical standards.

4. Demonstrated initiative and dependability.

5. Innovation and sound problem solving.

6. Effective and appropriate response to emergency.

7. Contributions that enhance safety or productivity.

8. Positive team spirit.

9. Technical or professional excellence.

### *COACHING*

Coaching is one-to-one communication between employees and supervisors. It is an effective method for the immediate supervisor to encourage optimum performance or address an emerging performance problem before formal discipline is required.

Coaching is an everyday activity that gains the employee's commitment through training, communication, and feedback on performance expectations, goal setting, and problem solving.

Documentation of coaching should be at the supervisor's discretion.

### *FORMAL DISCIPLINE*

#### *Oral Reminder*

#### *Application*

The *oral reminder* is the first level of formal discipline. It is used when an employee does not respond to coaching or when the seriousness of the problem warrants this level of discipline.

The oral reminder is the supervisor's verbal description of employee performance deficiencies. The supervisor explains to the employee the job expectations and the

good business reasons for their existence. The employee is told that this is the first level of formal discipline and is asked to make a commitment to correct the problem. The supervisor's role in the oral reminder is to emphasize the employee's responsibility for performance and create a partnership for problem solving.

*Approvals*

-Immediate Supervisor

Note: Any supervisor considering formal disciplinary action should consult with Employee Relations for advice and to ensure consistent treatment of employees.

*Documentation*

The oral reminder is documented by completing the Employee Discipline Guide (Attachment 1), providing a copy to the employee, and forwarding a copy to the Manager-Employee Relations.

If the employee corrects the problem, the Employee Discipline Guide will be removed from the personnel file and given to the employee 6 months later, with verbal recognition for the improvement. If the employee does not correct the problem, or a similar infraction occurs within 6 months, discipline should be escalated to the next level unless a higher level of discipline is warranted.

*Written Reminder*

*Application*

A *written reminder* is the second level of formal discipline. It is used when an employee does not meet a commitment to improve following an oral reminder or when a single infraction is serious enough to warrant this level of discipline.

The supervisor describes performance deficiencies to the employee, explains job expectations and the good business reasons for their existence, and the consequences if the problem is not corrected. The employee is told that this is the second level of formal discipline and is asked to make a commitment to correct the problem. Following the conversation, the supervisor sends a letter to the employee to document the discussion. The supervisor's role in the written reminder is to emphasize the employee's responsibility for performance and create a partnership for problem solving.

*Approvals*

Immediate Supervisor

Note: Any supervisor considering formal disciplinary action should consult with Employee Relations for advice and to ensure consistent treatment of employees.

*Documentation*

A written reminder is documented by writing a letter summarizing the conversation to the employee and forwarding a copy to the Manager-Employee Relations.

If the employee corrects the problem, the letter will be removed from the personnel file and given to the employee 12 months later with verbal recognition for improving. If the employee does not correct the problem or a similar infraction occurs within 12 months, discipline should be escalated to the next level unless discharge is warranted.

*Decision Making Leave*

*Application*

A *decision making leave (DML)* is the third and final level of formal discipline. It is used when an employee does not meet a commitment to improve following a written reminder, or when a single infraction is serious enough to warrant this level of discipline.

The immediate supervisor describes the performance deficiencies to the employee, the severity of the problem, and the need for the employee to make a decision concerning continued employment. The employee is told that this is the third and final level of discipline and is given the following work day off *with pay* to consider the circumstances. The first work day following the DML, the employee is to report to the supervisor with a decision to make a total performance commitment or to resign. If the employee makes a total performance commitment, specific notice should be given that any performance problem requiring discipline during the time the DML remains active will result in discharge. Because return from a DML represents a total performance commitment, any discipline active at the time a DML is administered, whether Oral Reminder or Written Reminder, will remain active for the duration of the DML.

*Approvals*

*Manager*

Note:  Any manager considering formal disciplinary action should consult with Employee Relations for advice and to ensure consistent treatment of employees.

*Documentation*

When the employee's decision is to continue employment, the DML is documented by writing a letter to the employee outlining the discussion, decision and commitment to improve. The Employee Discipline Guide and a copy of the DML letter will be forwarded to the Manager-Employee Relations.

If the employee corrects the problem, the letter will be removed from the employee's personnel file 18 months

later and given to the employee with verbal recognition for improvement.
When the employee's decision is to resign, the DML should be noted on the discharge record.

### Discharge

Discharge is the result of an employee's failure to meet acceptable standards of performance. It will occur when an employee fails to show the required improvement after a DML or when an employee commits an infraction so serious that progression through the formal levels of discipline is not warranted.

The following management must approve discharges:
Nuclear Plant General Manager - plant employees
Organizational Vice President - corporate employees

Note: Any manager considering termination should consult with Employee Relations for advice and to ensure consistent treatment of employees.

# ADMINISTRATIVE GUIDELINES

## PERFORMANCE PROBLEMS

Performance problems requiring discipline are divided into three general categories:

1. Safety and/or conduct.

2. Work performance.

3. Attendance.

An employee may have a maximum of three oral reminders at one time, each of which must be in a separate category. Should a performance problem occur in a category where there is already an active oral reminder, the discipline must escalate to a higher level, usually a written reminder.

An employee may have a maximum of two written reminders at one time, each of which must be in a separate category. Should a performance problem occur in a category where there is already an active written reminder, the discipline must escalate to a higher level, usually a DML. Likewise, if two written reminders are in effect and a problem develops in a third category, the disciplinary level must also escalate.

Because the DML requires a total performance commitment, there may be *only one active DML*. Should a performance problem occur which warrants formal discipline while there is an active DML, the employee should be discharged.

### Contingency Leave

A contingency leave is used to remove the employee from the work place while the Company investigates serious infractions or alleged infractions. These

infractions may include, but not be limited to, theft, fighting, Fitness-For-Duty, certain safety violations, insubordination, and alleged criminal involvement.

Immediate supervisors have authority to place an employee on contingency leave; however, this leave should be reserved for very serious situations requiring immediate removal from duty.

Employees placed on Contingency Leave will be paid, with the exception of employees removed from duty due to a Fitness For Duty violation.

### DEACTIVATION

Discipline remains active for a specified time provided the employee satisfactorily corrects the problem and has no further discipline. Discipline remains active as follows:

Oral reminder - 6 months*

Written reminder - 12 months*

Decision making leave - 18 months

*Any discipline active at the time a DML is administered, whether Oral Reminder or Written Reminder, will remain active for the duration of the DML.

Upon deactivation, documentation is removed from the personnel file and returned to the employee. A confidential copy is retained by the Manager-Employee Relations to satisfy federal recordkeeping requirements, for use in legal proceedings, and to monitor the Positive Discipline program. Documentation which is no longer active will not be used to determine the nature or extent of subsequent disciplinary action. Other records such as accident investigations, positive FFD tests, and attendance records remain a part of the employee's personnel file.

Supervisors may contact Employee Relations for assistance in administering this guideline.

This guideline does not alter existing appeals procedures for both covered and non-covered employees.

This guideline is not intended as a contract, neither bargained nor implied, nor does it alter any contractual agreements already in effect.

Temporary and probationary employees in their trial period are excluded from the formal discipline aspects of this guideline. If coaching is not sufficient and formal discipline is warranted, the employee should be discharged. Discharge requires the approval of the Nuclear Plant General Manager for plant employees or the Organizational Vice President for corporate employees.

# EXCEPTIONS

**Exceptions will require approval of the applicable Vice President, with concurrence by the Vice President, Corporate Services and the Executive Vice President.**

**Bestwick, Sharon F.**

| | |
|---|---|
| **From:** | Caldwell, Tammy M. |
| **Sent:** | Thursday, August 04, 2005 8:03 PM |
| **To:** | Bestwick, Sharon F. |
| **Subject:** | Statement |

EXHIBIT
*B*

I Tammy Caldwell spoke with Sharon Bestwick on August 4th 2005. I spoke of several issues that presented a hostile work environment. These issues EXCEEDED the Workplace Code of Ethics and the Corporate Policy 703 Workplace Free of Harassment REPEATEDLY. I have reported the issues accordingly. I feel it time for Southern Company to take the appropriate action.

Sincerely,
Tammy M. Caldwell

1

**From:** Avery, Phillip D.
**Sent:** Friday, July 29, 2005 11:32 AM
**To:** FNP Fac Foreman
**Subject:** HarassmentDocument.doc
**Date:**
07-29-2005



**Topic:**
Written note to Document event where Doris (Union Steward) asked John Wright if she could speak with Tammy Caldwell. Tammy Caldwell would miss the morning brief and discuss an issue. The meeting was to last about 15 minutes according to Doris.

At approximately 6:45 Doris asked John Wright if she could speak Tammy for about 15 minutes. John Wright and I share an office and neither of us questioned the topic to be discussed by Doris and Tammy. At about 06:50 am Tammy arrived and Doris approached her to discuss meeting. I was exiting office to start brief and observed Tammy rolling her eyes. Tammy was observed telling Doris she wanted Jennifer to be in the meeting. Doris said that wouldn't be necessary, this would only take a minute. I could sense that Tammy was very uncomfortable with having this meeting with Doris.

At 07:40, John Wright, Phillip Avery, and Deborah Crutchfield knocked on the door to the office where Tammy, Jennifer and Doris were meeting. Doris expressed apology for the meeting taking so long. Then Tammy and Jennifer left to go to their PSC meeting and Doris left to go home from Night Shift.

At approximately 10:15, Tammy presented her supervisor with a written note from the morning meeting with Doris which contained comments of a very harassing nature. All foremen and the FAC supervisor agree that his letter could be used in evidence as a charge of harassment against whoever made those comments.



EXHIBIT

E

Blumberg No. 5119

THIS HAS to do w/ U talking 2 Phyl. the
MAJORITY OF the GROUP ASKED ME 2 TALK TO U PRIOR 2

1. BETWEEN VS. that.
    IF REPEATED TELL IT TRUTHFULLY IN IT'S
    ENTIRELY.

2. DRESS ISSUE.
    1. NOT 1. TURNED IN
    2. TALKED 2 MGMT + GOT BALL ROLLING
    3. WHO EVER TOLD U ABOUT WRITE UP W/ KONG.
    ⚓ U WRONG FOR REPEATING IT TO OTHER
    MGMT PRIOR TO PH even KNOWING
    NOT IDEA "SISTER" wether U LIKE or NOT.

3. SPEAKING ON BEHALF OF THE GROUP
    1) DO NOT TELL THE FRM. HOW TO DO JOB.
    ex. MAKING A LIST OF AREAS TO BE SPRAYED.
    FOR SHELLY. THAT'S HER JOB.
    4. YOUR SUPPOSE: to direct the person
    COMPLAINING to the FRMN. Let them
    look up the proceedure + list of what +
    where for her self → HAVE U EVER SPRAYED ALL
    THE AREAS MIXED CHEMICALS ?
    2.) STAY OUT OF THE FORMNS OFFICE.
    ←A. IT'S NOT YOUR WORK AREA/BREAK ROOM.
    B. You NEED to BREAK w/ EVERYONE ELSE — LUNCH w/ PH
    C. DAILY ASSIGNMENT SHEETS HAVE ROOM 4
    TURNOVER - THATS WHAT THEY'RE 4.

    ✱ NO REASON 4 U to BE IN THE FRMS OFF
    UNTIL 320 WHEN U get off at 3. When not due -
    ✱ CONSENSIOUS is THAT U CAN'T BE TRUSTED. Bedr.
    PEOPLE THINK "YOU'R 7 SNEAKY. KISS ASS. IT'S UP to
    U- to CHANGE THAT. - HOPEFULY PRIOR TO NEW PEOPLE.
    ✱ U NEED 2 REMEMBER these R the ONES WHO
    KNOW ALL ABOUT THE "SKELETONS" U. PUT IN
    YOUR CLOSET IN GEORGIA. - THEY DO KNOW
    INCLUDING PHYLLIS.
    WHO, WHAT, WHERE, WHEN - HOW CUZ YOUR
    "BOX TOY" WAS telling IT ALL✓ IF they hated U- they'd of
    told it to youR FAMILY.

SOLDAN
BOXES (margin note)

Special ASSIGNMENTS/TREATMENT
1. AWARDS DAY — NO JOKE IN AM
2. Notting day at HRS
   to get food in AM when
People gang to DIN.
     Did not ever take order; for
entire group only AMN & shared.
These actions create harsh feelings

Evening Shift – Thursday 8/4/05
Tammy Caldwell
Jennifer White



Night Shift
Stephanie Sanders
Janell McDowell
Phyllis Hughes

Day Shift – Friday 8/5/05
Doris Ashford
John Wright  (Forman)
Leonard Russ

**Tammy Caldwell  (union representative -    None)**
It is my understanding that there is tension among the Helpers and I am attempting to find
out specifics.  I have a copy of:
- Notes from the meeting that Doris Ashford asked to have with you
- A copy of the spider cartoon
- Notes from your interview with Jim Parrish and Deborah Crutchfield
I'd like to discuss these in detail and provide you the opportunity to tell me anything else
that you feel is contributing to your unpleasant working environment.
I will be taking notes/ typing as you talk.

First, recap for me when you have gone forward to supervision?
- prior to the July 20th interviews?  Supervision came to her about her sleeve being too
short.  Started crying.  Ray Herrin (Operations Supervisor) friends with Phyllis.  I had on
country overalls.   (Note:  see supervisory write up from 7/20 meeting)
After cake incident and breast touching incidents decided to pull back (she and Jennifer).

Phyllis thought I had told on her about dress (because I was in the room when she came
in), several people had told Tammy that Phyllis thought this.

Open to talking with supervision…basket case at that point.

Went and talked with Phyllis because it was so cold, talk went well.
Tammy felt she did the right thing.  Phyllis said that she didn't know what to believe
about the reporting.

The supervision is great.  The people have to want to change.

While there are a few recent events it is just a continuation …

Very hard to talk with supervision on the 20th.  Not why she is out here.

1

- on Friday July 29th after Doris asked you to talk with her?
- How did you describe your work environment?

Doris told John that she wanted to talk with Tammy about 10 minutes. Tammy asked for Jennifer to be there.

Doris said that it is between you and me, Doris did not want to talk with to Tammy with Jennifer there.

Doris said that if I repeated anything in the letter it should be entirely truthful.

And that she knew that I was not the one that told on Phyllis.

Doris said Tammy had knowledge of Phyllis' pending discipline (Tammy did not). When she (Phyllis) wore mini skirt evening shift between time she rolled off and came back ever one was talking about it. At Tammy's home, member of mgt there (professional female mgr), she mentioned Phyllis wearing mini skirt.

Several people in Security had been talking.

Break room – Jennifer, Tammy, Chris Hill (maybe), Diana Brown (security officer)

Bob Schamp asked what is the difference between shorts and skirt to the member of supervision (that was at Tammy's house), supervision mentioned Tammy's name that Tammy had mentioned it…

- Notes from the meeting that Doris Ashford asked to have with you

Who's notes – Doris' notes (retaped) or notes that you took? Doris brought into the meeting

Doris was holding

Did she indicate that she was speaking on behave of the union? Said she had talked with A.G. and he said for her to talk to you (he knows about this). Tammy felt these were not A.G.'s words wouldn't have had this knowledge.

Go through each bullet – what does each mean?

- #1 between us – if repeated truthfully

#3 – when there is bugs in the closet our job to tell supervision; bug spay is locked up. Shelley had told Janell to go spray. Here is a list of what Tammy said needs spraying. (Turnover)

Foreman's office -

We don't get a designated lunch hour anyway and if I choose to work through I have that right – break with group.

Don't think I have stayed to 3:20 p.m. but if I have

Tammy has ideas about outage etc and if I bring it up they'll tell me to do it sometimes. Doris said that she had been watching her and staying to 3:20. Doris said that they are looking at the OT and knew that you were not getting payed to stay over.

Bottom line at 3:00 it is my time…..why are they so interested….never been watched so much in my life.

