IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANELLE MCDOWELL and STEPHANIE SANDERS,<br><br>   Plaintiffs,<br><br>v.<br><br>SOUTHERN NUCLEAR OPERATING COMPANY, INC.,<br><br>   Defendant. | CIVIL ACTION NO.<br>1:06-CV-314-CSC |

## DECLARATION OF CHERI D. COLLINS

1.  My name is Cheri Collins, and I am over the age of majority. I have personal knowledge of the matters in this declaration.

2.  I am employed by Southern Nuclear Operating Company as the Supply Chain General Manager in the Corporate Headquarters in Shelby County, Alabama. From February 2002 to March 2003, I was the Assistant General Manager - Plant Support ("AGM") of the Joseph M. Farley Nuclear Plant ("Plant Farley") located near Dothan, Alabama.

3.  Facilities Helpers Stephanie Sanders and Janell McDowell would visit my office fairly often when I was AGM. Sometimes they were picking up the trash in my building and would naturally be in the area. I believe they felt that I was a manager that would listen and try to help them with any problems they had. Over my career at Plant Farley, I have had many people come to me for advice and/or counsel. Thus, Stephanie's and Janell's visits to my office were not surprising.

4.  I knew that Don Grissette, the General Manager, had issues with Stephanie and Janell because he said he always saw them together. I believe Don thought they were not hard working employees and did not do quality work. He expressed more than once that he wanted them separated for work purposes.

5.   Don never expressed that Stephanie's and Janell's race or gender was an issue, nor did I get the impression that his feelings about them had anything to do with their being African American and female. Rather, I think he had concluded that they did not work very hard based on his observations of them being together so much and performing the same job assignments. I felt that his perception of them was incorrect based on my personal observations of them and based on emails that I had seen from others praising their work. That is why I encouraged Stephanie to talk with Grissette.

6.   On one of my visits back to Plant Farley, Stephanie and Janell came to me to discuss a problem they had with John Wright, one of the new Facilities Foremen. Stephanie and Janell said that John was showing favoritism in making job assignments. Neither Stephanie nor Janell said that John's actions were related to their race or gender, and nothing that they said gave me the impression that they believed that to be the case.

7.   I have known John Wright for several years and have a great deal of respect for him. Based on my meeting with Stephanie and Janell, I called John Wright. He was not in at the time, so I left a message and he returned my call very late one evening. I told John that some of the Helpers had questioned the manner in which job assignments were being made. John indicated that he was struggling with some difficult people in the Facilities group and with the job rotation that was in place when he came to the position. I advised him to be firm but fair with his people, and he seemed receptive to my advice. Nothing John said to me suggested that a Helper's race had anything to do with the way he made job assignments.

8. After speaking with John, I sent Stephanie an email, asking her to be patient with John as he navigated his way through the challenges of his new position. I tried to convey in my email to Stephanie that John understood that it was important to be fair in assigning jobs and was trying to do this. I hoped she would be supportive of him as he tried to get up to speed in his new role. A copy of the email that I sent to Stephanie Sanders is attached as **EXHIBIT A**.

I declare under the penalty of perjury that the foregoing is true and correct.

*Cheri D. Collins*
Cheri D. Collins

Date: 12·21·06

**From:** Sanders, Stephanie M.
**Sent:** Sunday, February 20, 2005 11:15 PM
**To:** Sanders, Stephanie M.
**Subject:** FW: Talked with someone last night



EXHIBIT A
Blumberg No. 5119

-----Original Message-----
**From:** Collins, Cheri D.
**Sent:** Tuesday, December 14, 2004 10:33 AM
**To:** Sanders, Stephanie M.
**Subject:** Talked with someone last night

Step, John Wright called me last night. We had an excellent talk. I am convinced that he wants to do the right thing, be firm yet fair. He realized that assigning tasks to the same person over and over was not right, and I believe he intends to rectify it. I am asking that you give him your support Step. I have a lot of faith in him, it just takes time to get your arms around something as complex as Facilities. You can be a great help to him with your honest, sweet approach to life and all it dishes out. Take care, and know how much you mean to me, Cheri