IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANELLE MCDOWELL and STEPHANIE SANDERS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SOUTHERN NUCLEAR OPERATING COMPANY, INC., )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>1:06-CV-314-CSC |

## DECLARATION OF TIMOTHY WILSON

1.   My name is Tim Wilson, and I am over the age of majority. I have personal knowledge of the matters in this declaration.

2.   I am employed by Southern Nuclear Operating Company ("Southern Nuclear") at the Joseph M. Farley Nuclear Plant ("Plant Farley") as a Senior Health Physics Technician. I have been employed with Southern Nuclear since February 1984.

3.   I previously held the position of Facilities Foreman in the Facilities Department from January 2001 to July 1, 2004. As a Facilities Foreman, I supervised Helpers assigned to the Facilities group.

4.   I recall hearing about an inappropriate birthday cake having been brought to the Plant a few months before I moved from the Facilities Foreman position, but I did not see the cake nor did anyone come to me and express a concern about the cake.

5.   Earlier that same year, there was an incident in the Plant Cafeteria (the "Cafeteria incident") involving Helpers Janell McDowell, Stephanie Sanders and me. The Facilities Department previously had gone from an 8.5-hour schedule with a 30 minute meal break to an 8-hour schedule with no designated meal break. As such, the Foremen told all the Helpers that they were to grab something to eat whenever they could

and eat in their break room so that they could be accessible for a work assignment at all times. Ms. McDowell's and Ms. Sanders' designated break room was in the Building and Grounds building, sometimes referred to as B & G.

6. On the morning of the Cafeteria incident, I had walked into the Cafeteria to grab something to eat. As I was leaving the Cafeteria, I noticed Ms. McDowell and Ms. Sanders sitting and eating at a table, and Mr. Ray Dyck, another Facilities Helper, eating at a different table. I leaned over and told all three of them to go back downstairs to eat.

7. The next day, Plant Manager Don Grissette called me into his office and asked me what had happened in the Cafeteria with Ms. McDowell and Ms. Sanders. He told me that I probably could have handled the situation differently, and I agreed. I told Grissette, however, that I did not yell when I spoke to Ms. McDowell and Ms. Sanders nor did I think I had done anything to embarrass them. I later talked with some of the engineers who had been present in the Cafeteria, and they told me that they had not observed me say or do anything out of line in dealing with Ms. McDowell and Ms. Sanders on that occasion. My actions towards Mr. Dyck, Ms. McDowell, and Ms. Sanders had nothing to do with their race. I simply was trying to address their noncompliance with a directive from their supervision. Mr. Dyck, Ms. McDowell, and Ms. Sanders are all African American.

8. I never told Mr. Grissette to split Ms. McDowell and Ms. Sanders up. There was, however, a perception that they were together too often while working. This perception was not unique to them nor was it related to their race or gender. Management's focus on efficiency and productivity dictated that we constantly scrutinize job assignments to ensure that 1-person jobs were assigned to 1 person. Other employees who previously had paired up to work together were separated, and job assignments constantly were being assessed to ensure they were not over-staffed.

9. In 2004 prior to my removal from the Facilities Foreman position, Clif Buck, who then was the Health Physics & Chemistry Manager and supervised the Facilities Foremen directly, met with me to discuss whether I had been told by a Helper

to "suck [his] dick" in exchange for accepting a work assignment. I never heard any Helper say this to me or to anyone else. Clif also asked me about reports that I had not taken any action when my pants had been pulled down by a Helper. Don Grissette also questioned me about reports that a Helper had pulled my pants pulled down around my knees. I told both Bryant and Grissette that this did not happen. The only situation that came close to this happening was when former Helper Derick Henderson, an African American male, tugged on my belt loop on one occasion and my pants slipped down a little. I did not discipline Henderson on that occasion because I knew he was joking around, and I did not think that situation merited discipline.

10. Just prior to my removal from the Facilities Foreman position, Clif Buck also met with me and the other Facilities Foremen as a group and discussed issues that he had become aware of within the Facilities Department, including the fact that the Helpers felt that the Foremen were ineffective and did not address inappropriate behavior. Clif also told us what management's performance expectations were for us as Foremen.

11. I believe my removal from the Facilities Foreman position in July 2004 was related to complaints that Helpers made about me being ineffective. I was not even aware of most of these complaints until just before or after I was reassigned from the Foreman position. I no longer have supervisory responsibilities in my current position as Senior Health Physics Technician.

12. I have never discussed with any of the new Facilities Foremen the personalities, work ethic, or performance issues of any of the Facilities Helpers.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
Timothy Wilson

Date: 12-13-06