IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANELLE MCDOWELL and STEPHANIE ) <br> SANDERS, ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> SOUTHERN NUCLEAR OPERATING ) <br> COMPANY, INC., ) <br>   ) <br> Defendant. ) | CIVIL ACTION NO. <br> 1:06-CV-314-CSC |

### DECLARATION OF SHELLEY A. MURRELL

1.  My name is Shelley Murrell, and I am over the age of majority. I have personal knowledge of the matters in this declaration.

2.  I have been employed by Southern Nuclear Operating Company ("Southern Nuclear") as a Facilities Foreman since July 2004. I have been employed at the Joseph M. Farley Nuclear Plant ("Plant Farley") near Dothan, Alabama since 2001.

3.  None of the former Facilities Foremen told me anything about the personalities, work ethic, or performance issues of any of the Facilities Helpers.

4.  Our Facilities Foremen group discovered that Helpers were swapping their job assignments without Facilities Supervisory approval. Among other things, this created an accountability problem because it made it difficult to track who was responsible for a certain job task. As such, the Foremen told the Helpers that they could not swap job assignments without approval from Facilities supervision.

5.  We next had a problem with the Helpers calling us (Foremen) at home late at night, asking for approval to swap assignments, and not having legitimate reasons for wanting to switch assignments. For example, Helper Darren Williams called me at home after 11:00 p.m. one night asking, permission to swap jobs because someone did not want

2.    876477.1

to do their assigned Service Water firewatch. At this point, I announced in a morning meeting that Helpers should not call us at home late at night to request permission to switch job assignments unless there was a good reason for the request. I emphasized that the expectation is Helpers will do the jobs that they are assigned unless an emergency precludes this.

6.      Janell McDowell was one of the Facilities Helpers in the group when I became a Foreman. In a Facilities group morning meeting on August 24, 2005, Janelle McDowell displayed behaviors that I felt contributed to a "chilled" work environment. Her behavior was not consistent with management's expectations set out in the DML that she had received earlier in the month. For example, she kept her hardhat and her reflective safety glasses on, and she held her personal bag on her lap as if she did not intend to stay. Her hardhat was a "wide brimmed" style that obscured her face. She kept her head down during the entire meeting. When the Foreman handed out job assignments, she just put out her hand to take it and did not even look up. During the course of the meeting a letter of thanks from a fire administrator to one of our Helpers was read for a job well done. She never looked up during the whole meeting to acknowledge anything that was said, nor did she show any interest in what was being said.

7.      In the 30-day feedback meeting that Mark Freeman, Deborah Crutchfield and I had with Janell McDowell on September 9, 2005, she displayed that same attitude that I had noticed in the August 24 morning meeting. I attended the September feedback meeting because I was going to be evaluating the Helpers while Mark Freeman was at an outage at Plant Vogtle.

8.      In the September 9 feedback meeting, I recall McDowell standing in front of the desk the entire time. Although we invited her to, she refused to sit down. While we talked, she kept her arms crossed across her chest, and she never made eye contact. When she responded to what was said to her, she did not seem to take ownership of what we were saying. She did not appear to take responsibility for any of the feedback.

9. During that meeting, I told McDowell that she needed to appear as if she was paying attention in the morning meetings. I told her that she did not have to speak, but she did need to show that she was paying attention. Holding her head down, keeping her reflective glasses on and her bag on her lap while facing away from the Foreman giving the meeting displayed not only a total lack of interest, but a lack of paying attention and was just plain disrespectful to the person speaking. One doesn't have to be interested in what a speaker is saying, but they should be respectful enough to Supervision to at least be paying attention. Looking past me into the wall behind me would have been better and I never would have brought it up if that had been the case, but her behavior was borderline "hostile". In addition to thinking that McDowell's conduct and demeanor did not demonstrate the required commitment under the terms of her DML, I felt her demeanor was inconsistent with a commitment stated in the preamble of the Union Contract ("CBA"). Among other things in the preamble there is a joint statement by the Company and the Union that, "We desire to develop mutual respect between employees and management, and between all people with whom we work." A copy of that page from the CBA is located at **TAB A**. After September 9, 2005 meeting, Deborah, Mark and I discussed our shared impression that McDowell was not committed to meeting management's expectations as set out in her DML.

10. I have never considered any of the Facilities Helpers as "friends." I do not socialize with them outside of work, except for one occasion where I and a Helper both attended a party given in honor of a Plant employee from a department in which I previously had worked.

I declare under the penalty of perjury that the foregoing is true and correct.

Shelley A. Murrell

Date: 12/15/06




Southern Nuclear Operating Company and Local Union 796 of the International Brotherhood of Electrical Workers recognize the following common interests:

- We desire to have a suitable work place for all employees.

- We desire to work at a nuclear power plant with the highest level of nuclear safety.

- We desire fair treatment of employees.

- We desire to develop mutual respect between employees and management, and between all people with whom we work.

- We desire to improve the working environment which encourages employees to voice their concerns, ask their questions, and feel important about their contributions to the team effort.

- We desire to ensure that our plant is a competitive source of electricity.

- We desire to maintain nuclear power as a reliable and viable option.