IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANELLE MCDOWELL and STEPHANIE ) <br> SANDERS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SOUTHERN NUCLEAR OPERATING ) <br> COMPANY, INC., ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br> 1:06-CV-314-CSC |

## DECLARATION OF REBECCA L. BADHAM

1. My name is Becky Badham, and I am over the age of majority. I have personal knowledge of the matters in this declaration.

2. I am employed by Southern Nuclear Operating Company ("Southern Nuclear") as an Engineering Supervisor. I have been employed at Joseph M. Farley Nuclear Plant ("Plant Farley") since 1982.

3. From July 2004 to January 2006, I was the Security Site Manager ("Security Manager") for Plant Farley.

4. During my tenure as Security Manager, we had a practice of placing in a binder the picture of any separated employee whom either senior management or Plant Security believed might be a security concern if he/she returned to the plant. The pictures in the binder were intended to be a visual reminder to Security Officers that the individual should not be allowed entry to the Plant.

5. The binder that the pictures were in was maintained inside the security booth at the Plant entrance and the pictures were neither visible to nor accessible by the general public. The only Plant employees who had authorization to review the contents of the binder were Plant Security personnel and senior management at the Plant.

6.  Neither race nor gender played any role in deciding whether or not to post a separated employee's picture in the Security binder.

I declare under the penalty of perjury that the foregoing is true and correct.

*Rebecca V Badham*
Rebecca L. Badham

Date: 12/14/06