IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANELLE MCDOWELL and STEPHANIE SANDERS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SOUTHERN NUCLEAR OPERATING COMPANY, INC., )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>1:06-CV-314-CSC |

## DECLARATION OF DON E. GRISSETTE

1. My name is Don Grissette, and I am over the age of majority. I have personal knowledge of the matters in this declaration.

2. I am employed by Southern Nuclear Operating Company ("Southern Nuclear" or the "Company") as the Vice President Vogtle Project at the Company's Corporate Headquarters in Birmingham. From February 2002 to October 2004, I was the General Manager of the Joseph M. Farley Nuclear Plant ("Plant Farley") located near Dothan, Alabama.

3. Since being promoted to Vice President for the Alvin W. Vogtle Nuclear Plant ("Plant Vogtle") near Waynesboro, Georgia, on October 9, 2004, I have had no managerial responsibility or authority regarding Plant Farley.

4. Janell McDowell and Stephanie Sanders were two of the Facilities Helpers who worked at Plant Farley while I was the General Manager. I recall having a good relationship with and thinking highly of McDowell and Sanders initially.

5. I often saw McDowell and Sanders when they came to clean my office and bathroom in the Service Building. They always seemed polite and many times would talk with me as they cleaned.

6.  Eventually, I began to notice that when McDowell and Sanders were not assigned to clean the Service Building, the Helper who was assigned to the Service Building did the same tasks that they did but worked alone.

7.  I also began to notice that whenever I saw them around the Plant, McDowell and Sanders always seemed to be together: where one went, the other seemed to go. I finally questioned Richard Bryant, the Facilities Supervisor, about this. I told Bryant that assigning any two people to the Service Building was a waste of resources.

8.  One day as I was leaving the Service Building, I walked down the stairs from the second floor where my office is to the first floor of the Building. The first floor of the building is a lobby, where pictures of Company executives are displayed. As I came down the stairs, I saw McDowell and Sanders sitting on the floor of the lobby. They appeared to be doing something related to a school fundraiser: they were counting money and one of them seemed to be sorting through merchandise. I cannot recall what they were selling, but it was spread out on the lobby floor. When I asked what they were doing, they said that they were "on break." I thought this was a very unacceptable way to be using break time. Moreover, I was very frustrated with their lack of judgment in using the Service Building lobby for this purpose because this building is where visitors to the Plant, including the President of Southern Nuclear or officers of affiliated companies, come when they arrive at the Plant. Anyone entering the building through its front doors would have seen the school merchandise strewn all over the lobby floor and two employees engaged in a non-work related activity on Company time.

9.  At this point, I went back to Richard Bryant and told him what I had seen. I told him what I had seen was a waste of Company resources. I also said that if it took doing performance management to convey management's expectations to McDowell and Sanders, then that needed to be done. I also said that I did not want to see McDowell and Sanders assigned together to empty garbage again.

10. My instructions to Bryant had nothing to do with either race or gender. My sole concern was efficiency and productivity.

11. In or around April 2004, Plant Farley Helpers Janell McDowell and Stephanie Sanders came to me and complained that Facilities Foreman Tim Wilson had embarrassed them by yelling at them in the Plant Cafeteria. Based on McDowell's and Sanders' complaint, I questioned Wilson about his conduct. He explained that the Facilities Helpers had been informed at a meeting that because they no longer had a designated meal period, they should grab something to eat and drink when they could and take it to the Facilities break room. Wilson said the Helpers were not supposed to eat in the Cafeteria because they were to always be accessible for work assignments and eating in the break room would ensure their availability. Wilson denied saying or doing anything to embarrass McDowell and Sanders. I counseled him that there might be a better way to communicate this message. I suggested to Wilson that he should have spoken with McDowell and Sanders outside the presence of the other employees in the Cafeteria.

12. At some point, McDowell and Sanders came back to my office and told me that they felt as if they were being singled out by their supervision, and they understood that I directed the Foremen to split them up. I told them that my impression of them was that it took two people to do a one person job, and that I had told their supervision to stop wasting Company resources by assigning or allowing this. I told McDowell and Sanders that I had no problem with two people working together if they were assigned to a job that requires two people. When I saw that they were not happy with my comments, I told them that I apologized if they were taking my comments and actions personally, but that "this is just business." I tried to convey to them that my concern was efficiency and productivity.

13. Neither Sanders nor McDowell said anything to suggest that they believed my actions or the actions of any Facilities Foreman had anything to do with their race or gender.

14. Prior to July 2004, Mike Stinson, the Vice President Farley Project, and I discussed several issues that had come to light in the Facilities group. For example, an inappropriate birthday cake depicting a woman's breasts had been brought to the Plant by

a female Helper. We directed Clif Buck ("Buck"), the Health Physics & Chemistry Manager who was supervising the Facilities Foremen, to coach the Helper on this misconduct. Some of the other issues that came to our attention at this time included tensions between male and female Helpers, concerns with effective leadership from the Foremen, personnel accountability problems, and the use of profanity by Facilities employees. Mike and I directed Buck to prepare an action plan to address these issues. Buck proposed and Mike and I approved Buck holding meetings with the Facilities Foreman as a group and meetings with groups of Helpers to communicate management's performance and conduct expectations to them.

15. In July 2004, all Facilities Foremen with the exception of Dennis Teat and Deborah Crutchfield were replaced based on management's belief that they were ineffective leaders given the ongoing problems within the Facilities group and feedback from Helpers. Deborah Crutchfield, a former Facilities Foremen, who appeared to have the respect of the Helper group, was later promoted to the Facilities Supervisor over all the Facilities Foremen.

16. While I was the General Manager at Plant Farley, Martin Mitchell, the Health Physics Superintendent and a 30-year employee, retired. I hosted a retirement party in his honor at my home. Plant employees brought extra tables and chairs from the Plant to my home for the event. The party was a company function and was paid for by Southern Nuclear.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
Don E. Grissette

Date: 12/18/06