IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANELLE MCDOWELL and STEPHANIE SANDERS, ) ) ) **Plaintiffs,** ) ) v. ) ) ) SOUTHERN NUCLEAR OPERATING ) COMPANY, INC., ) ) **Defendant.** ) | CIVIL ACTION NO. 1:06-CV-314-CSC |

## DECLARATION OF CLIFTON "CLIF" L. BUCK, JR.

1.   My name is Clif Buck, and I am over the age of majority. I have personal knowledge of the matters in this declaration.

2.   I am employed by Southern Nuclear Operating Company ("Southern Nuclear") as a Chemistry Manager at the Alvin W. Vogtle Nuclear Plant ("Plant Vogtle") near Waynesboro, Georgia.

3.   From October 1986 through June 2004, I was employed at the Joseph M. Farley Nuclear Plant ("Plant Farley") near Dothan, Alabama. I was the Health Physics & Chemistry Manager ("HP Manager") at Plant Farley from March 2001 until June 2004, when I moved to my current position at Plant Vogtle, effective July 1, 2004.

4.   For a period of time while I was in the HP Manager position, I had supervisory responsibilities over the Facilities Foremen at Plant Farley. It was during this time frame in 2004 that Don Grissette, Plant Farley General Manager, and Mike Stinson, Vice President Farley Project, tasked me with creating a plan of action to address several complaints within the Facilities Department, including complaints that the male Facilities Helpers were receiving the harder and dirtier job assignments, complaints of inappropriate touching, inappropriate discussions and materials having been brought on

site, complaints of ineffective leadership and unfair job assignments by the Facilities Foremen, Helpers tattling on each other, excessive use of profanity, etc.

5. I proposed an action plan that included a coaching session with a female Helper identified to have brought an inappropriate birthday cake on site (depicting a woman in a bikini) and a group meeting with all of the Facilities Foremen to discuss management's expectations of them and to answer questions about their role as supervisors. I also proposed splitting the Helper group up into three smaller groups that I could meet with and explain management's expectations of them for work performance and conduct and to answer any questions that they had regarding these expectations.

6. Mr. Grissette and Mr. Stinson approved my action plan. Additionally, three Facilities Foremen, two white males, and one black female, were issued discipline. Also, Joe Walden, the Health Physics & Chemistry Training Supervisor, was assigned to the Facilities group temporarily as an acting Facilities Supervisor to help gain control over the group.

7. On or around June 2, 2004, I had a morning meeting with all of the Facilities Foremen except Bill Barber, who was on vacation. I met with Bill later. When I met with the Foremen, I briefed them on the problems that had been brought to management's attention, and listened to their experiences and explanations, and answered their questions. I then laid out management's expectations for them including the following:

- Any disciplinary or performance issue was to be discussed with Joe Walden (a Training Supervisor temporarily assigned to the Facilities group) or me before action was taken, if possible. If it was not possible to speak with us beforehand, they were to discuss the issue with us ASAP afterwards

- No tolerance of joking or horseplay directed to the Foremen or between Helpers

- No tolerance for inappropriate items brought on site

- Employees were to be coached on inappropriate clothing or personal possession worn or brought on Plant property

- Use of profanity was to be actively discouraged, excessive use was to be coached first, and then escalated to discipline

- Emphasis on the Foremen as the Helpers' bosses first, and then friends second

8. I also planned to meet with the Helpers in three groups. The first meeting occurred on or around June 7, 2004. The second meeting was on or around June 14, 2004, and the third meeting was scheduled for June 28, 2004. Because of my transfer to my current position at Plant Vogtle, however, I was not able to conduct the third Helper meeting scheduled for June 28th.

9. In the two meetings that I had with the Facilities Helpers, I asked them about problems within the work group, discussed the concept of harassment, and went over the Company's policy on harassment again.

10. The feedback that I received was that a lot of the issues within the group were dated, and not current problems. The Helpers expressed uncertainty about what "harassment" is and is not and there were comments about people making charges of harassment to get back at each other.

11. We also discussed the perception that only lower level or certain groups of employees are disciplined and that some groups are disciplined differently than others. My impression from this discussion was that the folks who had these concerns were only hearing one side of what took place either because of the Company's policy to keep discipline private or because the disciplined employee only told his/her side of what transpired.

12. Another major topic of the discussion was the perception of bias in assigning tasks. There was a perception that male Helpers were given the physically challenging/demanding/heavy-lifting job assignments. The male Helpers felt picked on and the females did not want to be perceived as not carrying their full share of the work load.

I declare under the penalty of perjury that the foregoing is true and correct.

876526.1

_____
Clifton "Clif" L. Buck, Jr.

Date: 12-15-2006