IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JANELL MCDOWELL AND STEPHANIE SANDERS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:06-cv-314-CSC |
| SOUTHERN NUCLEAR OPERATING COMPANY, INC., | ) ) ) | |
| Defendant. | | |

## MOTION FOR 7-DAY EXTENSION

     Comes now Counsel for the Plaintiffs and moves this court for a seven day extension within which to reply to the Defendant's Motion for Summary Judgment. Counsel would represent that State Court trial commitments mandate this request.

     Malcolm R. Newman, Attorney, PC

/s/ Malcolm R. Newman
Malcolm R. Newman
Attorney for Plaintiffs
P.O. Box 6137
Dothan, Alabama 36302
(334)792-2132
ASB-2826-M39M

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Lisa J. Sharp
Balch & Bingham, LLP
Post Office Box 306
Birmingham, AL. 35201-0306

/s/ Malcolm R. Newman
Malcolm R. Newman