IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANELL MCDOWELL and STEPHANIE SANDERS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SOUTHERN NUCLEAR OPERATING )<br>COMPANY, INC., )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>1:06-CV-314-CSC |

**DEFENDANT'S OBJECTION TO MOTION FOR 7-DAY EXTENSION**

Defendant Southern Nuclear Operating Company, Inc., files this objection to Plaintiffs' "Motion for 7-day Extension" (Doc. 21). In objection thereto, Southern Nuclear shows as follows:

1. Plaintiffs' articulated reason for the requested extension is the "State Court trial commitments" of their counsel. However, Plaintiffs fail to articulate the specific details of these commitments and/or how these commitments would prevent Plaintiffs from filing a response.

2. Moreover, there can be little doubt that counsel's "trial commitments" were known well in advance of Southern Nuclear's filing its Motion for Summary Judgment. However, counsel for the Plaintiffs did not communicate the need for the extension until the afternoon of January 15, 2007. The offices of counsel for Southern Nuclear were closed on January 15, 2007 in observance of the Martin Luther King, Jr. holiday. Notably, counsel for the Plaintiffs did not mention the need for an extension during the face-to-face settlement conference held on January 9, 2007, nor did he mention the need for an extension during subsequent

settlement discussions later that week. Simply put, Plaintiffs' untimely request is exactly the kind of unwarranted "eleventh hour" request that should be denied outright by this Court. See Doc. 9 at Section 9(B) (Uniform Scheduling Order).

3. Finally, Southern Nuclear notes that this Court has previously granted a jointly requested extension of the dispositive motion deadline in this case. See Doc. 12. In the Order granting the extension, the Court noted that "motions filed after the original deadline may not be determined prior to the pretrial hearing." Id. Granting Plaintiffs' requested seven-day extension will only increase the likelihood that the Court will not have time to address Southern Nuclear's Motion for Summary Judgment prior to the pre-trial conference. Southern Nuclear should not be prejudiced by such an untimely motion.

4. In light of the foregoing, Southern Nuclear respectfully requests that the Court deny Plaintiffs' "Motion for 7-day Extension."

/s/ Lisa J. Sharp
One of the Attorneys for Defendant,
Southern Nuclear Operating Company, Inc.

**OF COUNSEL:**

Lisa J. Sharp (SHA035)
Brent Cobb (COB020)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

**CERTIFICATE OF SERVICE**

  I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 16th day of January, 2007:

Attorney for Plaintiff
Malcolm Newman
Post Office Box 6137
Dothan, Alabama 36302
(334) 792-2132 Telephone
Email: mnewman470@aol.com

        Respectfully submitted,

        /s/ Lisa J. Sharp
        Lisa J. Sharp (SHA035)
        Brent Cobb (COB020)
        Attorney for Defendant, Southern Nuclear
        Operating Company
        BALCH & BINGHAM LLP
        Post Office Box 306
        Birmingham, AL 35201-0306
        Telephone: (205) 251-8100
        Facsimile: (205) 488-5708
        E-mail: lsharp@balch.com
           bcobb@balch.com