IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JANELL MCDOWELL and STEPHANIE SANDERS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:06-CV-314-CSC |
| SOUTHERN NUCLEAR OPERATING COMPANY, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Defendant Southern Nuclear Operating Company, Inc., hereby gives notice to the Court regarding the Parties' face-to-face settlement negotiations and Southern Nuclear's assessment as to the feasibility of mediation in this case.[1] Specifically, Southern Nuclear shows that:

1. The Parties met on January 9, 2007 to discuss settlement of this case. However, the Parties did not agree to settlement at that meeting. Since the meeting on January 9, 2007, the Parties have engaged in additional settlement discussions but remain very far apart.

2. At this time, however, Southern Nuclear does not believe that mediation would result in a negotiated resolution of this matter.

Respectfully submitted this 17th day of January, 2007.

---

[1] Under the Court's Scheduling Order, Plaintiffs were directed to file this notice. See Doc. 9 at Section 3. Because Plaintiffs did not file the required notice, Southern Nuclear, out of an abundance of caution, is filing this document to advise the Court of the status of settlement discussions and its position on mediation.

                                           /s/ Lisa J. Sharp
                                           One of the Attorneys for Defendant,
                                           Southern Nuclear Operating Company, Inc.

**OF COUNSEL:**

Lisa J. Sharp (SHA035)
Brent Cobb (COB020)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 17th day of January, 2007:

Attorney for Plaintiff
Malcolm Newman
Post Office Box 6137
Dothan, Alabama 36302
(334) 792-2132 Telephone
Email: mnewman470@aol.com

        Respectfully submitted,

        /s/ Lisa J. Sharp
        Lisa J. Sharp (SHA035)
        Brent Cobb (COB020)
        Attorney for Defendant, Southern Nuclear
        Operating Company
        BALCH & BINGHAM LLP
        Post Office Box 306
        Birmingham, AL 35201-0306
        Telephone: (205) 251-8100
        Facsimile: (205) 488-5708
        E-mail: lsharp@balch.com
              bcobb@balch.com