IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANELL MCDOWELL and STEPHANIE SANDERS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 1:06cv314-CSC ) |
| SOUTHERN NUCLEAR OPERATING COMPANY, INC., | ) ) ) |
| Defendants. | ) |

**ORDER**

On January 16, 2007, the plaintiffs filed a motion for a seven-day extension of time to file a response to motion for summary judgment. (Doc. No. 21.)  Southern Nuclear Operating Company filed an objection to the plaintiffs' motion.  (Doc. No. 22.) Upon consideration of the plaintiffs' motion and the defendant's objection, it is

ORDERED as follows:

1. The objection filed by Southern Nuclear Operating Company (Doc. No. 22) be and is hereby OVERRULED.

2. The plaintiffs' motion be and is hereby GRANTED and that the deadline be and is hereby changed from January 16, 2007, to January 23, 2007.  (Doc. No. 21.)

Done this 18th day of January, 2007.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE