# EXHIBIT B

```
                                            sandersstephanie110206
0001
  1        IN THE UNITED STATES DISTRICT COURT
  2        FOR THE MIDDLE DISTRICT OF ALABAMA
  3                  SOUTHERN DIVISION
  4
  5    CASE NUMBER:   1:06-cv-314-CSC
  6
  7    JANELL MCDOWELL and
  8    STEPHANIE SANDERS,
  9          Plaintiffs,
 10    vs.
 11    SOUTHERN NUCLEAR OPERATING
 12    COMPANY, INC.,
 13          Defendant.
 14
 15
 16    BEFORE:
 17         Cynthia M. Noakes, Court Reporter
 18         and Notary Public
 19
 20
 21    DEPOSITION TESTIMONY OF STEPHANIE SANDERS
 22
 23         ******************************
0002
  1            S T I P U L A T I O N
  2
  3            IT IS STIPULATED AND AGREED by and
  4    between the parties through their respective
  5    counsel, that the videotaped deposition of
  6    STEPHANIE SANDERS may be taken before Cynthia M.
  7    Noakes, Court Reporter, at the Law Offices of
  8    MALCOLM R. NEWMAN, 219 West Crawford Street,
  9    Dothan, Alabama 36301, on the 2nd day of
 10    November, 2006.
 11            IT IS FURTHER STIPULATED AND AGREED
 12    that the signature to and the reading of the
 13    deposition by the witness is waived, the
 14    deposition to have the same force and effect as
 15    if full compliance had been had with all laws and
 16    rules of Court relating to the taking of
 17    depositions.
 18            IT IS FURTHER STIPULATED AND AGREED
 19    that it shall not be necessary for any objections
 20    to be made by counsel to any questions except as
 21    to the form or leading questions, and that
 22    counsel for the parties may make objections and
 23    assign grounds at the time of the trial, or at
0003
  1    the time said deposition is offered in evidence,
  2    or prior thereto.
  3            IT IS FURTHER STIPULATED AND AGREED
  4    that the notice of filing of the deposition by
  5    the Court Reporter is waived.
  6
  7
  8
  9
 10
 11
 12
 13
 14
                          Page 1
```

```
                    sandersstephanie110206
15
16
17  *******************************
18
19
20
21
22
23
0004
 1                    INDEX
 2  EXAMINATION BY:              PAGE NUMBER:
 3  MS. SHARP                        8-169
 4
 5  EXHIBITS:
 6  Defendant's Exhibit No. 1         11
 7  Defendant's Exhibit No. 2         14
 8  Defendant's Exhibit No. 3         22
 9  Defendant's Exhibit No. 4         32
10  Defendant's Exhibit No. 5         41
11  Defendant's Exhibit No. 6         43
12  Defendant's Exhibit No. 7         48
13  Defendant's Exhibit No. 8         48
14  Defendant's Exhibit No. 9         61
15  Defendant's Exhibit No. 10        94
16  Defendant's Exhibit No. 11       113
17  Defendant's Exhibit No. 12       129
18  Defendant's Exhibit No. 13       130
19  Defendant's Exhibit No. 14       133
20  Defendant's Exhibit No. 15       135
21  Defendant's Exhibit No. 16       136
22  Defendant's Exhibit No. 17       137
23  Defendant's Exhibit No. 18       140
0005
 1              INDEX (continued)
 2
 3  Defendant's Exhibit No. 19       142
 4  Defendant's Exhibit No. 20       143
 5  Defendant's Exhibit No. 21       144
 6  Defendant's Exhibit No. 22       145
 7  Defendant's Exhibit No. 23       146
 8  Defendant's Exhibit No. 24       148
 9  Reporter's Certificate           170
10
11
12
13
14
15
16
17
18
19  *********************************************
20
21
22
23
0006
 1              APPEARANCES
 2
 3  ON BEHALF OF THE PLAINTIFFS:
 4        MR. MALCOLM R. NEWMAN
 5        ATTORNEY AT LAW
                              Page 2
```

