# EXHIBIT C

Janell McDowell                                              9-9-05

Follow up on DML

**Attendees**:  Deborah Crutchfield, Mark Freeman, Janell McDowell, and Shelley Murrell

On 9-9-05, a follow-up meeting was held with Janelle McDowell to discuss the progress of her DML.
Mark reviewed the outline of the DML and Janelle was asked how she thought she was doing with her progress.  She said that, like she told Randy Johnson, she would come to work and not say anything and just do her job.  Deborah told her that wasn't the case and she WAS expected to communicate to her foremen and that her cold behavior and lack of participation in the morning briefings was unacceptable.
She said she felt like SHE was being harassed if she was expected to participate in the morning briefings when no one else had to and she was being singled out and harassed by us.

Shelley told her she wasn't being singled out at all, that she didn't have to SAY anything during the morning briefings, but that she was expected to show that she is paying attention like everyone else by at least looking at the person conducting the meeting and looking at a foreman when they give the job assignments out.  She was specifically told that her behavior of sitting with her hard hat on, looking down, and turned sideways with her bag on her lap and never looking at the foreman conducting the meeting was contributing to the "chilled" environment she was placed on the DML for creating.
She was told that when a foreman addresses her she is expected to look at them and acknowledge them.  For example, when someone passes her in the plant and says "hi" it would be expected to get a response and not be ignored. This behavior is all part of a "chilled" environment.
Mark asked her if she understood our concerns about her attitude and she said "*I hear what you're saying.*"  (She never said "I understand")
When Mark asked if she felt like the foremen specifically were doing anything to her to treat her "unfairly" or "disrespectfully", she replied "NO COMMENT".
It was evident during the meeting that she does not agree that she has a problem with her attitude, she feels like she is being singled out and harassed by her foremen, but won't discuss it.
She was told by Mark that her attitude had to improve and she had to show respect and be civil to other people.  She said "ok, no problem".


Mark Freeman                            9-9-05