# EXHIBIT D

plant and says "hi" it would be expected to get a response and not be ignored. This behavior is all part of a "chilled" environment.
Mark asked her if she understood our concerns about her attitude and she said *"I hear what you're saying."* (She never said "I understand")
When Mark asked if she felt like the foremen specifically were doing anything to her to treat her "unfairly" or "disrespectfully", she replied "NO COMMENT".
It was evident during the meeting that she does not agree that she has a problem with her attitude, she feels like she is being singled out and harassed by her foremen, but won't discuss it.
She was told by Mark that her attitude had to improve and she had to show respect and be civil to other people. She said "ok, no problem".

Janelle consistently displays behavior inconsistent with an inclusive work environment by not acknowledging people when she is spoken to and not practicing the basic civil behavior of returning a greeting when seen on plant site. Janelle has displayed a lack of "desire to develop mutual respect between employees and management, and between all people with whom we work" as quoted from the Memorandum of Agreement between Southern Nuclear Operating Company and Local 796 of the IBEW. This was demonstrated by her having encouraged the job steward to meet with a co-worker regarding items that she or others felt the co-worker needed to change. The comments and her conduct indicated she is attempting to create a division between the employees and supervision.

Given the above events and circumstances it is recommended that Janelle be terminated. There has been a total disregard for the items that were listed in her Decision Making Leave and what is contractually in the IBEW contract.

Deborah Crutchfield
Facilities Supervisor   9-13-05

Janelle McDowell:                              9-13-05

Subject:  Janelle McDowell's Status


This letter is written to make a recommendation that Janelle McDowell be terminated. The reason for termination is based upon the following events:

1. Janelle was placed on a DML on 8-16-05 for harassment of a co-worker; failure to follow work instructions; lack of loyalty, competitiveness and efficiency.
2. On 8-24-05 Janelle displayed behaviors contributing to a "chilled" work environment in the morning meeting. She kept her hardhat on, her reflective safety glasses, and held her personal bag on her lap. Her hardhat is the "wide brimmed" one and she kept her head down during the entire meeting. When the foreman handed out job assignments, she just put out her hand to take it and didn't even look up. During the course of the meeting a letter of thanks from the fire administrator to one of our helpers was read for a job well done. She never looked up during the whole meeting to acknowledge anything that was said or show any interest in what was being said.
3. On 9-9-05, Deborah Crutchfield said "Good Morning" to Janelle and Janelle didn't respond in any way. Deborah then said "Good Morning, Janelle" directly to her from close up and she still didn't reply.
4. On 9-9-05, a follow-up meeting was held with Janelle to discuss her progress. Janelle was invited to sit down but chose to stand with her arms folded leaning up against a desk. The follow up meeting is summarized as follows:
    Mark reviewed the outline of the DML and Janelle was asked how she thought she was doing with her progress. She said that, like she told Randy Johnson, she would come to work and not say anything and just do her job. Deborah told her that wasn't the case and she WAS expected to communicate to her foremen and that her cold behavior and lack of participation in the morning briefings was unacceptable.
    She said she felt like she was being harassed if she was expected to participate in the morning briefings when no one else had to and she was being singled out and harassed by us.
    Shelley told her she wasn't being singled out at all, that she didn't have to SAY anything during the morning briefings, but that she was expected to show that she is paying attention like everyone else by at least looking at the person conducting the meeting and looking at a foreman when they give the job assignments out. She was specifically told that her behavior of sitting with her hard hat on, looking down, and turned sideways with her bag on her lap and never looking at the foreman conducting the meeting was contributing to the "chilled" environment she was placed on the DML for creating.
    She was told that when a foreman addresses her she is expected to look at them and acknowledge them. For example, when someone passes her in the