# EXHIBIT E

Management Discussion Guide – Janell McDowell

On August 16, 2005, you were administered a Decision Making Leave regarding harassment of a co-worker; failure to follow work instructions; and lack of loyalty, competitiveness, and efficiency. During the discussion and in the follow up letter to you, the expectations going forward were made clear as were the consequences. Unfortunately, you have chosen not to meet those expectations. On August 24th, in the morning staff meeting your conduct was unacceptable, you showed no interest; showed disrespect for management leading the meeting; and did not properly acknowledge work assignments given to you. On September 9th during a follow-up meeting on your DML, your comments indicated that you do not have the total commitment required to remain an employee. Consequently, effective today, September 16, 2005, your employment with SNC is terminated.