Not trusted…..Tammy never told on anyone…But Tammy did say to them that they are not the only ones with little black book (Note: but Tammy said she doesn't keep notes)

Georgia – Tammy don't understand people, have given money to people in the group, don't discriminate, family member,

Georgia – Stepping over the line. Told me what I need to do…..it is up to you to change….you need to remember. Bringing my family into it is something hard to swallow.

When people come from Georgia, people come over and have dinner with my husband and I. Why would they want to hurt me?

This first page is how I work. There is nothing I have done.

Tammy was a top performer last year. They don't know for sure that I was and I'm not going to tell them.

Special – Awards Day – May – vacation in a.m. to go to awards. When Tammy came in, was more dressed, hair/make-up (appropriate shoes), knew from day before pictures, measurements (sealand city). They thought that I didn't get a job assignment. Jim Parrish knew about assignment. (thinks that day was Chris Hill, Phyllis, Janell, and Stephanie).

Have to do a turnover tonight.

Sharon – I don't know what I've done to them.

I went to Phyllis to let her know that I didn't do what she thought I did.

#2 – said that I got food on voting day and that I didn't get food for everyone. Tammy thought when did I become their mother.

They are watching what I am eating!!



Had cried, was mad, mine was churning and didn't care attempt to understand what they wrote.

- Spider picture on bulletin board (came back from Ga in April – went up in the last three months. Not recently April or May. Stayed up there a couple of days.

Who put it up? Do not know.

Who wrote the comments? Can pull the hand writing and see who did it. Did not see it; personal feeling of who she thinks – Phyllis Hughes.

What makes you think that it was anything to do with you? Because when they signed the crew together. Phyllis use to be on the crew with Tammy and Jennifer but has changed since signing up with them. Crews have changed in the last year (have worked together in last year).

The tension has been there so assume it was meant for Tammy and Jennifer.

Back to work – spray bottles – put them together in Foreman's office. Wasn't telling on them. They thought I should have done in break room.

Tammy went to Hatch/Vogtle in Georgia. Phyllis did not go.

Phyllis and Tammy went to Ga two years ago but were on different shifts. It would have to be gossip of course.

Withdrew after cake (didn't come up for months) and accusations of women touching –

Don't know what the right thing to do is – if they see that we have the list they will be mad – don't know what is best (when I asked if she would prefer).

Doris notes – say the way I work causes hard feelings.



Watching me – Doris (is the job steward and is the mediator; someone came to her on this). Tammy and Jennifer have pulled themselves away as protection.

- Notes from your 7/20/05 interview with Jim Parrish and Deborah Crutchfield
Go through bullets and ask follow up questions.
- What makes Phyllis think that you turned her in regarding her attire?
- Was that unusual for someone to come in like that?
Leonard Russ – watching us – he didn't even have turnover.  Leonard and others got into trouble before.  Went and told Phillip about turnover in the hall.

Chris Hill does not sit in the breakroom with Tammy and Jennifer (only three on shift).
Tammy gave him a baby shower when his twins were born.
Feel that he is getting pressure from Stephanie, Janell and Phyllis.  He may just be keeping to himself so as not to get in the middle of it.

- Now I need specific examples, of conduct by others that has been offensive to you.
Can feel it – can't give example.  You know.  The shirt, Ray…I'm tired.  What to come out here and go to work and not feel bad.
Or when you walk in the room people shut up.  (the 3 may be others - Phyllis, Stephanie, Janell)
Not anything concrete.
Would talk enough to give turn over and that's all (that's professional).
If they pass (they don't talk) – Tammy is ok with that.
We've know this is going on….just never had it on a piece of paper.
It hurt to see it in writing.  I give them money.  Gave money to Janell when she was out with her hysteroscopy (wrote a check).
Don't understand why I would change before the new people…I don't run to Foreman on ever little thing.
Don't know what I have done to them.

Today – harsh feelings – people had to stay over and take fire watches – Mark Freeman said go see Deborah.  Graven Townsend asked what are you doing this afternoon?  The reason I'm asking I was told firewatch.  Are you doing something personal or do you have a special assignment.  Tammy said I'm doing something with Deborah.  Prime example – why is it their concern?  Graven is normally nutual.  He is a preacher.

**Jennifer White  (union representative – None)**
It is my understanding that there is tension among the Helpers and I am attempting to find out specifics.  I have a copy of:
- Notes from the meeting that Doris Ashford asked to have with Tammy and I understand that you attended that meeting.
- A copy of the spider cartoon
- Notes from your interview with Jim Parrish and Deborah Crutchfield
I'd like to discuss these in detail and provide you the opportunity to tell me anything else that you feel is contributing to your unpleasant working environment.
I will be taking notes/ typing as you talk.

4

First, recap for me when you have gone forward to supervision?
- prior to the July 20th interviews? Assume Deborah talked with Jim about it. Jennifer has talked with Deborah about others saying that Foreman are showing favoritism. Someone called me at home (friend/neutral) promised him not to involve him. Janell, Phyllis, Chris Hill were going to go to mgt. to put a stop. The friend recommended that they talk with A.G. Per A.G. they did not go to him. Heard that they went to the concerns, but no first hand knowledge.
I might not have told Deborah that I got call at home. Would have said rumor meal.

My reaction was here we go again....Foreman are not showing us favoritism! They just didn't have anything to stab at. Told A.G. that I'm at my wits end.

It is almost like it is one person (they think of us as Tammy/Jennifer). About staying out of the Foreman's office, Jennifer has heard it before. Tammy doesn't stand up for herself.

They feel that Tammy would be easier to push around.

Try to discredit me with union. Say I'm on committees to get out of work. They pull out the racial thing. – not one person but a group – Doris, Janell, Stephanie, Chris Stovall, Phyllis, and on occasions others.
They influence others.

Spider can tell from the handwriting – Feel that it is Phyllis handwriting at the top of the page. Plus the Guess Who.
The other hand writing ....may be Stephanie or Janell. Stephanie writes tiny so wouldn't recognize as hers. At least 3 back shifts ago. 2 ½ months ago. Didn't touch it to start with didn't know what to do with it. Was ashamed for anyone else to see it. (because they were doing it to them). Maint. supervision doesn't normally go in the room where spider – outside TSC (old break room).   Security sites in there a lot because it is air conditioned.
Put it in my bag.

- on Friday July 29th after Doris asked Tammy to talk with her?
- How did you describe your work environment? Late for training for Security briefing.

- Notes from the meeting that Doris Ashford asked to have with Tammy
Who's notes – Doris' notes (retaped) or notes that you took?
Did she indicate that she was speaking on behave of the union?  Yes, as job steward. This is one of things about being job steward that she dislikes the most. Said that she had talked with A.G. and he suggested that she talked with Tammy. Everything was personality and WAS NOT UNION Business. Couldn't believe when she said that A.G. said talk about that...it is not union business. He told Tammy in the hall that he knew Doris had talked with us. Nothing in that conversation that had to do with union business. She has a twisted idea of what a job steward is suppose to do.

Jennifer believes that she (Doris) will minimize. I don't want people to get in trouble. Just come out here and do your job. Resigned from Caps, didn't run for e-board, something else…to attempt to get people off my back. Tears in her eyes. Talk behind her back, roll their eyes, blowing, but will not say anything to me. Wouldn't even give her the respect when on e-board.

Was an issue when Stephanie and Janell wanted to trade in overtime for off time. Jennifer talked with A.G since union doesn't support this. They are mad about that. Last Farley outage. We owe company 8 hours work. Need to be working. If the toilets need to be cleaned, do it. They get mad when we do what we are assigned to do. Our assignment on evenings and nights between fire watches are to maintain the control room. I have seen someone sit at TSC all night when I walk through with mop. Supervision doesn't know because the work is done. This was Chris Stovall. He normally does just his fire watch. I don't care that he isn't doing his part, just don't want pressure when I do my job. There is a work ethic ….we want you to behave a certain way….or we'll make up a bunch of crap. There are some people that go along because they don't want it to turn against them. Others want to be on the side the bully. Don't attack my character because I am doing what I think is the right thing. Group – Chris, Stephanie, Doris, Janell. Phyllis is more manipulated but now part of it. Phyllis gets caught up in the hate. Darin Williams a few times, when they were going to the union trying to hurt me. Trying to say that I was using the position to get out of work, that I was tending to other's schedule. They were mad that I was holding the schedule and didn't sign to the next day (can hold 24 hours). I normally signed right away. A group of them stormed the warehouse to complain to A.G. Several people have held more than 24. (couple of years ago) Ashley Key lead the group. A.G. said that she had the right to hold. They'll convince her and she'll go do it. Never seen a group so full of hatefulness. No overt gesture on their part. Implied or hidden messages. I come out of the Foreman office and conversation starts "suck asses in the Foreman office". Heard several different ones make – 4, 5 or 6 of them. Janell for sure – many occasions about kissing up to the Foreman, hanging out with the Foreman. Within that group…only communication is assignment sheet…not sufficient/effective way to communicate to Foreman. Jennifer heard she was Phillip's favorite (if she is; she didn't know it). Work with all the Foreman.
Phillip was going to let 2 pre-shift at 11:00 took the Overtime and you would have thought that the world had come to an end. Jennifer and Tammy came in. A few weeks before people came in and they didn't bat an eye. (about a year ago)
Started on Jennifer about the time of Tracie and Derrick. Jennifer said that she never talked with us other than a call when they were in Ga. They got it in their head that I had rated Derick out. Caused problems with blacks. Became a black-white issue.

Stephanie is basically a sweet person that is under the influence. Janell is mad at the world; nothing is good enough and it wears off on Stephanie.

6

Go through each bullet – what does each mean?
- Phyllis came in on Sunday dressed that way; we're back on Tues night at 11:00 (security asking questions) and Phyllis came back on Friday. Positive she knew it was not appropriate – said she was going to get the fire watch books (in shift Foreman office) but Stephanie and Janell wouldn't let her go in there. Had gone through most of the plant.

Has gone beyond the point that the union can help me. I have never said a name to anyone until now. I feel a little like a hypocrite but know you can't help me if I am not honest with you.
Under Operations in evenings and nights – Operations Shift Foreman or Shift Supervisor act as fire administrator. These supervisors don't watch over them (Helpers).
To Jennifer's knowledge, Tammy never said that Phyllis was going to be written up.
Check list in the procedure that needs to be sprayed. They don't want us to help the Foreman; they want to see the Foreman fail. Jennifer feels that by communicating with Foreman and working together can be successful.
RCA – Jennifer and Tammy have a lot of experience because they did RAD side work. Jennifer was attempting to help Foreman when they were new.
Helpers would like to see Foreman and Deborah fail.
Jennifer likes to take Foreman down to see examples such as the grease trap. She'll (Foreman) understand the supplies needed. They would rather fail in their own job to make the Foreman fail. Gave an example of a Helper doing a job completely wrong/backwards because the Foreman had given those steps. Example of a Foreman saying take the floor machine to the 130 level. Jennifer pointed out that the elevator doesn't go to the 130.
They say that I'm watching the Foreman's back or covering; I don't want the Foreman to look stupid.
(Janell, Chris Stovall, Darin Williams), I asked about Doris and she said yes but then said that she normally gets her job done sometimes begrudgingly.
Phyllis lacks motivation, in her mind she probably thinks she does a fine job.

**Jennifer– (note: refers to when Jennifer was a job steward) didn't go as a job steward just as a Helper – never gave anyone a list of demands on how they might behave and then imply what I might do if they didn't. Someone had something to say about you not leaving jobs as your should.**

Jennifer doesn't recall her staying in there to 3:20. We typically walk out together.
Service water fire watch – 2:30 fire watch – may be starting turnover at 3:00 or later.

There was a day – that they were asked to stay – were doing computer based training while we waited. Phillip was on the phone attempting to get relief by 7:00 p.m.

Since John Wright took over Overtime have not heard any legitimate complaints. From an e-board perspective, he does a good job.

Part of the reason they say favoritism is because of OT assignment. Not true.

7

Poor Phyllis can't get to work on time. Supervision doesn't know at evening or night.
So if you stay over can't ask for your time, because then they would know that someone
is late and other Helpers would get mad.

Breaks – When we can will go to the cafeteria. No set time to have break or lunch.

Georgia – Started rumor that Tammy had gotten involved, Angela and I being lesbians –
after trip to Hatch. We did make friends. They helped us with restaurants etc. and we
did the same for them when they came here. Jennifer was with Tammy 24x7 during the
first Hatch.
List of demands and then if you don't do it….
At the point she said people know things…..
Threat…..
Doesn't matter that it's an empty threat, can't surprise her husband, but the fact that it is a
threat is enough.

Maintenance, Warehouse – routine cleaning
Set up auditorium
Duties…..Firewatch.

Jennifer and Tammy attempted to help Tracie with a fund raiser. They wouldn't even let
go of that crap when someone is dying.
Food (on list) – Jennifer was on a different shift. During outage. Brought a shared
employee a sandwich and Foreman.
Darrin Williams called her at home and asked if she would pick him up a sandwich. He
is smart enough to know to be nice when others are around. Tammy knows he had talked
about her. Tammy called Jennifer….and said I'm so stupid because she asked him what
he wanted on it and brought him a sandwich.

Jennifer was Co-chair of Plant safety committee. Also made sure that Tammy always
wore safety equipment/clothing (since their closely assocatied). Still a member but
stepped down as co-chair (due to need to be away etc.) In a way they won, they got me
to stop some things that I loved. They just haven't gotten me to quit my job yet. (Janell,
Doris, Chris Stovall – pop into my mind). Chris is not as vocal as he use to be. He
slandered us at Vogtle last year, telling HP at Hatch/Vogtle how we tell on people, and to
stay away from us. Very derogative story about Tammy that had no fact.
One person from Vogtle/Hatch did approach us and asked, do you tell on others…is that
what your about? (maybe Sept 03 not sure, thinks it was after hat throwing)

 - Spider picture (covered earlier in the interview)
Who put it up?
Who wrote the comments?
What makes you think that it was anything to do with you?

- Notes from your 7/20/05 interview with Jim Parrish and Deborah Crutchfield
Go through bullets and ask follow up questions.
I asked about Hostile Environment– she said yes that is descriptive.
Constant artillery – always firing something, you have interviewed us about absurd
things,  Never stops.
- 2 ½ years been struggling with this.  That is when I realized that these people don't like
me.  Why do they want to hurt me?  Can't understand why.  Some that I don't like, but
don't want to see them hurt.  Want to know what I did years ago that they are still after
me about it.
Black helpers against her – Chris, Janell, most of the black.  Don't know that Eddie
Harris has ever gotten involved and not John Locke.  Don't jump on the black/white
bandwagon.  Nothing specific brings it up.  If someone gets in trouble, it's because they
are black.
New Foreman – Shelly (HP) and Mark on night shift.  Shelly had some idea.  Mark didn't
have a clue (god love him).  I did what I could to help them.  Where we put things.
Things that aren't on the POD that I know are coming up.  May not be planned around
Maintenance.  Like hanging curtains.  Said I was kissing by staying in Foreman's office,
don't know who all started it but was almost the whole night shift started  complaining
that they can't do because it was a safety issue.  There were a few times that we needed to
talk about safety…but don't say it so you can get out of work.   Janell mainly saying I
 was kissing others butts.  Last fall outage at Farley – started tuning out – staying out of
break room because we had pagers.  Deborah could tell you because they were going to
her about things not being safe.

- What makes Phyllis think that Tammy turned her in regarding her attire?
- Was that unusual for someone to come in like that?  Discussed previously.

- Now I need specific examples, of conduct by others that has been offensive to you.
Worried about their reaction  when they find out that we talked with you – Janell and
 Doris.  Jennifer is already worried about (possible tampering) of food and water.
Worried about Tammy's health, doesn't sleep; ulcers,

Jennifer, Sunday night I start getting tense about what I have to face on Monday.  Janell
and Doris – instrumental in spinning people up and keeping them upset.  Phyllis does a lot
of talking  - accusing Tammy of telling on her.