```
                                    sandersstephanie110206
 6              219 West Crawford Street
 7              Dothan, Alabama  36301
 8
 9  ON BEHALF OF THE DEFENDANT:
10              MS. LISA J. SHARP
11              ATTORNEY AT LAW
12              BALCH & BINGHAM, LLP
13              1710 Sixth Avenue North
14              Birmingham, Alabama  35203
15
16  ALSO PRESENT:
17              MS. SHARON F. BESTWICK,
18              Employee Relations Coordinator
19              Southern Nuclear Operating Company,
20              Inc.
21              JANELL MCDOWELL, Co-Plaintiff
22              RICKY ACKER, Videographer
23       ********************************************
0007
 1              I, CYNTHIA M. NOAKES, a Court Reporter
 2  of Eufaula, Alabama, acting as Commissioner,
 3  certify that on this date, as provided by the
 4  Alabama Rules of Civil Procedure and the
 5  foregoing stipulation of counsel, there came
 6  before me at the Law Offices of MALCOLM R.
 7  NEWMAN, 219 West Crawford Street, Dothan, Alabama
 8  36301, beginning at 2:12 p.m., STEPHANIE SANDERS,
 9  witness in the above cause, for oral examination,
10  whereupon the following proceedings were had:
11
12              THE VIDEOGRAPHER:  Here begins
13  Videotape No. 1 in the deposition of Stephanie
14  Sanders in the matter of Janell McDowell and
15  Stephanie Sanders v. Southern Nuclear Operating
16  Company, Inc.; case number 1:06-cv-314-CSC.
17       We are on the record.  The time is 2:12
18  p.m., on November 2nd, 2006.  This deposition is
19  taking place at Malcolm Newman's office in Dothan,
20  Alabama.
21       The videographer is Ricky Acker.
22       Would counsel please identify yourselves and
23  state whom you represent?
0008
 1              MS. SHARP:  I'm Lisa Sharp.  I
 2  represent Southern Nuclear Operating Company.
 3              MR. NEWMAN:  I'm Malcolm Newman, and I
 4  represent the plaintiffs.
 5              THE VIDEOGRAPHER:  All others present,
 6  would you please state your name for the record?
 7              MS. BESTWICK:  Sharon Bestwick.
 8              MS. MCDOWELL:  Janell McDowell.
 9              THE VIDEOGRAPHER:  Would the reporter
10  please swear in the witness?
11              THE COURT REPORTER:  Would you raise
12  your right hand, please?
13              THE WITNESS:  (Complies.)
14              THE COURT REPORTER:  Do you swear or
15  affirm the testimony you give in this action today
16  will be the truth, the whole truth, and nothing
17  but the truth?
18              THE WITNESS:  I do.
19              THE COURT REPORTER:  Thank you.
20
```

sandersstephanie110206
```
12  when we got down there. Steve said, you know, what
13  do you need to write her up for?
14       Well, I'm not going to write her up now.
15  well, what are you going to write her up for?  I
16  don't know; I'll let her know tomorrow.
17       And it was just crazy.  So Steve was like,
18  You're going to write her up, but you can't tell
19  her what you're going to write her up for?  He
20  said, I'll tell her tomorrow.
21       So that whole next day, we was in -- from
22  after break time, we were in meetings with Bill
23  Barber and Richard Bryant and our union rep.
0075
 1       Went from there to Cliff Buck's office.
 2  This was an all-day process of trying to get this
 3  thing that Don Grissette had put down on us,
 4  trying to get it all cleared up.
 5       And at the end of the day, what was going to
 6  be a write-up, Richard Bryant's words to me was:
 7  It's a big misunderstanding.  We want to start out
 8  with a clean slate.
 9       Well, Bill Barber made the statement later
10  that management put him up to do things, and then
11  when it came down to it, they didn't back him up.
12  He made that statement to Patricia Glasco.
13  Q.   What evidence do you have that these things
14  were related to your complaint about Tim Wilson?