When someone attacks your credibility / reputation – people are going to think I tell on
people no matter what I do from here out.  Gossip hurts people.

Off Monday and roll to night shift Tuesday (Tuesday 11:00 p.m. comes in).

 Just want them to shut up and leave us alone.

**Stephanie Sanders  (union representative -  Janell)**
Very much a victim mentality during the interview....
It is my understanding that there is tension among the Helpers and I am attempting to find
out specifics.

- First I have a picture of a spider and comments.
Who put up this picture? My idea is
Who wrote the comments? Phyllis at the top.  Reply from Tammy or Jennifer
When – back shift.
Who is it referring to? Tammy.  They had this thing going on.  Tammy and Jennifer had
the idea that Phyllis was taking them upstairs.

Why do the Helpers not get along? We have a good group.  Favortism that make the
Helpers angry with one another.  Attention has been focused on Phyllis, people have done
the same or worse.  She changed clothes prior to her shift.  Understand she was given
probation.
Farley employees at Hatch were in inappropriate clothing (night shift at Hatch – Tammy
and Angela Peters Smith).  Short/shorts.  It wasn't just their dress but their behavior.
They had shirts made that said Dixie chicks.  Stephanie was on day shift.  Showed how
they had matching undies. (2 years before this past March).   Next time group was called
together before the next Hatch outage, dress was discussed by supervision.  Phyllis had
on a skirt and safety shoes.  Saw in break room skirt and black safety shoes.  Didn't see
her in turbine building.  Didn't see her at Security point.  To come through the search
area.  July 3rd at 11:00 p.m.  Saw her a couple of minutes before the shift.  Not OK to
wear a skirt to work.  She changed before she did her work.

How are you contributing to the problem?  Two of the old Foreman were influencing the
new Foreman.  This is why we didn't get off to a new start.  If Foreman will deal with
everyone fairly.  If we can have something resolved at that level.

Stephanie - me at Hatch with rest provision.  Asked to swap off day.  Going to be
traveling on my 4 day.  Was attempting to swap.  Told to take vacation.  Friday given rest
provision and it was taken away.

Trip coming back.  Brad approved for all.  My mgt couldn't give rest provision.

House keeping – If you are going to check, check behind others.  Couple of years ago.

I asked about allegiances/divisions in the group – Stephanie said she didn't know.

Janell – spoke up – Helpers in the office not doing their job.   Janell lead her...you have
heard almost everyone in the group complain about certain members of the group.

What can you do in the work group to help the situation?  I have no idea.  Have talked to
Deborah a few times.  When the new Foreman came over and felt they were being

influenced. Problems in the group (back then) and names associated. Doesn't know if her name was brought up as a problem.

Describe the situation – There are a couple that always seem to have something going on. People try to stay clear of them – if its not job related, I don't get into what Tammy and Jennifer have going on. I asked for example – she named Hatch. She brought up cake.

How are others contributing to the problem? See Tammy and Jennifer and mgt. Them staying in the office. Union and mgt can get along but when you have someone staying in the office and not doing their job. Other Helpers look at it as showing favoritism. Said that the same ones are favorites of the new formen that are favorites of the old. Staying in the office – during the day. When she is not working is in the break room. I asked if there were two Foreman in each office – Stephanie didn't seem to know so Janell again spoke up to explain.
I don't go into office to chit chat. I asked and you don't want anyone else to? She thinks it gives perception to the group that favoritism is going on.

Tammy and Jennifer – I asked, you feel in Foreman's office and not doing work right? Which Foreman? She sat a long time. They are friends with Shelley. Said that they were chit chatting.

Do you want the new Foreman to be successful? I want the whole group to be successful but we can't do it working again each other. If we would work together and be fair.

Who is contributing to the problem?

Do you look to Janell for direction? Didn't ask – Janell was representative.

If a two man job we do together. We're on same crew.

- Now I need specific examples, of conduct by others that has been offensive to you. Can't think of anything.

- Did you ask Doris Ashford to talk with Tammy on your behalf? Don't seem to know about it. She asked me about what and I didn't say.
- If you did asked Doris, what points did you ask her to cover? (not covered) Go over points?? Perhaps

If the Foreman would treat everyone fairly…
When I look at certain situations. When I look at Phyllis. Don't think her punishment was fair.

No comparison between what Phyllis had on and what they wore at the Hatch outage. Deborah was the one that talked to the group that was going back to Hatch.

11

I asked about Phyllis, her concern, mgt. is focused on Phyllis.
If you focus on someone all day....you're going to find something wrong.
I turned it around to say....true and if you are focusing on Jennifer and Tammy.
Stephanie doesn't work with that much. Stephanie turned to Janell, aren't they assign together?
People teasing, say they brown nose, give them tissue – every body in the group does it. 
Janell again pipes up....there is a list of names about 19 of us.

**- Do not discuss this interview with anyone.**
**-Treat all your co-workers with respect.**
**- I want to make sure that you are away that disrespectful behavior toward a co-worker about this interview or about any matter, (What and How – behaviors)**

Dianne Brown was 3 minutes late and Mark said something to her. It didn't bother me as long as he does it to everyone.

### Janell McDowell

It is my understanding that there is tension among the Helpers and I am attempting to find out specifics.

- First I have a picture of a spider and comments.
Who put up this picture? Picture from Janell. Safety 4 or 5 pages. 1st pages were of the bite. Brown recluse. Printed out for the group to see. Last page was the spider with no writing.
From table to the bulletin board? Went with writing on it. Top plus Guess Who.
Doesn't know who wrote the rest of it.
Who wrote the comments? Not Janell. Doesn't believe she saw Phyllis write it but she made reference to it. Phyllis said we have a snitch in group and that she was being singled out. There was several incidents don't know if it was clothing or about her SUPPOSEDLY being late. 
Who is it referring to? Tammy. Tension with Tammy.
Stephanie in the office – Tammy in the office – in the morning in the afternoon – take lunch in the office. Pressure washing – washer was not there for three days (Tammy and Jennifer) and then Stephanie and I got assigned work. On pressure washer they had for three day and it didn't get done. Janell said that they (she and Stephanie) got out of it because it was too cold.

Chris Hill said look at the floor on the Operations floor. I have to work twice as hard.
She has it marked off.
Someone asked me to look at the kitchen. Chris came over, the whole group sees what is going on. Don't know what Chris' job was.

Chris is very quiet and doesn't get involved in a lot but he addressed this. He had a problem with overtime compared to Tammy. She was being offered overtime. He felt his number was going up. Said he went to John a couple of times.

12



I asked her why she didn't go get the Foreman when she saw that the job was not done. That's not my job! It is the Foreman's job. Foreman need to put out expectations.

Control room was a complete mess. In between fire watch certain jobs you need to do. I went to John Wright, expectations of the control room. Janell said that she doesn't know who it was now. Pretty sure that she looked at the schedule and saw name but can't recall right now.

Why do the Helpers not get along? Because it goes back to favoritism. A Helper is punished for something (Phyllis) and another does something far worse and its wiped clean (Tammy – Hatch outage). Normally when we had a big sexual harassment, it was signed. The whole group was not spoken to. Thongs are showing. Shorts with no undergarments. A cake of a women's anatomy. Record wiped clean. I asked her how she knows about Tammy's record? Because she told me, Tammy told me. To leave an impression two years later, says a lot. Phyllis is not the only one who came in street clothes but she is being focused on now, she got 6 months probation.

Janell has come in from funeral. Went to the break room to turn over, was running late, change clothes prior to work. Not sandals. Closed in shoes.    2 or 3 months ago. (Deborah also said pants) Evening shift (3:00 p.m). Doesn't know what time she changed clothes.

Stephanie – from funeral (closed in type shoes)

Derrall Johnson – church clothes

Gamaska Vicers – church clothes

Tammy – her job assignment was award – I wasn't here but there was talk among the group.

Visitors that have on shirt, not right kind of shoes. Brad had someone with him (intern) and Mike Willis said something to him. Brad said she was not working.

You do have to go through the turbine building.

How are you contributing to the problem?

I prefer not to get personal, I'm a private person. I don't have to like them/care for them. There are people that try to get Phyllis – Helper told Debra that Phyllis was late. Phyllis said she was late but was not 16 minutes late (for him to receive OT). Phyllis told Debra if she called the card reader, she would see that he was not truthful. Jonathan Nall. The next night he came in late, we have to wait on him but Phyllis did not report.

Everybody except Teresa Rambacher was running late.

- Now I need specific examples, of conduct by others that has been offensive to you. She said recently…I said yes this year…

No

- Did you ask Doris Ashford to talk with Tammy on your behalf? I spoke with Doris and said as a job steward that she needed to talk with Tammy about being in the Foreman's office. That is her job as a job steward.

13

- If you did asked Doris, what points did you ask her to cover? Didn't go into any great detail. Doris already knew about being in the office. Doris said she had already talked with Tammy. Doris told us that she was going to get a meeting together

Phyllis narrowed it down to Tammy turning her down. Stephanie – when we came back to work on Friday and given job assignments. Phyllis was handed sheet for warehouse and Shelley said you have a meeting at a certain time (Debra walked off as if you should have said anything). Phyllis walked out of the office and asked Stephanie and Janell to tell what shoes she had on. Phyllis asked J. Burke – Janell pointed out that this was after the fact (supervision already knew about it). Phyllis asked Dianna Brown and Melissa Spires.

Debra told her that Security turned her in. When Phyllis did her little investigating work... Janell was so sure that it wasn't security because of timing and Phyllis's investigation

Break room– Tammy, Jennifer, Stephanie, Janell, Dianne Brown.
IF SHE WASN'T IN THE OFFCIE CHIT CHATTING HOW WOULD SHE HAVE KNOWN THAT PHYLLIS WAS IN TROUBLE.

Janell thinks that Phyllis is being singled out. Shelley Murrell told Phyllis to be quiet and everyone was talking.


## Phyllis Hughes (union representative – Steve Hornsby)

It is my understanding that there is tension among the Helpers and I am attempting to find out specifics.

- First I have a picture of a spider and comments.
Who put up this picture? Phyllis wrote the top and the Guess Who. She admits. And put it on the bulletin board. Was before I got into the trouble about the skirt. Can't remember what I was upset about that day. My daughter got bit by a brown recluse (which is why we got the pictures). – it was this year, 3 or 4 months ago.
Who wrote the comments?
Is this your writing at the top?
Is the Guess Who your writing?
Who is it referring to? When I asked who she was directing it to...She said that she doesn't recall who it was about.
Wasn't up there (on bulletin board) but a couple of days.


Why do the Helpers not get along?
A few people who stay in the office too much – should I call names? Hornsby responded, that is up to you. If I call names, and I change my view at some point. I know that you're here to help. We go by seniority and if they can get rid of someone on the list. Phyllis is number 8 on the list. Maybe to this point it is has helped. If your ugly to other people. We should all love each other. Because of them telling on other people. I named, Tammy and Jennifer. She said yes. She later named Tammy as the main one. Who else – Phyllis don't believe it would be right to speak for other people.

Have talked to them and about them. It has been common discussion in the break room.
It aggravates the other Helpers (as a whole) when you notice that those two -
Tammy gets to do some things – use to be able to read – now can't read – during morning
briefing Tammy has a photo album during the briefing. If I had been doing that, think
that I would have been tared and feathered.
Awards for county schools. Phillip going over assignments. He tells 3 of us firewatch.
They get to her and he said awards. She didn't have on safety shoes and had no job
assignment. Hung out in the break area and left on vacation a few hours.

I came through the turbine building. I changed before I did any work. Out of car –
Skirt/blouse/high heel shoes. Changed into safety shoes while I was walking up to the
plant. Go into Maintenance – skirt and safety shoes (had on PPE). Walked through main
into Turbine Building . Into the PAP Search area. Was on a Sunday and Foreman are
not here. Went to old Waste and Decon breakroom/emergency planning area. Did take
sandals out of bag. Tammy and Jennifer were here (they were evening) and we were
relieving them. I was the first of our crew. Said that she never put them back on.
What made you believe Tammy told on you about the clothing? Some people in
Operations told me that she said that I was in trouble that I was being given an Oral
Reminder before I was given it.
Deborah went out of her way to say it was Security. When she contact them they had to
give a statement when she pursued them for a statement. Would lead to bad relations
with me thinking they (Security) turned me in.
Did change her clothes before the shift started.
Steve – not consistent on PPE. Phyllis had on PPE.
INPO evaluator didn't have on safety shoes. Steve understands that he doesn't need if he
is just watching us work. Have seen APC Board members. We have people that go to
funerals and then change.
Tammy talked with Nicole Fault – Operations Supervisor and told her all about it.
Keep trouble started:
If she saw me with a dress on and she talks to everyone in a derogatory manner and that
gets the ball rolling and that's not good.
I asked her …what if I told you that we have a statement of you wearing the sandals.
Response: I don't recall wearing them. I asked, I don't recall or your didn't? Acted odd,
hesitated….I took them out of the bag. Someone said that I went through the turbine
building.
Has anyone ever coached you? I don't think so. I don't know. I don't recall but don't
think so (note: I am aware that Bill Barber coached her). She later remembered Bill
Barber.

Tammy came to tell me a couple of weeks later that she wasn't the one that turned me in.
I have had enough people tell me that she talked about it and got the momentum going.

Phyllis doesn't like the idea of them being in the Foreman office. Phyllis – how much
work are you getting done? They are CHIT CHATTING….you don't need to be that
close to the Foreman. You need to have boundaries. Need to get close to your peers.

15

Response – It would help to stay out of the Foreman's office. Can't be doing their work if their in there that much. Great possibility that they are tattling (known to happen). We've heard it.

Her opinion of the new Foreman? I don't know, we work a lot of shift work and we don't see them that much. They call it a 5 week rotation. 2 weeks day, 1 evening, 1 night. Work most weekends.

How are you contributing to the problem?
Try to keep to myself. Try not to bother them.
The tension has not always been there between Tammy, Jennifer and I. Just before I got in trouble with the skirt, we were talking and everything. Someone told them that I was going to report that they had favoritism.
Phyllis had come to talk with Randy about the dress. She pointed out the S&H manual – while performing work. He backed up Deborah.

How are others contributing to the problem?

- Now I need specific examples, of conduct by others that has been offensive to you. Don't think so.

If they won't me to transit through with attire, they normally call the group together and say this is what we don't want you to do.
Was on a PIP for 17 months. Anything I did was added to it. No longer on it. Thinks someone doesn't like me. Note sure, sometimes I think it is Debra. Who put her on PIP? Cliff was over us then. The PIP was being disruptive in Maintenance. Phyllis felt she was not talking more than other people. Was doing routines in Maintenance. When I was called in, B J said that it was first he knew of that I was doing my job but keeping someone else from doing their job. In the 10:00 meeting, a Team Leader stood up and called my name. Never felt that the PIP was fair. I asked if I and the maintenance person could talk with mgt but was not allowed.

- Did you ask Doris Ashford to talk with Tammy on your behalf? Did not
- If you did asked Doris, what points did you ask her to cover? Doris said she was going to talk with her because Tammy stays in Foreman's office because there is so much tension in the group. Tammy kept trouble started.
Go over points?? Perhaps   No
Did she see list – don't recall seeing a list.
Doris mentioned some things.
About keeping stuff started.
Bothers us that she spends so much in the office and something started all the time.

Steve – It does seem she is scrutinized closer than other folks. She gets more attention than she should. Hope it is not related to Derick Henderson and her speaking. I asked was he referring to supervision? Steve said he is not saying it was related.

16

DUI – Will not let me go to outage. Was denied going last year. They denied me going to Vogtle in September. I have two meetings left. I asked the counselor last time. I had to ask for records. Counselor last Tuesday night. He said that he had not given them any derogatory information. Two meetings left and there is a Bradford over there. Tp finished Sept 27th.

I told her that she is not the only one that has not been allowed to go and that her supervision is not making that decision.