15  A.   The things that the foremen were doing to
16  us?
17  Q.   The things that you just spent some amount
18  of time describing.
19  A.   All of this started right after the
20  situation with Tim Wilson.  Tim and Don Grissette
21  were friends.
22       There -- we hadn't -- there was nothing in
23  our records.  We hadn't done anything.  And this
0076
 1  one incident that just being in the wrong place at
 2  the wrong time, because Tim didn't even have a
 3  problem with us.
 4  Q.   When did the cafeteria incident happened?
 5  A.   April Fool's Day.  Because we thought he was
 6  kidding.
 7  Q.   What year?
 8  A.   I don't know.  I can't answer that.
 9  Q.   Was it the same year you were disciplined,
10  2005?
11  A.   No.
12  Q.   What incidents, Ms. Sanders, go into your
13  allegation of being harassed?
14  A.   Just everything that they were doing.
15  Q.   Is it the things that we've already talked
16  about in your deposition?
17  A.   Yes.
18  Q.   What incidents support your allegation of
19  sexual harassment?
20  A.   This was put in because of the being
21  subjected to the things that -- like Tammy
22  bringing the cake in that was inappropriate, them
23  coming in at Hatch with their thongs showing was
0077
 1  inappropriate, you know.
 2  Q.   What else?
```
Page 29

sandersstephanie110206

```
 3   A.    That's all I can think of right now.
 4   Q.    Okay. So your sexual harassment allegation
 5   relates to Tammy Caldwell bringing in an
 6   inappropriate cake to the plant?
 7   A.    Being subjected to that. It's not
 8   appropriate. No one wants to see stuff like that.
 9   Q.    Did you see the cake?
10   A.    I might have -- I saw it, but I cannot tell
11   you the color or anything like that. But I
12   glanced at it and did like this (demonstrating).
13   Q.    Did you make a complaint about the cake?
14   A.    No.
15   Q.    Tell me about the thong showing that you say
16   was sexual harassment.
17   A.    They came in on night shift at Hatch, and
18   she -- Tammy Caldwell -- had on this pink outfit,
19   shades and all, and pulled up her shirt and showed
20   people that she had the thong to match it.
21   Q.    Could you see the thong before she pulled up
22   her shirt?
23   A.    I didn't. Now, she had on a jacket. This
0078
 1   was during cold weather, so she had on a jacket
 2   and a shirt. Now, if you could see it when she
 3   took the jacket off, I'm pretty sure you could.
 4   The shirt matched her pants. The end of her
 5   shirt, the inside shirt matched her pants. It
 6   didn't overlap. And she had on a jacket that
 7   overlapped.
 8   Q.    So she actually pulled up her jacket?
 9   A.    Right.
10   Q.    And you saw this?
11   A.    Yes.
12   Q.    Other than Tammy Caldwell, who else engaged
13   in that type of inappropriate behavior?
14   A.    That particular incident?
15   Q.    The thong showing.
16   A.    That they were showing off their outfits? I
17   don't know. Because when Tammy did that, I walked
18   out. Our shift -- well, they were coming in and
19   our shift was leaving.
20   Q.    Did you make a complaint about Ms. Caldwell?
21   A.    I didn't complain about it. I was not on
22   shift with her. But somebody complained. Because
23   when the next crew got ready to go to Hatch,
0079
 1   Deborah said something about wear -- something
 2   about "modesty" clothes. You know, she briefed
 3   everybody on how they better dress appropriately
 4   over there and we're not going to have the same
 5   thing that happened last time.
 6   Q.    Was that the next year?
 7   A.    It was the next outage. I don't know if it
 8   was, per se, the next year.
 9   Q.    Is that the only way that you know that
10   someone complained about Ms. Caldwell wearing the
11   thong in to work?
12   A.    Yes. I overheard that. We had lunch. And
13   the next crew that was going to Hatch, she called
14   them in the little commons area between our break
15   room and the foreman's office.
16         And where I sit, I could hear her telling
17   them about the inappropriate dress from the last
```

Page 30