Why do you think that Tammy turned you in for your clothing? (addressed earlier)
Was Tammy the only person who saw you? Security?
Was your clothing appropriate for the work place?
Were you aware of proper attire?
Why did Doris say when she met with Tammy, that you no longer felt she was the one.


**Doris Ashford    (union representative - A.G. James)**

It is my understanding that there is tension among the Helpers and I am attempting to find out specifics.

Spider:
Who brought it in? I already know Janell.
Who wrote comments at the top and bottom and put it up? I already know Phyllis.
How about the comments at the bottom? She doesn't know. Saw on the bulletin board. Writing may have been on it.
I asked her if she felt it was an appropriate thing to be up?

It is my understanding that you asked Tammy Caldwell to meet with you on Friday, July 29th with a list of items.
- Were you speaking on behalf of the union? More on behalf of the group.
A.G. shook his head no slightly.

- Had you spoken with A.G. James or other union leadership, such as the E-board in advance? Yea. That I felt that the group had trouble with one group and I wanted to take that person aside and talk with them as an individual.
A.G. – mentioned it to me yes.

- Did A.G. or other leadership see the list in advance? What list.
She said those were notes that I made to myself.
A.G. – absolutely not...did not see in advance.

17

- Why did you have this meeting with Tammy?
Several people came to me with different issues. As the steward felt it was my duty to address on a one on one basis instead of involving all.

- What employees asked you to met with her?
Tammy spending a lot of time in the Foreman's office. That was the main one.
I asked what is the problem – When you have 1 person that spends a lot of time in the Foreman's office. When your in there after hours and eating lunch.
Not seen as appropriate by the group – we're UNION and we don't need to be hanging around the Foreman office.

- Why did you tear it up? Wrote them to herself to remember. Tore them up and threw them away.

- Is this your writing? Yes, Doris's writing

- Go through each of the bullets…
- Has nothing to do with you talking to Phyllis.
#1 – said that she was not going to repeat the conversation and if she did repeat truthfully and in entirety.
#2 – Tammy was not the one that had turned Phyllis in. It was management that got the ball rolling. Phyllis was aware. Talked to others – wouldn't give me names
A.G. – someone out of management and not the union.
How long had the group been saying that it was Tammy? Doris..don't know that it was a group but several people.
A.G. – Somehow he had gotten the idea that she was being accused. He didn't feel like she had. A.G. didn't know they were going to talk about this. Doris had mentioned to A.G. 2 to 3 weeks ago about talking with her. When A.G. heard that it had happened, it surprised him. Not the kind of thing that the union does. We deal with grievances and contract issues and leave that to the company. I was left with the impression that the discussion was not going to happen (2 to 3 weeks). Try to stay out of any domestic situation with employees unless we are representing them or a contract issue. We don't take sides, the union doesn't.
My understanding is that mgt. told Tammy that Phyllis was going to be written up. A conversation that took place outside of Farley got blown out of proportion.
Is it now your belief that Tammy knew in advance? No. It was an innocent conversation out of work and someone brought it back. Nicole Faulk brought this back to the work place.
#3 – Places that need to be sprayed. This is the list of places that need to be sprayed that Tammy made. Created hard feelings in that Tammy was telling.
That's not our job….that's the Foreman job. This is your assignment – shouldn't have said Tammy.
What's someone method. Could call Foreman or put in turnover. Stuff has to be mixed. Foreman have a license for it. Whoever (Helper) can mix it.
Tammy's list was every building on plant site.

18

How would Foreman know what needed to be sprayed?  Before new Foreman was on a
routine basis.  Now things are out of wack.
I asked about calling the Foreman.....if I saw ants....could spray.
Your suppose to direct the person complaining to the Foreman....
I asked again about directing the person .....  I asked why you wouldn't put that on your
turnover.  She said you would.
Would people be ridiculed for face to face contact?  Is it discouraged to give a face to
face?  No
How are they going to do that without going into the Foreman's office?  You'd have to
go in.
It's the Foreman's job to look up the procedure and look up the chemicals.
Are you trained to do that ?  Doris – no   Never been part of the job.
Procedure - Different areas get different chemicals.
When we're assigned that job we do look at the procedure.
Helpers mix via the container.
#3 1) end Have u ever sprayed all the areas and mixed chemical.
Who got the list that Tammy prepared?  Janell had, Teresa had, Jennifer a little.
Was given over a series of days.
#3 2) – spray bottles during the outage....someone brought in a big bag and sat in
Foreman's office.  At that time the Foreman were all in one office.
Going back to an outage last year.
C# - assignment sheets for turnover – spent time in Foreman's office and turnover
doesn't take that long.  Creates tension when one person is in the Foreman's office.  We
don't need to be buddy buddy with mgt. so to speak.
3:20 – If in office then you need to be paid overtime.  People harbor bad feelings.
Credit when not due – didn't discuss that issue with Tammy.  Saw on computer screen
for the catch of the week.  Penetration issue about a drain plug.  Someone had given
Tammy turnover of that.
Consensus is that you can't be trusted – people felt that way because she spends so much
time in the Foreman's office.  Don't feel comfortable giving names.  Just about
everybody in the group came to me about these issues at one time or another.  I didn't go
out and say what do you think about this or that.
I asked about change that prior to the new people – actions as a whole – Response: I
didn't even say that.
Saying you didn't say that.....I asked again and she said correct.
Skeletons – sounds like a treat to me....is that what it was meant to be?  No mam.
Was not the intention to be a threat?  Response:  I had a problem saying in the first place.
Before I said it ...
Why do say this about the skeletons?  Wanted to make her aware of what others are
saying.
I felt good about it and felt they did as well.
I told her that she was wrong about that!
Wanted to make her aware of what people were saying it was not meant as any kind of
threat.
Several people that went to Ga. when she did, this is supposedly, I was not there.  A lot of
that stuff ...wanted to make her aware.  Didn't feel that she took it at a threat.  They

19

asked me if I heard anything in the future ….don't wait until 2 months etc. and that they would do the same for me. I wasn't there so I don't know.

Special Assignments/Treatment.

Had awards with her children. That morning did not give her an assignment. Created hard feelings.

Do you know for sure? She had one when she came back. Didn't have one that morning. May 2005.

#2 – Voting day – didn't address that issue. Took order for Foreman and Shared employees. Other people got upset …orders weren't taken for anything.

Rule around here? Generally ….if going for food.

I asked even through you don't like her, trust her….they are to bring food?

A.G. – asking if we're making assumptions.

A.G. – comes to me everyday. Jennifer and Tammy have come to A.G. and they want me to do something about it. I told them that the union doesn't get involved in domestic issues. They understand that A.G. can't do anything.

They don't think they are getting preferential treatment.

Doris also came to A.G. Really had the feeling…never heard Doris talk about them. Seemed she was concerned about Tammy's welfare. Wanted to help Tammy get rid of that image. A.G. told Doris that he didn't think it was a good idea, I (A.G.) didn't want to be involved. SHE DID NOT SHOW ME THIS (the list). When she left I thought nobody was going to talk. Didn't say anything to me about skeletons or GA. A.G. – right to work state, privacy, more into representing, contract issues.

It was more that she was going to try to tell Tammy things she might need to know to improve her image.

Tammy and Jennifer have indicated they want to change. A.G. said they made the others feel insecure because they were close to supervision.

Don't think she meant malice; knew that it could be taken wrong and be explosive.

A.G. – she did not come with a list.

Doris – didn't want to call it a list – she said her notes. Was no cussing. Not disrespectful.

A.G. –Jennifer didn't call A.G. after the meeting. Again didn't think it was a good idea. Her idea was to help Tammy understand why the Helpers; why bad image.

Doris – and to get her input.

A.G. - Brad said problem in the Helper group. Understand something is going on… Don't get the wrong people.

I said I have given opportunities to give names.

A.G. – we ask for names and the company will not give names.

Doris – meeting was not meant in hurtful manner.

A.G. – this is the reason that the union doesn't get involved. Advised not to.

Did you indicate you were speaking as the job steward? They know that.

Did you state that? Could have.

Did you say that this is one of the things about being a job steward that you dislike the most? Could have. I could have very well have said that.

A.G. – No one but me authorizes. If someone says…you need to say something. Two people arguing we don't do that.

Doris – denies knowing who wrote …if was a snake in the grass I'd tell you.

Bobby, Leonard, and Doris on back shift and saw spider on board but didn't pay it much attention.
Who was it about?  She said not directed just spider.
I asked if there was no writing?  Response: don't know didn't pay it much attention.

- Now I need specific examples, of conduct by others that has been offensive to you.
Not really.

Intentions were good about meeting. Wanted to make she aware of how people felt.
I honestly felt good about it.  Felt they were good about it.

A.G. – Tammy and Jennifer feel that they are doing a good job.
Can't believe I have ever heard Doris say anything. She did come to me about two weeks ago and she had this idea about talking with them. I told Doris that it was not a good idea, thought it was the thing for us to stay out of. Was not the thing that the union does. Union doesn't get into personal problems.  I didn't think that there was going to be a meeting.  Knew that I was not going to be part of it.
I felt that it was over with and not going to happen (the meeting) and that things would get better.

Do not talk about this interview
Do not approach Jennifer and Tammy.

A.G. - Want job steward to focus on is contractual…and stay out of personal.
I would have told them that I don't care about these things in Ga. Don't even talk to others about it.

Are we clear?  About not approaching Jennifer and Tammy.
What? This meeting.

Doris – They do a good job.  An individually havn't done anything wrong.
Just perception of staying in the Foreman's office.

A.G. told her not to.  She asked A.G. to come and he said – No.


**John Wright – Foreman**
Firewatch takes 3 people.  No body likes.  Rad, Non-Rad, SWIS.
6 /25, 6/26 and 6/30 Phyllis, Janell, Stephanie - not doing their assigned firewatch
They attempt to get Phyllis to do the SWIS so that the other two can be together.
End of May got on the same SHIFT.
May have asked the Shift Foreman  and he could have said ok, it is at night.
(note: Deborah later said that they have directed them not to swap assignment without approval of Facilities supervision).

Tammy is an extremely knowledgeable rad-worker; goes above and beyond. Wants to make sure that the group has what they need. Tammy and Jennifer are willing to step up in help. Share past practices.



Chris Stovall, Doris, Janelle, Stephanie, Phyllis – they don't offer any input. Stephanie and Janell sit there like stone faces. At times took notes, felt that they wanted to use it against Foreman. Talked to Stephanie and Janell individually not two long ago and said there seems to be a problem, Janell said you are not the same person you use to be. Janell said I had changed, never gave specifics. Told Janell, I'm not against you. I give the same message to the same group. Some what better after this. Probably back in June.

They brought up to me, people being in the Foreman's office. John said that I'm going to listen. Impression that I got was they felt that it doesn't look right.

Tammy and Jennifer .....not getting better treatment or assignment.
Tammy is willing to take an extra minute and do something (mentioned Phillip), she'll volunteer to look for something. Gave example of finding something missing while doing her fire watch.

Brad Knight, Eddie Harris, Jonathan Nall – would also go above.
Some want to do well and others are seeing it as brown nosing.
Some of the ex-Foreman initially didn't want to help but have come around, Tim will help.

Williams Helpers doing a great job. Doris came down and asked them why they got finished so fast. Told them that they ride up and down the river and now supervision will be wondering why it takes them so long..

Haven't explored whether Williams could do firewatch. Try not to put them together.
Powerhouse agreement – mixed crews – can't have Helper contractor and Helper company working together.

A.G. has helped some…found it necessary that Williams move into Maintenance building on certain days. John told Doris, don't want anything negative.
A.G. told Williams labors that if they have any problems with SNC to let him know because he had rather have you that DANCO – noncovered.

Doris told Philip that you can't put Williams over there. Doris has tried to flex her muscles. PIP – developed. You don't tell us (Supervision) what we can and can't do. Tell us what you think.

Meeting – 10 minutes ok but she has fire watch. Tammy asked for Jennifer. About 45 minutes broken up. Could tell from Jennifer and Tammy something was not right.

**Leonard Russ (union rep – Gamaska Vickers)**
Notes typed later from hand written. Interviewed Leonard due to a request by Phyllis.

Spider picture – writing? Did see it, don't know who wrote it.

Why do the Helpers not get along? For the most part do get along. He mentioned a lack of trust.
Lack of trust of whom? Response: I don't have a lack of trust of anyone.

22

What can be done to improve the situation?
A more direct contact from supervision. Make sure rules are consistent. He wouldn't elaborate.

Did you ask Doris to approach Tammy with issues?
Don't really recall asking anyone.

I asked if there was any reason someone would have given me his name to be interviewed? There is a lack of communication between the Foreman/Helpers. Certain people approached differently but may be their work ethic. You hear 2 sides, if I'm late all the time then will catch flack.

Treated unfairly? No. I communicate with my Foreman. Needs to be more open. Foreman needs to listen and don't judge.

Anything happen in workplace that was offensive to you?
Nothing. Cursing heard but not directed at him.

Put comments on turnover sheets and turn in unless critical. Union told us, stay out of the Foreman's office. Came from union steward at that time, wasn't Doris, can't recall.

How can we have more communication if you stay out? Communicate about the job. Not to establish relationship. Can say how are you, how was your day. Doesn't take that much time. Certain people feel they are being told on, then might leak out.

Note: He never named Tammy or Jennifer.

Supervisors will ask co-worker about performance of others.

Russ would go to the employee if they are not doing their job. Example – mop floor. If consistent problem, would get the union steward involved. Then A.G. Wouldn't go to the Foreman. Foreman would need to get around and see what is and is not being done.

If there is tension, bring 2 people in and hear together.

I asked for his help in working through this, that I have no complaints about him. Do not discuss this interview with anyone.

H:\WINWORD\Investigations\Facilities.doc

23

**Chris Stovall   (Union Representative-Darrin Williams     )   8/17/05**
**Introduce myself.  I was down a couple of weeks ago conducting interviews**
**regarding some harassment within the Helpers group.  During those interviews your**
**name came up and I wanted to give you the opportunity to give your perspective.**


**- Did you ask Doris Ashford to talk with Tammy Caldwell on your behalf about**
**behaviors she needed to change?**
Never told Doris anything.  Heard about the meeting after the fact.  Never talked her to
talked to Tammy.  Don't get involved in that.  Have been in trouble before and try to stay
away from it.

**- Have you said directly or indirectly to Tammy Caldwell or Jennifer White that**
**they need to stay out of the Foreman's office?**
No mam.  Not to them and not to others.  None of my business.


**-Have you every said directly or indirectly that they were" kissing up to the**
**Foreman" or "suck assess in the Foreman's office"?**
No mam.   Don't have anything to do with the situation.

**- He mentioned the Situation and I asked follow-up?**
Response: As far as what is going on with Phyllis with Tammy.  Started over Phyllis
wearing dress.  I wasn't in town.

Not my business about being in the office.  Not my business.

**- Asked about the Spider?**
Saw the spider on the board.  Don't know if it had writing on it.


**- Have you attempted to discredit Jennifer with the union?**
No mam.  Not in the union so why would I discredit.  No ideas on why anyone would say
that.



**- Have you said that she is on committees to get out of work?**
No mam.


**Have you brought up race in conversations about this?**
**Don't name others - Phyllis, Doris, Janell, Stephanie, Chris Stovall**
Had any conversations regarding Tammy and Jennifer, race no.
Have said some things that use to go on in the group was race.  Never said anything to do
with Jennifer or Tammy.  Had to do with the Foreman.  Both previous and **current. As**

far as job and as far as discipline was given out. Harsher on black employees that others. No one particular in mind. I was in trouble a couple years ago. Bill Barber lied about my situation but they believed what Bill said and that put a sour taste in my mouth.

**- Have you participated in rolling your eyes, blowing, talking behind certain Helpers backs in an attempt to pressure them to make a change?**
**Don't name others: (Janell, Doris, Chris Stovall named when talking about resigning as co-chair of the Plant Safety committee)Jennifer resigned from co-chair of Plant Safety committee, Caps, didn't run for e-board, etc to attempt to get people off her back. Note with tears in her eyes she said they talk behind her back, roll their eyes, blowing, but will not say anything directly to her.**
No mam. Do not know why anyone would name me. I speak to Jennifer and Tammy all the time. Try to be kind to everybody.

**- You were named to be in a group that has a work ethic that you have to behave a certain way or they will make up a "bunch of crap": Chris Stovall. How do your respond to that?**
**Don't name others- Stephanie Sanders, Doris Ingram, and Janell McDowell.**
Do my job. Do what I'm told. Doesn't know what this is about.
Chris does his part, it is up to the Foreman to get with the others. I'm not a Foreman, I can't make someone do something that they do not want to do.

**- It was reported by a member of Facilities supervision that you do not offer any input regarding the work to be accomplished.**
**Don't name the others:  Phyllis, Doris, Janelle, Stephanie, and Chris do not offer any input. Stephanie and Janell sit there like stone faces. At times took notes, felt that they wanted to use it against him.**
Ask Shelley, if I know about something I'll tell. They Don't always listen. Example, cavity decon, to Shelley. She is my immediate Foreman. Couple of the Foreman listen and a couple don't. Worried about repercussions of naming Foreman.

- Do you take notes of events in the work place? If so, what is the purpose of those notes?
No mam.

- It was reported that a Helper did a job backwards because that was the order in which the Foreman explained it   Are you familiar with this and who was involved. (Note: names not given).
Doesn't know what this is.
Darrin – we do so much would have to know about the job.
Chris – about all we do know is fire watch.

**MAY NOT COVER THE NEXT TWO BECAUSE SUPERVISION IS TO DROP IN AND DETERMINE WHAT IS GOING ON:  Did not cover**
- It was alleged that you do your fire watch and otherwise sit in the TSC in the evening or night not doing the routines, such as cleaning.

- It was alleged that you put pressure on other workers that are performing the routines, in addition to the fire watch.

**DO NOT TALK ABOUT THIS INTERVIEW WITH OTHER EMPLOYEES.**

Other issue being addressed by Facilities Supervision:  Chris told Foreman he would be late to the Vogtle outage.  Deborah asked Foreman to get a request in writing, can't tell mgt.  Chris has not put it in writing.

**H:\WINWORD\Investigations\Facilities - Chris Stovall.doc**



EXHIBIT

G

Interviewed Jennifer White on Wednesday, July 20, 2005 in Jim Parrish's office at ~1430.
People present were: Jim Parrish, Deborah Crutchfield and Jennifer White.

Jim asked her about her job: Jennifer likes her job very much. It is the best job she has ever had.
She said work can be physical and tired but the foremen work with them about duration times in
heat environments.
Jim asked her about the people: She said the situation is the most miserable she has ever
experienced. Rumor meal, in the air that someone is out to get her..such as comments,
discussion and referring to Jen and Tammy without naming names. Very miserable, unhappy
and mean place to work. She talked about a hostile environment referring to the hostile incident:
Spider picture and comments on picture. Jennifer gave the picture to Jim. Jennifer said she was
at her limit on what she can take. She felt the picture represents a hostile environment and it was
directed toward Tammy and her. The picture was on the bulletin board at the OSC outside the
TSC(old Facilities break room). The fire watches sit there between fire watches so the SSS can
easily get them if they need them. As soon as Jennifer saw it she removed. Jennifer said no
foremen saw the picture.
Jennifer said there is a constant artillery that the Foremen are showing favoritism to her. They
have been trying to discredit her with the union. Jennifer has been going to the union for about
two years trying to get something done to get the others off of her. People have turned on her--
black helpers against her because they felt she talked against Derrick Henderson. Jennifer said
the core group of helpers are bullies that intimidate, manipulate and pressures everyone that they
come in contact with. Jennifer said she was pressured to get on the band wagon and raise sand
during the past outage against the new foremen.
She said other helpers are accusing her of going into the foremen's office. She said she is going
in their office strictly on business.
Jim asked her what is the negative impact? Jennifer thinks that the Foremen do not think Tammy
and Jennifer are sucking up. Foremen treat Jennifer, Tammy and all the helpers the same.
Jennifer said the rumor meal can cut you up. Facilities involved in the rumor meal.
Jennifer talked to A.G. earlier today and she felt like A.G. couldn't help her. Her co-workers
have gone to A.G. and told A.G. that A.G. and them need to meet with Jennifer and Tammy and
get them straightened out. A.G. told them there was not anything to straighten out. They think
that A.G. will not do anything with Jennifer and Tammy because he likes them. They are
drowning in meanness in the helper group. Jennifer said no one should have to put up with this
type of conflict behavior.
Jennifer would like for Jim to go over there and tell them to shut up and go to work. She doesn't
know what to do she is at a complete loss. A.G. and the union can't help her she hopes we can.



Interviewed Tammy Caldwell on Wednesday, July 20, 2005 in Jim Parrish's office at ~1400..
People present were: Jim Parish, Deborah Crutchfield and Tammy Caldwell.

Jim asked her about her job: Tammy said the job was great.
Jim asked her about the people: Tammy feels like the people (peers are out to get her). They are
very hard to work with. She talked about the black widow spider picture which she did not have
with her because Jennifer White had the picture.
She feels she cannot enjoy her job because her co-workers are always out to get her.
She discussed the Ray Herrin incident: On July 15, 2005, Tammy was assigned SWIS fire watch
and she went into the SSS office to pick up her firewatch book. After she left Ray Herrin called
Shelley Murrell and told her that he just saw Tammy and that he did not think her sleeve length
met the Safety and Health Manual requirements. He just wanted to make sure we treated
everybody the same on dress attire (referring to the Phyllis incident). Shelley went to the SWIS
to check out the situation and explained to Tammy what she was doing. Tammy's sleeve length
met the Safety and Health requirements. Tammy said she just broke down and started crying
because this was just another incident of how they were out to get her. Tammy said the Ray
Herrin and Phyllis Hughes were good friends. She feels like everyone is watching her to get her
in trouble. Co-workers writing things down in a book. She talked about they write things down
so if someone gets disciplined they can bring up every little incident for showing them (Jen and
Tammy) favoritism.
Tammy feels Phyllis, Janell and Stephanie have started trying to dig up junk saying the foreman
are showing them favoritism because they have seen Tammy and Jennifer in the foremen's
office.
Tammy said she went to Phyllis yesterday (Tuesday, July 19, 2005) and talked to her to see if she
could try and get this straight. Tammy told Phyllis that she did not tell on her about her dress
attire. Phyllis said she did not believe her and that she was going to get corporate involved and
find out the truth. Phyllis said she knew that Tammy had told on her about the dress attire.
Tammy talked about it being a mean and hostile environment.
Tammy said she has changed her attitude because she feels like she has to walk a straight line
because they continue to bring up the past. Tammy says she feels the hate and discontent in the
room. It is an eerie feeling. For example: The foreman told the helpers to turnover at the OSB.
Leonard Russ told Phillip Avery that Tammy and another helper gave turnover in breezeway.
Always trying to find petty stuff to keep the foreman distracted. They are constantly mad at
them because they think Tammy and Jen told on Phyllis. Tammy said they are so mad at them.
Tammy says that if she is in the foreman's office for 5 minutes they are saying she is sucking up
or brown nosing the foremen. She feels like she can not go into the foremen's office and give
input about her job because of the other helpers.
She said it's everyone's responsibility to work with each other with respect and in a civil
environment.
Tammy feels like she could not even ask Phyllis for a pen. Phyllis said she knew that Tammy
told on her and that she was going to get corporate involved. Phyllis mentioned that she didn't
get in trouble for the cake incident. Tammy did say that the discussion with Phyllis on Tuesday
was civil. She said she was sorry that the Facility group is still in this mess.

Phyllis Hughes – Management Discussion Guide



Your employment with Southern Nuclear is being terminated today, effective 8/16/05, based upon your overall unacceptable employment record. Your overall performance was unacceptable for the 2004 performance year. In your mid-year 2005 review, you did not fully met expectations in the area of behaviors. At the time of your mid-year review, you had been issued an Oral Reminder regarding reporting to work in attire that was not suitable for an industrial environment. Since then, you have been issued a second Oral Reminder regarding an unauthorized absence and the improper reporting of that absence to Facilities supervision. You now have been identified as contributing to a hostile work environment of other employees. You posted a picture of a spider and wrote derogatory comments regarding a member of the facilities group and have otherwise harassed co-workers through your conduct. This includes you questioning company witnesses who gave statements during the investigation of your improper attire. These and other behaviors, such as swapping job assignments with co-workers after being instructed not to by Facilities supervision, indicate that you do not use your best endeavors to cooperate with decisions made by supervision.



**EXHIBIT I**

# Employee Discipline Guide

**Southern Nuclear**



| Employee Name: Doris Ashford | Job Title: Helper |
|---|---|
| Emp. No. | Date: 8/16/05 |
| Department: Facilities | Division, Plant, etc.: Plant Farley |

*This guide is to help supervisors prepare for and document employee discussions and discipline. By itself it will usually be sufficient documentation for Coaching and Oral Reminders; for Written Reminders and DML's, use this sheet to prepare a letter to the employee.* **This guide is intended for use with formal discipline only and should not be completed for coaching.**

## PRE-MEETING PREPARATION

**Brief Description of Problem:**
Harassment of co-worker; failure to follow work instructions; and lack of loyalty, competitiveness, and efficiency.

*Please copy and paste the following symbol as needed to designate appropriate responses below:* ☒

**Date(s) of previous discussion(s) about this problem:**

Is employee currently in an active level of Discipline?   ☐ Yes   ☒ No
☐ Oral Reminder   ☐ Written Reminder   ☐ DML

**Was administered on:** (date)   | **for:** (reason)

**Desired Performance:**
Employees are expected to follow the company's non-harassment policy and to be committed to a work environment free of intimidation and harassment. Employees have the responsibility to report to supervision the status of work assignments, and to contribute to the loyalty, competitiveness, and efficiency of the department.

**Actual Performance:**
You met with a co-worker on July 29th regarding a list of items that you or others felt she needed to change. The items listed were harassing in nature and indicate that you are attempting to create a division between the employees and supervision. You included a statement about skeletons in her closet that management feels was intended to intimidate and threaten the employee. Additionally, you have swapped job assignments with co-workers after you have been instructed not to by Facilities supervision.

**Impact/business reason why employee must solve this problem:**
The company is on notice of a hostile and intimidating work environment created in part by your actions. Swapping job assignments without obtaining supervisory concurrence impedes the supervisor's ability to hold individuals accountable for their actions.

**Consequences to employee for failing to improve to an acceptable level:**
Termination of employment.

Other factors to consider in evaluating this problem:

☐ Length of Service          ☐ Recent discussions about this or other problems

☐ Overall work record        ☐ Need to discuss with others for consultation/approval

This conversation is intended to be:

| ☐ Oral Reminder | ☐ Written Reminder | ☒ DML | ☐ Other |
|---|---|---|---|

## PERFORMANCE IMPROVEMENT PLAN

For: Doris Ashford   Manager/ Supervisor: Brad Moore / John Wright   Date: 08/05/05

       Your current work performance in the areas list below is consistently below expectations as outlined in your current Performance Plan.

       This Performance Improvement Plan has been developed, with your input, to give you an opportunity to improve your work performance to meet work performance expectations. This Performance Improvement Plan will become an attachment to your current Performance Plan.  Your progress toward satisfactorily improving your performance in each of the listed Areas of Performance Requiring Improvement will be periodically evaluated and you'll be given feedback on your progress as specified in the Action Plan.

       Immediate and sustained improvement in your work performance is expected within the timeframe listed in the Action Plan. This Performance Improvement Plan does not constitute a step in the SNC Positive Discipline process; however, failure to meet expectations may lead to additional employment action.

Demonstrated Strengths
- Promotes and practices safe work habits in the work area
- Job Knowledge

Areas of Work Performance Requiring Improvement
- Behavior / attitude:  You have shown a negative attitude toward your supervision
- A foreman and supervisor were going to make an inspection of SWIS. You were asked to go with them but you stated you were not going back up there at this time until you took a break. Another occasion you were discussing a job assignment with a foreman on the phone and during the course of the discussion you hung up on the foreman. You had another confrontation with a foreman when you mistakenly thought your relief was a person that had called in and was not coming in. You had looked at the assignment board wrong.
- On more than one occasion you have in a forceful and in a nonprofessional manner questioned supervision on using contractors including one incident when you hung up on a supervisor.

Action Plan Required to Meet Work Performance Expectations
- Improve your behavior / attitude toward supervision.
- When you have a question or something you need to discuss, do so in a calm, courteous, and rational manner. Have this same behavior / attitude with coworkers as well.
- Do not use this performance improvement plan as a reason to not communicate with supervision or coworkers.
- Your work performance must improve and the change in performance must be immediate and sustained.

Your signature indicates your understanding and commitment to take the specific actions listed in the Action Plan along with any other actions deemed appropriate and directed by management as a requirement to improve your work performance.

_____Date: _____

Employee Signature




**EXHIBIT**
J



## Employee Discipline Guide

**Southern Nuclear**

| **Employee Name:** Janell McDowell | **Job Title:** Helper |
|---|---|
| **Emp. No.** | **Date:** 8 /16 /05 |
| **Department:** Facilities | **Division, Plant, etc.:** Plant Farley |

*This guide is to help supervisors prepare for and document employee discussions and discipline. By itself it will usually be sufficient documentation for Coaching and Oral Reminders; for Written Reminders and DML's, use this sheet to prepare a letter to the employee. This guide is intended for use with formal discipline only and should not be completed for coaching.*

## PRE-MEETING PREPARATION

**Brief Description of Problem:**
Harassment of co-worker; failure to follow work instructions; and lack of loyalty, competitiveness, and efficiency.

*Please copy and paste the following symbol as needed to designate appropriate responses below:* ☒

**Date(s) of previous discussion(s) about this problem:**

Is employee currently in an active level of Discipline?        ☐ Yes        ☒ No
☐ Oral Reminder        ☐ Written Reminder        ☐ DML

| **Was administered on:** (date) | **for:** (reason) |
|---|---|

**Desired Performance:**
Employees are expected to follow the company's non-harassment policy and to be committed to a work environment free of intimidation and harassment. Employees have the responsibility to report to supervision the status of work assignments, and to contribute to the loyalty, competitiveness, and efficiency of the department.

**Actual Performance:**
You encouraged the job steward to meet with a co-worker regarding items that you or others felt the co-workers needed to change. The meeting was harassing in nature as has been your conduct in the workplace toward certain co-workers. Your comments and conduct also indicate that you are attempting to create a division between the employees and supervision. Additionally, you have swapped job assignments with co-workers after you have been instructed not to by Facilities supervision.

**Impact/business reason why employee must solve this problem:**
The company is on notice of a hostile and intimidating work environment created in part by your actions. Swapping job assignments without obtaining supervisory concurrence impedes the supervisor's ability to hold individuals accountable for their actions.

**Consequences to employee for failing to improve to an acceptable level:**
Termination of employment.

Other factors to consider in evaluating this problem:

☐ Length of Service        ☐ Recent discussions about this or other problems

☐ Overall work record        ☐ Need to discuss with others for consultation/approval

This conversation is intended to be:

| ☐ Oral Reminder | ☐ Written Reminder | ☒ DML | ☐ Other |
|---|---|---|---|



**DEFENDANT'S EXHIBIT**

2 McDowell

McDowell v. Southern Nuclear
296

wb JRN

**Completed by:**                                        **Date:**

McDowell v. Southern Nuclear
298

**POST-MEETING NOTES**

Date/Time of Discussion   8-17-05 — 14:10

Location   GM office - Farley

Company representative(s) present   Randy Johnson and Chere Johnson

Union representative(s) present   Tammy Swift and Janell McDowell

☑ Employee agreed to solve the problem
☐ Employee did **not** agree to solve the problem
☐ Employee did **not** recognize that there is a problem

Employee action plan...Employee committed to solve the problem by:

Committed to performing her job duties in a way such
as not to create a hostile environment. Employee admitted
agreed to obtain FAC. supervision prior to swapping jobs.
permission concurrence when

Significant issues raised by:

**Employee:**  Does not feel she harassed anyone nor does she feel
she contributed to a hostile work environ. Believes she obtained
permission to swap jobs.

**Union:**

This discussion was a:   ☐ Oral Reminder
☐ Written Reminder...(additional documentation necessary)
☑ DML...(additional documentation necessary)

**Additional comments:**

**Follow-up dates/plans:**   Monthly follow-ups with FAC supv.

Southern Nuclear
Operating Company, Inc.
Post Office Drawer 470
Ashford, Alabama 36312

TO:        Janell McDowell
FROM:      Randy Johnson
DATE:      August 18, 2005
SUBJECT:   Decision-Making Leave


**SOUTHERN COMPANY**
*Energy to Serve Your World™*

In our meeting on August 16, 2005, we discussed harassment of co-worker; failure to follow work instructions; and lack of loyalty, competitiveness, and efficiency. Additionally, you have swapped job assignments with co-workers after you have been instructed not to by Facilities supervision. We discussed that the company is on notice of a hostile and intimidating work environment created in part by your actions. Swapping job assignments without obtaining supervisory concurrence impedes the supervisor's ability to hold individuals accountable for their actions.

As a result of your actions, you were issued a Decision-Making Leave. This positive discipline will remain active and in your personnel file for 18 months. You were instructed to take a day off with pay to consider the impacts of your actions, the future expectations you must abide by and to return and inform your management of your interest to remain employed or not as a Helper at Farley Nuclear Plant.

We discussed that employees are expected to follow the company's non-harassment policy and to be committed to a work environment free of intimidation and harassment. Employees have the responsibility to report to supervision the status of work assignments, and to contribute to the loyalty, competitiveness, and efficiency of the department. Failing to improve or should any other problems occur which warrants formal discipline, will result in termination of your employment.

You indicated that you were committed to performing your job duties in a way such as not to create a hostile environment. You also committed to not swapping jobs without supervisor concurrence.

I am confident that you understand the meaning of our discussion and the necessary expectations for your future performance. I am confident that you understand the consequences for failure to fully support your commitment.

I look forward to working with you through this situation and moving to a productive future.

Sincerely,

Randy Johnson





# Employee Discipline Guide

**Southern Nuclear**

| | |
|---|---|
| **Employee Name:** Leonard Russ | **Job Title:** Helper |
| **Employee #:** | **Date:** 8/15/2005 |
| **Department:** Maintenance | **Division, Plant, etc.:** FNP |

*This guide is to help supervisors prepare for and document employee discipline. By itself it will usually be sufficient documentation for Oral Reminders. For Written Reminders and DML's, use this sheet to prepare a letter to the employee. This guide is intended for use with formal discipline only and should not be completed for coaching.*

## PRE-MEETING PREPARATION

**Brief Description of Problem:** Employee interfered with Performance Management activities concerning another Employee, refused to meet with Supervision after being informed that the meeting was not a disciplinary action and failed to follow work instructions.

*Please copy and paste the following symbol as needed to designate appropriate responses below:* ☒

**Date(s) of previous discussion(s) about this problem:**

Is employee currently in an active level of Discipline?   ☐ Yes   ☒ No

☐ Oral Reminder   ☐ Written Reminder   ☐ DML

**Was administered on:** (date)   **for:** (reason)

**Desired Performance:** Employee is expected to refrain from interfering in interactions between Supervision and other employees. While employees are encouraged to have a questioning attitude, questions and/or objections must be raised in a professional and respectful manner.

**Actual Performance:**
On 8/11/2005 you interfered with Supervision efforts to apply performance management with another employee by interjecting yourself into the conversation between Supervision and the other employee. You were instructed to wait in the area until the conversation with the other employee was completed so your Supervision could discuss this issue with you. Furthermore you were informed that Union Representation was not needed and would not be allowed since the intent of the conversation was coaching on your behavior and that discipline would not be involved. Contrary to this instruction you chose to obtain the presence of a Union Representative for the meeting and refused to discuss the issue with your Supervision without a Union Representative present. During this event you demonstrated disrespect for Supervision by loudly proclaiming that Supervision cannot meet with an employee without Union representation present. Additionally, you have swapped job assignments with co-workers after you have been instructed not to by Facilities supervision.

**Impact/business reason why employee must solve this problem:**
Performance management meetings with employees are Management's means for improving employee performance in a positive manner without resulting to discipline. Your interference and refusal to participate in this process hinders efforts to improve performance. It is your supervisor's responsibility to be aware of your activities and general location in the plant. Swapping job assignments without obtaining supervisory concurrence impedes the supervisor's ability to hold individuals accountable for their actions.

**Consequences to employee for failing to improve to an acceptable level:**
Additional discipline up to and including termination of employment.

Other factors to consider in evaluating this problem:

☐ Length of Service   ☐ Recent discussions about this or other problems

☐ Overall work record     ☐ Need to discuss with others for consultation/approval

This conversation is intended to be:

| ☐ Oral Reminder | ☐ Written Reminder | ☒ DML | ☐ Other |
|---|---|---|---|

**POST-MEETING NOTES**

Date/Time of Discussion    8/16/05 - 15:00

Location    Gm office - Farley

Company representative(s) present    Randy Johnson, Deborah Crutchfield, Chess Johnson

Union representative(s) present    Tippy Smith, Leonard Russ

☑ Employee agreed to solve the problem
☐ Employee did **not** agree to solve the problem
☐ Employee did **not** recognize that there is a problem

**Employee action plan...Employee committed to solve the problem by:**

Carefully approach supv. in a respectful manner such
that it's not tee perceived by supervision as being disrespectful
+ disruptive to the Facilities group.

Significant issues raised by:

**Employee:**  Doesn't agree w/ what was said and doesn't agree that
he was loud and Boistrous — says his conversation was w/ co-worker
and not Supv. Disagrees w/ banging on the door and desk — says he
beats all day that is just what he does to get thru the day.

**Union:** _____

_____

_____

This discussion was a:    ☐ Oral Reminder
☐ Written Reminder...(additional documentation necessary)
☑ DML...(additional documentation necessary)

**Additional comments:** _____

_____

_____

**Follow-up dates/plans:**    Monthly Follow-up w/ Fac Supv.

_____

**Completed by:** _____    **Date:** 8-17-05

Southern Nuclear
Operating Company, Inc.
Post Office Drawer 470
Ashford, Alabama 36312



TO:            Leonard Russ
FROM:       Randy Johnson
DATE:        August 18, 2005
SUBJECT:   Decision-Making Leave

In our meeting on August 15, 2005, we discussed that you interfered with Performance
Management activities concerning another Employee, refused to meet with Supervision
after being informed that the meeting was not a disciplinary action and failed to follow
work instructions. Your interference in and refusal to participate in this process hinders
efforts to improve performance. It is your supervisor's responsibility to be aware of your
activities and general location in the plant. Additionally, swapping job assignments
without obtaining supervisory concurrence impedes the supervisor's ability to hold
individuals accountable for their actions.

As a result of your actions, you were issued a Decision-Making Leave. This positive
discipline will remain active and in your personnel file for 18 months. You were
instructed to take a day off with pay to consider the impacts of your actions, the future
expectations you must abide by and to return and inform your management of your
interest to remain employed or not as a Helper at Farley Nuclear Plant.

We discussed that employees are expected to refrain from interfering in interactions
between Supervision and other employees. While employees are encouraged to have a
questioning attitude, questions and/or objections must be raised in a professional and
respectful manner. Failing to improve or should any other problems occur which warrants
formal discipline, will result in termination of your employment.

You indicated that you would commit to carefully approaching supervision in a respectful
manner such that it is not perceived by supervision as being disrespectful and disruptive
to the Facilities group. You also committed to not swapping jobs without supervisor
concurrence.

I am confident that you understand the meaning of our discussion and the necessary
expectations for your future performance. I am confident that you understand the
consequences for failure to fully support your commitment.

I look forward to working with you through this situation and moving to a productive
future.

Sincerely,

Randy Johnson

EXHIBIT

L

## Discipline Guide

**Southern Nuclear**

| Name: Stephanie Sanders | Job Title: Helper |
|---|---|
| Emp. No. | Date: 8 /17 /05 |
| Department: Facilities | Division, Plant, etc.: Plant Farley |

*This guide is to help supervisors prepare for and document employee discussions and discipline. By itself it will usually be sufficient documentation for Coaching and Oral Reminders; for Written Reminders and DML's, use this sheet to prepare a letter to the employee. This guide is intended for use with formal discipline only and should not be completed for coaching.*

### PRE-MEETING PREPARATION

**Brief Description of Problem:**
Harassment of co-worker; failure to follow work instructions; and lack of loyalty, competitiveness, and efficiency.

*Please copy and paste the following symbol as needed to designate appropriate responses below:* ☒

**Date(s) of previous discussion(s) about this problem:**

Is employee currently in an active level of Discipline?  ☐ Yes    ☒ No
☐ Oral Reminder    ☐ Written Reminder    ☐ DML

| Was administered on: (date) | for: (reason) |
|---|---|

**Desired Performance:**
Employees are expected to follow the company's non-harassment policy and to be committed to a work environment free of intimidation and harassment. Employees have the responsibility to converse with management on work assignments and status, and to contribute to the loyalty, competitiveness, and efficiency of the department.

**Actual Performance:**
Your conduct in the work place has been harassing in nature toward certain co-workers. You do not actively participate in meetings with supervision. Additionally, you have swapped job assignments with co-workers after you have been instructed not to by Facilities supervision.

**Impact/business reason why employee must solve this problem:**
The company is on notice of a hostile and intimidating work environment created in part by your actions. Swapping job assignments without obtaining supervisory concurrence impedes the supervisor's ability to hold individuals accountable for their actions.

**Consequences to employee for failing to improve to an acceptable level:**
Additional discipline up to and including termination of employment.

Other factors to consider in evaluating this problem:

☐ Length of Service        ☐ Recent discussions about this or other problems

☐ Overall work record      ☐ Need to discuss with others for consultation/approval

This conversation is intended to be:

| ☐ Oral Reminder | ☒ Written Reminder | ☐ DML | ☐ Other |
|---|---|---|---|

DEFENDANT'S
EXHIBIT

3 Sanders

Date/Time of Discussion 8/17/05  11:37

Location  Jim Parrish's office

Company representative(s) present  Deborah Critchfield  Dan Hunter (left 8/17/05)  Jim Parrish

Union representative(s) present  Dan Hunter

☑ Employee agreed to solve the problem  Employee states that she did not harass anyone
☐ Employee did **not** agree to solve the problem
☐ Employee did **not** recognize that there is a problem

**Employee action plan...Employee committed to solve the problem by:**
1. Read and understand Corp Policy 703
2. Continue to abide by the policy
3. Do not swap jobs without supervisor concurrence
4. Communicate openly with the Kitchen supervisor to contribute to the loyalty, competitiveness and efficiency of the department.

Significant issues raised by:

**Employee:**  Employee states that she did not harass anyone

**Union:**

This discussion was a:  ☐ Oral Reminder
☑ Written Reminder...(additional documentation necessary)
☐ DML...(additional documentation necessary)

**Additional comments:**

**Follow-up dates/plans:**  Facilities supervision will conduct follow-up meetings monthly.

Completed by:  Jim Parrish          **Date:** 8/17/05

Southern Nuclear
Operating Company, Inc.
Post Office Drawer 470
Ashford, Alabama 36312

TO:          Stephanie Sanders

FROM:        Jim Parrish

DATE:        August 18, 2005

SUBJECT:     Written Reminder

**SOUTHERN COMPANY**
*Energy to Serve Your World™*

In our meeting on August 17, 2005, we discussed that your conduct in the work place has been harassing in nature to certain co-workers. You do not actively participate in meetings with supervision. Additionally, you have swapped job assignments with co-workers after you have been instructed not to by Facilities supervision. We discussed that the company is on notice of a hostile and intimidating work environment created in part by your actions. Swapping job assignments without obtaining supervisory concurrence impedes the supervisor's ability to hold individuals accountable for their actions.

As a result of your actions, you were issued a Written Reminder. This positive discipline will remain active and in your personnel file for 12 months. We discussed that employees are expected to follow the company's non-harassment policy and to be committed to a work environment free of intimidation and harassment. Employees have the responsibility to converse with management on work assignments and status, and to contribute to the loyalty, competitiveness, and efficiency of the department. Failing to improve could result in additional discipline up to and including termination.

You indicated that you would commit to reading and understanding the Corporate Policy 703 and continue abiding by the Policy. Additionally, you committed to not swapping jobs without supervisor concurrence.

I am confident that you understand the meaning of our discussion and the necessary expectations for your future performance. I am confident that you understand the consequences for failure to fully support your commitment.

I look forward to working with you through this situation and moving to a productive future.

Sincerely,

Jim Parrish

# Employee Discipline Guide



EXHIBIT

M

## Southern Nuclear

| Employee Name: Bobby White | Job Title: Helper |
|---|---|
| Emp. No. | Date: 8/16/05 |
| Department: Facilities | Division, Plant, etc.: Plant Farley |

*This guide is to help supervisors prepare for and document employee discussions and discipline. By itself it will usually be sufficient documentation for Coaching and Oral Reminders; for Written Reminders and DML's, use this sheet to prepare a letter to the employee. This guide is intended for use with formal discipline only and should not be completed for coaching.*

## PRE-MEETING PREPARATION

| Brief Description of Problem: |
|---|
| Failure to follow work instructions of supervision. |

*Please copy and paste the following symbol as needed to designate appropriate responses below:* ☒

| Date(s) of previous discussion(s) about this problem: |
|---|

Is employee currently in an active level of Discipline?     ☐ Yes     ☒ No
        ☐ Oral Reminder     ☐ Written Reminder     ☐ DML

| Was administered on: (date) | for: (reason) |
|---|---|

| Desired Performance: |
|---|
| Employees are expected to follow the instruction of supervisors and complete the job assignments given to them. |

| Actual Performance: |
|---|
| You have swapped job assignments without the approval of Facilities Supervision. |

| Impact/business reason why employee must solve this problem: |
|---|
| Swapping job assignments without obtaining supervisory concurrence impedes the supervisor's ability to hold individuals accountable for their actions. |

| Consequences to employee for failing to improve to an acceptable level: |
|---|
| Additional discipline up to and including termination. |

Other factors to consider in evaluating this problem:

☐ Length of Service          ☐ Recent discussions about this or other problems

☐ Overall work record        ☐ Need to discuss with others for consultation/approval

This conversation is intended to be:

| ☐ Oral Reminder | ☒ Written Reminder | ☐ DML | ☐ Other |
|---|---|---|---|

**POST-MEETING NOTES**

Date/Time of Discussion   *8/17/05*

Location   *Jim Parrish's office*

Company representative(s) present   *Jim Parrish, Deborah Crutchfield*

Union representative(s) present   *Conzo Smith*

☑ Employee agreed to solve the problem
☐ Employee did **not** agree to solve the problem
☐ Employee did **not** recognize that there is a problem

Employee action plan...Employee committed to solve the problem by:
*will not swap job assignments*

Significant issues raised by:

Employee:   *Employee stated he swapped with another employee at her request and states that the requesting employee should could inform supervision*

Union:

This discussion was a:   ☐ Oral Reminder
                         ☒ Written Reminder...(additional documentation necessary)
                         ☐ DML...(additional documentation necessary)

Additional comments:

Follow-up dates/plans:   *Monthly attorney meetings*

Completed by: *[signature]*                          Date: *8/17/05*

Southern Nuclear
Operating Company, Inc.
Post Office Drawer 470
Ashford Alabama 36312



TO:        Bobby White

FROM:      Jim Parrish

DATE:      August 18, 2005

SUBJECT:   Written Reminder

In our meeting on August 17, 2005, we discussed that you failed to follow work instructions of supervision by swapping job assignments without the approval of Facilities Supervision. We discussed that swapping job assignments without obtaining supervisory concurrence impedes the supervisor's ability to hold individuals accountable for their actions.

As a result of your actions, you were issued a Written Reminder. This positive discipline will remain active and in your personnel file for 12 months. We discussed that employees are expected to follow the instruction of supervisors and complete the job assignments given to them. Failing to improve could result in additional discipline up to and including termination.

You indicated that you would commit to not swapping job assignments without Facilities Supervisory approval.

I am confident that you understand the meaning of our discussion and the necessary expectations for your future performance. I am confident that you understand the consequences for failure to fully support your commitment.

I look forward to working with you through this situation and moving to a productive future.

Sincerely,

Jim Parrish

Jim Parrish

Management Discussion Guide – Janell McDowell



On August 16, 2005, you were administered a Decision Making Leave regarding harassment of a co-worker; failure to follow work instructions; and lack of loyalty, competitiveness, and efficiency. During the discussion and in the follow up letter to you, the expectations going forward were made clear as were the consequences. Unfortunately, you have chosen not to meet those expectations. On August 24th, in the morning staff meeting your conduct was unacceptable, you showed no interest; showed disrespect for management leading the meeting; and did not properly acknowledge work assignments given to you. On September 9th during a follow-up meeting on your DML, your comments indicated that you do not have the total commitment required to remain an employee. Consequently, effective today, September 18, 2005, your employment with SNC is terminated.

EEOC FORM 131 (5/01)

## U. S. Equal Employment Opportunity Commission

|  | PERSON FILING CHARGE |
|---|---|
| **Department of Human Resources**<br>**FARLEY NUCLEAR PLANT**<br>**Post Office Box 470**<br>**Ashford, AL 36312** | **Janell McDowell** |

|  |
|---|
| THIS PERSON *(check one or both)*<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s) |
| EEOC CHARGE NO.<br>**130-2006-01264** |

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

**EXHIBIT**
*0*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act          [ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act          [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [X] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by _____ a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by _____ to _____<br>If you <u>DO NOT</u> wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

**Murry A. Gosa,**
**Intake Supervisor**
*EEOC Representative*
*Telephone:* **(205) 212-2119**

**Birmingham District Office**
**Ridge Park Place**
**1130 22nd Street, South**
**Birmingham, AL 35205**

Enclosure(s): [ ] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[X] RACE  [X] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN  [ ] AGE  [ ] DISABILITY  [X] RETALIATION  [ ] OTHER

**ISSUES: Discharge**

**DATE(S) (on or about): EARLIEST: 08-16-2005    LATEST: 08-16-2005**

**Also Served: Walter Graham, Compliance Manager for**
**ALABAMA POWER**

FILE COPY

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| **Dec 14, 2005** | **Bernice Williams-Kimbrough,**<br>**District Director** | *(signature)* |

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| | ☐ FEPA | |
| | ☒ EEOC | |

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

_____ **and EEOC**

*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Ms. Janell McDowell | (334) 445-4482 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| | Ozark, AL | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Farley Nuclear Plant | 15+ | (334) 899-5156 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| P.O Box 470 | Ashford, AL | Houston |

| NAME | | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☑ RACE  ☑ COLOR  ☑ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☑ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify)*

DATE DISCRIMINATION TOOK PLACE
EARLIEST   (LATEST)
8/16/05

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

Please see attached letter.

EXHIBIT
P

☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Janell McDowell

Date 12/12/05   Charging Party *(Signature)*

NOTARY - *(When necessary for State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(Day, month, and year)*

EEOC FORM 5 (REV. 06/92)



# Janell McDowell

## Ozark, AL
## (334) 445-4482

Equal Employment Opportunity Commission
1130 22nd Street, South
Suite 2000
Birmingham, AL 35205

December 12, 2005

Dear EEOC Representative:

My name is Janell McDowell and I am a forty-three year old African-American female residing in Ozark, Alabama. I worked for Farley Nuclear Plant for six and one half years. I had nothing but good evaluations and letters of praises in my file. I am filing this complaint with your establishment for being wrongfully discharged singled out, labeled, retaliated against and discriminated against by management at Farley Nuclear Plant.

On Tuesday, August 16, 2005, I received an 18 month DML (decision making leave) for not speaking to a co-worker. (1) Randy Johnson, (plant manager) stated that by not speaking to Tammy Caldwell created a hostile environment and this was a form of harassment. (2) They also alleged that I was part of a group of employees that harassed Ms. Caldwell. In any case, I spoke with Ms. Caldwell when it was job related and I never said anything out of the way to her.

On Friday, September 9, 2005, two foremen and my supervisor called me in the office saying that they were giving me a 30-day follow up on my 18 month discipline. In the meeting (that I recorded) which was not the complete 30 days, they stated that I was not complying with my conditions of employment. They stated that I did not meet their expectations, because I was not speaking to **THEM** and that was one of the conditions that was contingent upon me staying employed with the company. Well, that was not the truth and not what my DML was for. They had changed from not speaking to Ms. Caldwell to not speaking to them.

On Friday, September 16, 2005, around 2:00 p.m. I was told to report the assistant manager's office by my foreman (John Wright). In the office was Sonny

Bugarrone. (Assistant Plant Manager), Deborah Crutchfield (Facilities
Maintenance supervisor), Brad Moore (Maintenance Manager), Cheri Johnson
(Human Resource Director), Mike Jackson (my union representative) and myself.
Also, security was waiting outside the office to escort me off of plant site. The
assistant manager informed me that he was terminating me because I indicated to
my supervisor and foremen in the meeting they had with me on September 9, 2005,
that I did not care whether I kept my job or not. When I went in the
aforementioned meeting (that I recorded) present were Deborah Crutchfield,
Shelley Murrell and Mark Freeman and I. As a result, they perjure themselves by
telling the assistant plant manager I made that statement not knowing I had taped
the conversation. He also indicated that I did not keep my promise about speaking.
When I was told to speak and rebuild a friendly relationship with the co-worker
nothing was ever mentioned about me speaking (greeting) management. Again,
they went from not speaking to Tammy to not speaking to them. According to my
DML I had complied with everything that they stated.

On November, 4, 2005, I had a hearing via teleconference with the State of
Alabama Department of Industrial Relations Hearings and Appeals representative
(Brenda Sulzby), Corporate Human Resource representative (Sharon Bestwick),
Human Resource Director (Cheri Johnson) and Facilities Maintenance Supervisor
(Debra Crutchfield). In this hearing I learned the contents of a letter that was
presenting to Ms. Caldwell by union steward (Doris Ashford). I had absolutely no
knowledge of the contents of that letter and when it was presented to Ms.
Caldwell. As a matter of fact, when this information was presented Ms. Sulzby
asked Ms. Bestwick if the letter was in my handwriting or if they had any proof to
tie me to the letter. Ms. Bestwick response was no. Meanwhile, the person who
drafted and presented the letter to Ms. Caldwell is gainfully employed at Farley
Nuclear Plant.

Thank you for looking into this matter, and I hope to hear from you soon.

Sincerely,

*Janell McDowell*

Janell McDowell

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

| To: Janell Mcdowell | From: Birmingham District Office - 420 |
|---|---|
| Ozark, AL | Ridge Park Place<br>1130 22nd Street, South<br>Birmingham, AL 35205 |

**EXHIBIT**

Blumberg No. 5119

|  | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 130-2006-01264 | Murry A. Gosa,<br>Intake Supervisor | (205) 212-2119 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

Bernice Williams-Kimbrough,
District Director

1/19/06
(Date Mailed)

Enclosures(s)

cc: **FARLEY NUCLEAR PLANT**
Ashford, AL 36312

Deborah Crutchfield
Farley Nuclear Plant

EXHIBIT
R

November 1, 2005

The purpose of this letter is to inform you that I can no longer work under the Southern Style that is practiced at Farley Nuclear Plant. Corporate Policy 702 Southern Company Code of Ethics states a lot of things that sound good. It states that Southern Style is the foundation of your culture of trust and ethical behavior. It states that you tell the truth- yet we have been lied to and lied on.

It states that you keep your promises and deal fairly and ethically with everyone. Yet, I feel this fairness doesn't apply to everyone. I know that I have personally been singled out, judged unfairly, treated unfairly and disciplined unjustly.

Under the Southern Nuclear Company diversity website there are expectations for management. It says management is to build relationships with team members in order to understand differences and develop trust. I feel there is very little trust. It states management is expected to create an inclusive work environment, but I feel you exclude the ones actually doing the work and show favoritism towards certain ones doing the work.

I feel you have good policies that will build a great company if they were practiced. I've seen people that I felt were good people move into management. Instead of these people daring to be different and do right in order to make a difference, they fall right in with this Southern Style that has always been practiced: Tell the truth, keep our promises and deal fairly and ethically but not with everyone.

Sincerely submitted



Stephanie M. Sanders



DEFENDANT'S
EXHIBIT

4 Sanders

Please forward any mail to:

OZark, AL

Southern Nuclear
Operating Company, Inc.
Post Office Drawer 470
Ashford, Alabama 36312

EXHIBIT
S


SOUTHERN
COMPANY
*Energy to Serve Your World™*

November 1, 2005

Stephanie Sanders

Dothan AL

Dear Ms. Sanders:

The purpose of this letter is to address your recent absences, your failure to keep management informed, and your failure to submit the initial FMLA paperwork. While on the first three nights (October 11th – 13th) you either called in or management called you, you did report to work and did not call to report that you would be absent since Saturday October 15th.

Consequently, management wrote a certified letter to you, which you signed for on Wednesday, October 26th. This letter gave you five days from the receipt of the letter to provide the initial FMLA paperwork to Effie Manley so that a determination could begin on whether the absences were covered under FMLA. The fifth day was Monday, October 31st and the FMLA paperwork was not provided to Effie Manley as was required. While you did call and leave a voice mail for supervision on October 26th, stating you would be in the first of this week with paperwork, you did not provide the paperwork by the fifth day, nor have you otherwise kept management informed regarding your continued absences as was required per the certified letter. It was clear that failure to be compliant with the terms laid out in the certified letter would result in discipline up to and including termination. Additionally, you are currently on an active Written Reminder.

Consequently, your employment is being terminated effective today, November 1, 2005, on the basis of job abandonment.

Randy Johnson

Nuclear Plant General Manager

Deborah Crutchfield

Facilities Supervisor

DEFENDANT'S EXHIBIT
S Sanders



**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☑ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Stephanie Sanders

Dothan, AL

4a. Article Number
7000 0520 0013 6361 1078

4b. Service Type
☐ Registered          ☑ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery
11-3

5. Received By: (Print Name)
Stephanie Sanders

6. Signature: (Addressee or Agent)
X

8. Addressee's Address (Only if requested and fee is paid)

Is your **RETURN ADDRESS** completed on the reverse side?

Thank you for using Return Receipt Service.

PS Form **3811**, December 1994                    **Domestic Return Receipt**







## Employee Discipline Guide

**Southern Nuclear**

| Employee Name: Patricia Glasco | Emp . No.: | Date: 6/8/2004 |
|---|---|---|
| Department: Facilities | Division, Plant, etc.: Farley nuclear Plant | |

*This guide is to help supervisors prepare for and document employee discussions and discipline. By itself it will usually be sufficient documentation for Coaching and Oral Reminders, for Written Reminders and DML's, use this sheet to prepare a letter to the employee. This guide is intended for use with formal discipline only and should not be completed for coaching.*

### PRE-MEETING PREPARATION

**Brief Description of Problem:** During the recent FNP outage you failed to take appropriate action when sexually offensive material was brought into the Facilities work area This is a failure on your part as a supervisor to maintain appropriate work place standards and to a failure to maintain an appropriate work environment

*Please copy and paste the following symbol as needed to designate appropriate responses below*  ☒

| Date(s) of previous discussion(s) about this problem: | |
|---|---|

Is employee currently in an active level of Discipline?  ☐ Yes  ☒ No

☐ Oral Reminder    ☐ Written Reminder    ☐ DML

| Was administered on: (date) | for: (reason) |
|---|---|

**Desired Performance:** As a member of supervision, you must at all times maintain the highest standards of conduct for your employees and maintain the workplace environment free from offensive material. You must aggressively deal with inappropriate behavior on the part of a subordinate.

**Actual Performance:** During the outage when a sexually suggestive cake was brought to the Facilities work area, you did not take action to eliminate the cake from the work area. You also did not take any action to inform the employee who brought the cake that it was inappropriate for the workplace and that future behavior of this sort is unacceptable.

**Impact/business reason why employee must solve this problem:** SNC and Farley are committed to maintaining a workplace free from harassment and offensive behavior or materials. Supervision is obligated to not tolerate such behavior or materials and to act aggressively to remedy any situation which is at variance to company policy

**Consequences to employee for failing to improve to an acceptable level:** Additional discipline up to and including termination.

Other factors to consider in evaluating this problem:

☒ Length of Service    ☐ Recent discussions about this or other problems

☒ Overall work record    ☐ Need to discuss with others for consultation/approval

This conversation is intended to be:

| ☒ Oral Reminder | ☐ Written Reminder | ☐ DML | ☐ Other |
|---|---|---|---|

POST-MEETING NOTES

Date/Time of Discussion   6-10-2004 — 1300

Location   Farley Nuclear Plant - Office of Clif Buck

Company representative(s) present   Joe Walden, Clif Buck

Union representative(s) present   N/A

☒ Employee agreed to solve the problem
☐ Employee did not agree to solve the problem
☐ Employee did not recognize that there is a problem

Employee action plan...Employee committed to solve the problem by: Will maintain a heightend awareness to potentially offencive material and will act aggrecively to eliminate such material in the future act and coach/dicipline employees accordingly.

Significant issues raised by:

Employee:   Employee did not consider the cake to be offensive.

Union:   N/A

This discussion was a: ☒ Oral Reminder
☐ Written Reminder   (additional documentation necessary)
☐ DML...(additional documentation necessary)

Additional comments:

Follow-up dates/plans:

Completed by:   CB        Date:   6/10/04

                                            6/18/04



WBCH   Expires 12/11/04

## Employee Discipline Guide

**Southern Nuclear**



| **Employee Name:** Howard Maddox | **Job Title:** Facilities Foreman |
|---|---|
| **Emp. No.** | **Date:** 6/11/04 |
| **Department:** HP/Chemistry | **Division, Plant, etc.:** Plant Hatch |

*This guide is to help supervisors prepare for and document employee discussions and discipline. By itself it will usually be sufficient documentation for Coaching and Oral Reminders; for Written Reminders and DML's, use this sheet to prepare a letter to the employee. This guide is intended for use with formal discipline only and should not be completed for coaching.*
**PRE-MEETING PREPARATION**

**Brief Description of Problem:** At the recent FNP outage you failed to take appropriate action when sexually offensive material was brought into the work area. You did not inform employees that their behavior was inappropriate for the workplace.

*Please copy and paste the following symbol as needed to designate appropriate responses below:* ☒

| **Date(s) of previous discussion(s) about this problem:** | |
|---|---|

Is employee currently in an active level of Discipline?   ☐ Yes   ☒ No

☐ Oral Reminder   ☐ Written Reminder   ☐ DML

| **Was administered on: (date)** | **for: (reason)** |
|---|---|

**Desired Performance:** As a supervisor you are expected to maintain workplace standards and an environment free of harassment. You must maintain the highest standard of conduct for you and your employees. You are expected to aggressively deal with performance and workplace issues.

**Actual Performance:** You did not take action to inform employees that their behavior was inappropriate for the workplace, when a cake depicting female anatomy was brought to your work area at Farley.

**Impact/business reason why employee must solve this problem:** Southern Nuclear has committed to maintain a work environment free of discrimination and harassment. Company Policy 703 specifically states that we will commit to doing so. Our company will not tolerate an environment conducive to employee harassment.

**Consequences to employee for failing to improve to an acceptable level:**
Additional discipline up to and including termination.

Other factors to consider in evaluating this problem:

☒ Length of Service    ☒ Recent discussions about this or other problems

☒ Overall work record    ☐ Need to discuss with others for consultation/approval

This conversation is intended to be:

| ☒ Oral Reminder | ☐ Written Reminder | ☐ DML | ☐ Other |
|---|---|---|---|

**POST-MEETING NOTES**

Date/Time of Discussion  *6·11·04    0700*

Location  *Mgr office*

Company representative(s) present

Union representative(s) present

☒ Employee agreed to solve the problem
☐ Employee did **not** agree to solve the problem
☐ Employee did **not** recognize that there is a problem

Employee action plan...Employee committed to solve the problem by:
*Using a more question and seeking additional opinion, from
other levels of supervision*

Significant issues raised by:

**Employee:**  *The employee commented the cake was a woman in a bikini
not a naked woman. He felt this was a very grey area. In addition he stated
the person offended went out of his way to see this cake.*

**Union:**

This discussion was a:   ☒ Oral Reminder
                         ☐ Written Reminder...(additional documentation necessary)
                         ☐ DML..(additional documentation necessary)

**Additional comments:**  *Manager Comment: This should have been more timely in its discussion with
the employee and should have taken place at the location it happened.*

Follow-up dates/plans:  *None*

Completed by:  *Jim Calder*                Date:  *6·11·04*





**Employee Discipline Guide**

**Southern Nuclear**

| Employee Name: Chris Stovall | Emp . No.: | Date: 5/5/2003 |
|---|---|---|
| Department: Facilities | Division, Plant, etc.: Farley Nuclear Plant | |

*This guide is to help supervisors prepare for and document employee discussions and discipline. By itself it will usually be sufficient documentation for Coaching and Oral Reminders; for Written Reminders and DML's, use this sheet to prepare a letter to the employee.* **This guide is intended for use with formal discipline only and should not be completed for coaching.**

**PRE-MEETING PREPARATION**

**Brief Description of Problem:** Working in the U1 containment during 1R18, while supporting the equipment hatch, you became agitated and upset over a job assignment and threw your hard hat to the ground. This behavior was witnessed by another member of plant management.

*Please copy and paste the following symbol as needed to designate appropriate responses below:* ☒

| Date(s) of previous discussion(s) about this problem: | |
|---|---|

Is employee currently in an active level of Discipline?    ☐ Yes    ☒ No

☐ Oral Reminder    ☐ Written Reminder    ☐ DML

| Was administered on: | for: |
|---|---|

**Desired Performance:** You are to conduct yourself in a professional manner at all times. You must be flexible and receptive to work assignments and display respect to fellow employees and supervisors. If you have questions concerning job assignments, you must professionally provide input and professionally ask questions.

**Actual Performance:**
On 04/26/2003, you entered the equipment hatch and were asked by Bill Barber, Facilities Foreman, to move drums in containment. You became agitated and upset over the job assignment and threw your hard hat to the ground. You were coached on the spot and then you proceeded with the job.

**Impact/business reason why employee must solve this problem:**
Employees of Southern Nuclear must display a high standard of integrity and are expected to model the values expressed in the Southern Style. Employees are to exhibit superior performance in the workplace. Actions by employees that fail to meet these expectations will not be tolerated.

**Consequences to employee for failing to improve to an acceptable level:**
Additional discipline up to and including termination.

Other factors to consider in evaluating this problem:

☐ Length of Service    ☐ Recent discussions about this or other problems

☒ Overall work record    ☐ Need to discuss with others for consultation/approval

This conversation is intended to be:

| ☒ Oral Reminder | ☐ Written Reminder | ☐ DML | ☐ Other |
|---|---|---|---|

Additionally, you are being referred for a mandatory Fitness for Duty Evaluation in accordance with Corporate Guideline 720-036.

*RCJohnson* 5/6/03

*CSCollins* 5.7.03    *DA* 5/12/03

**POST-MEETING NOTES**

Date/Time of Discussion     5/5/03 — 1430

Location  Clif Backt Office

Company representative(s) present  Clif Back, Richard Bryant, Chere Johnson

Union representative(s) present  Steven Hornsby

☑ Employee agreed to solve the problem
☐ Employee did **not** agree to solve the problem
☐ Employee did **not** recognize that there is a problem

Employee action plan...Employee committed to solve the problem by:

Treating supervision and fellow employees with Southern Style
Employee also agreed participate in FFD evaluation.

Significant issues raised by:

Employee:  Disagreet that he was coached on the spot
Feels like other reported incidents (basis for EAP) were
one-sided.

Union:  Does not agree with the basis for the EAP.

This discussion was a     ☑ Oral Reminder
                          ☐ Written Reminder ..(additional documentation necessary)
                          ☐ DML...(additional documentation necessary)

**Additional comments:**

Follow-up dates/plans:  Monthly meetings with Richard Bryant to discuss
Progress.

Completed by:  Cl Bay                    Date:  5/5/03

H:\WINWORD\DISCIPLI\Chris Stovall.doc





# Employee Discipline Guide                              Southern Nuclear

| Employee Name: Michael Rinehart | Job Title: NSO Sr. |
|---|---|
| Emp. No. | Date: 8/24/05 |
| Department: Security | Division, Plant, etc.: SNC-FNP |

*This guide is to help supervisors prepare for and document employee discussions and discipline. By itself it will usually be sufficient documentation for Coaching and Oral Reminders; for Written Reminders and DML's, use this sheet to prepare a letter to the employee. **This guide is intended for use with formal discipline only and should not be completed for coaching.***

## PRE-MEETING PREPARATION

**Brief Description of Problem:** You used vulgar, inappropriate and unprofessional language at Lower Level during shift change. This is unacceptable and does not meet management expectations.

*Please copy and paste the following symbol as needed to designate appropriate responses below:* ☒

| Date(s) of previous discussion(s) about this problem: |
|---|

Is employee currently in an active level of Discipline?     ☐ Yes     ☒ No

              ☐ Oral Reminder     ☐ Written Reminder     ☐ DML

| Was administered on: | for: |
|---|---|

**Desired Performance:** A condition of continued employment is that your behavior must exhibit the Southern Style. This requires that all your co-workers and supervision be treated with dignity and respect at all times. Your performance should show sustained exceptional performance consistently and make a high impact on Security performance both in the classroom and while on duty. Retaliation either passively or actively towards your co-workers in response to this discipline is unacceptable.

**Actual Performance:** On 8/18/05 around 0545 hours, you used vulgar, inappropriate and unprofessional language at Lower Level during shift change. This language was directed at a co-worker and said in the presence of other officers.

**Impact/business reason why employee must solve this problem:** Your failure to meet FNP Security's high standards for professionalism and respect is hurting the team performance and is inconsistent with the conditions for continued employment. It may create a hostile work environment which is unacceptable. In order to ensure that FNP has a safety culture where people are comfortable raising concerns, trust must exist throughout the organization. Inappropriate remarks of any nature will not be tolerated. Southern Nuclear is committed to providing a professional work environment to allow employees to perform their job responsibilities with high performance and productivity. Actions by employees that fail to meet these goals will not be tolerated.

**Consequences to employee for failing to improve to an acceptable level:**
Further discipline up to and including termination.

Other factors to consider in evaluating this problem:

☒ Length of Service          ☐ Recent discussions about this or other problems

☒ Overall work record        ☐ Need to discuss with others for consultation/approval

This conversation is intended to be:

| ☐ Oral Reminder | ☒ Written Reminder | ☐ DML | ☐ Other |
|---|---|---|---|

**POST-MEETING NOTES**

Date/Time of Discussion          8/22/05

Location     Security Manager's office

Company representative(s) present     Becky Badham, Kay Singletary

Union representative(s) present     N/A

☒ Employee agreed to solve the problem
☐ Employee did **not** agree to solve the problem
☐ Employee did **not** recognize that there is a problem

**Employee action plan...Employee committed to solve the problem by:**
Using only appropriate and positive language when addressing his co-workers. Making sure he does the right thing; continue good attendance practices; have no injuries or accidents.

Significant issues raised by:

**Employee:**     None

**Union:**     N/A

This discussion was a:     ☐ Oral Reminder
                          ☒ Written Reminder...(additional documentation necessary)
                          ☐ DML...(additional documentation necessary)

**Additional comments:**     None

**Follow-up dates/plans:**     30 day Follow-up by Captain to address any continuing behavior issues and after that a follow-up every 90 days.

**Completed by:**     Becky Badham     *Becky Badham*     **Date:**     8/24/05

**EXHIBIT**

Blumberg No. 5119



# Employee Discipline Guide

**Southern Nuclear**

| Employee Name: Jones, Kelvin | Emp. No.: | Date: 11/11/02 |
|---|---|---|
| Department: Facilities | Division, Plant, etc.: Plant Farley | |

*This guide is to help supervisors prepare for and document employee discussions and discipline. By itself it will usually be sufficient documentation for Coaching and Oral Reminders; for Written Reminders and DML's, use this sheet to prepare a letter to the employee. **This guide is intended for use with formal discipline only and should not be completed for coaching.***

## PRE-MEETING PREPARATION

**Brief Description of Problem:**
You invaded the personal belongings of another employee and made an inappropriate comment to this same employee.

*Please copy and paste the following symbol as needed to designate appropriate responses below:* ☒

| Date(s) of previous discussion(s) about this problem: | |
|---|---|

Is employee currently in an active level of Discipline?    ☐ Yes    ☒ No

☐ Oral Reminder    ☐ Written Reminder    ☐ DML

| Was administered on: (date) | for: (reason) |
|---|---|

**Desired Performance:**
It is expected that you be respectful of other employees and that you do not make comments that are inappropriate for the workplace.  Southern Nuclear has a policy, Workplace Free of Harassment, and expects all employees to abide by the spirit of this policy.

As a result of your arrest and your conduct/comment, you were referred for a Fitness for Duty evaluation. Your treatment requirements, identified in that evaluation, where incorporated into the contract reviewed with you by Dr. Earl Mazyck on 11/4/02.  Your signature on that contract represents your commitment to follow those requirements.  It is the expectation of management that you keep those commitments.  We want to also advise you that a violation of that contract will have significant disciplinary consequences, and may result in the termination of your employment.

**Actual Performance:**
You invaded the privacy of another employee by looking into her bag and picking up her paycheck (unopened).

You made an inappropriate comment to this same female employee.  You commented that a bag left wide open was like someone's legs left wide open.  This statement has sexual connotations and such a statement is completely inappropriate for the workplace.

You met the expectations of management regarding the reporting of the warrant for your arrest.  You reported it in accordance with Southern Nuclear's reporting requirements.

**Impact/business reason why employee must solve this problem:**
Southern Nuclear must have a work environment where all employees feel free from harassing behaviors/comments.

You must comply with the contents of your contract made with the MRO, to ensure that you continue to be Fit for Duty.

**Consequences to employee for failing to improve to an acceptable level:**
Additional discipline up to and including termination.

Other factors to consider in evaluating this problem:

☐ Length of Service      ☐ Recent discussions about this or other problems

☐ Overall work record      ☐ Need to discuss with others for consultation/approval

This conversation is intended to be:

| ☐ Oral Reminder | ☒ Written Reminder | ☐ DML | ☐ Other |
|---|---|---|---|

Southern Nuclear
Operating Company, Inc.
Post Office Drawer 470
Ashford, Alabama 36312



SOUTHERN
COMPANY
*Energy to Serve Your World*

TO:        Kelvin Jones

FROM:      Cliff Buck

DATE:      November 11, 2002

SUBJECT:   Written Reminder

In our meeting today, we discussed your behavior in which you invaded the personal belongings of another employee and made an inappropriate comment to this same employee. We discussed the fact that Southern Nuclear prohibits any such conduct in the work place. We also discussed the seriousness of your behavior and the fact that we will not tolerate any future incidents of this nature.

As a result of your actions, you were issued a Written Reminder. This positive discipline will remain active and in your personnel file for 12 months. We discussed that Southern Nuclear will not permit conduct that creates an intimidating, hostile, or offensive working environment for other employees. Your signature on the contract reviewed with you by Dr. Earl Mazyck on 11/4/02, represents your commitment to follow those requirements. It is the expectation of Southern Nuclear Management that you keep those commitments. Violation of the contract will have significant disciplinary consequences, and may result in the termination of your employment

You indicated that you would commit to maintaining a high level of performance and a commitment to the expectations of the Southern Style.

I am confident that you understand the meaning of our discussion and the necessary expectations for your future performance. I am confident that you understand the consequences for failure to fully support your commitment.

I look forward to working through this situation and moving to a productive future.

Sincerely,

Cliff Buck

w BE 11

| EXHIBIT | |
| 4 | |

Blumberg No. 5119



# Employee Discipline Guide

**Southern Nuclear**

| Employee Name: Bill Barber | Emp . No.: | | Date: 6/8/2004 |
|---|---|---|---|
| Department: Facilities | Division, Plant, etc.: Farley nuclear Plant | | |

*This guide is to help supervisors prepare for and document employee discussions and discipline. By itself it will usually be sufficient documentation for Coaching and Oral Reminders; for Written Reminders and DML's, use this sheet to prepare a letter to the employee. This guide is intended for use with formal discipline only and should not be completed for coaching.*

**PRE-MEETING PREPARATION**

**Brief Description of Problem:** You have engaged in inappropriate behavior with female subordinates.

*Please copy and paste the following symbol as needed to designate appropriate responses below:* ☒

**Date(s) of previous discussion(s) about this problem:**

Is employee currently in an active level of Discipline?    ☐ Yes    ☒ No

☐ Oral Reminder    ☐ Written Reminder    ☐ DML

**Was administered on: (date)** | **for: (reason)**

**Desired Performance:** As a member of supervision, you must at all times demonstrate the highest standards of conduct towards your employees. Any behavior which could give the impression of sexual harassment or of condoning sexual harassment must be avoided.

**Actual Performance:** During 2003, you more than once placed your hand on a female employee's chin and rubbed female employees' backs.

**Impact/business reason why employee must solve this problem:** SNC and Farley are committed to maintaining a professional workplace free from harassment for all employees. Any behavior by supervision that could be misinterpreted as or condones sexual harassment is unacceptable and will not be tolerated

**Consequences to employee for failing to improve to an acceptable level:** Additional discipline up to and including termination

Other factors to consider in evaluating this problem.

☒ Length of Service          ☐ Recent discussions about this or other problems

☒ Overall work record       ☐ Need to discuss with others for consultation/approval

This conversation is intended to be:

| ☒ Oral Reminder | ☐ Written Reminder | ☐ DML | ☐ Other |
|---|---|---|---|

**POST-MEETING NOTES**

Date/Time of Discussion   *6/10/04 — 1430*

Location   *Farley Nuclear Plant — Clif Buck's office*

Company representative(s) present   *Joe Walden*

Union representative(s) present   *N/A*

[X] Employee agreed to solve the problem
[ ] Employee did **not** agree to solve the problem
[ ] Employee did **not** recognize that there is a problem

Employee action plan...Employee committed to solve the problem by: *avoiding any future behaviors which could be questioned. He will avoid all physical demonstrations of appreciation or concern toward subordinate.*

Significant issues raised by.

**Employee:**   *—None*

**Union:**   *N/A*

This discussion was a:  [X] Oral Reminder
[ ] Written Reminder...(additional documentation necessary)
[ ] DML...(additional documentation necessary)

**Additional comments:**

**Follow-up dates/plans:**

**Completed by:**   *Clif Buck*                    Date:  *6·10·04*

*6-18-04*



Jan 3, 2005

Southern Nuclear Operating Co.
Farley Nuclear Plant
Human Resources
P.O. Box 470
Ashford, Al 36312

Whomever it may concern,

29 C Cphwxn

I submit this resignation to become effective January 28, 2005.
I will continue to remain loyal to Southern Company for the safety
and security of Plant Farley.

Sincerely,

*Jacquelyn Boutwell*

Jacquelyn Boutwell