# EXHIBIT F



# PERFORMANCE PLAN & SUMMARY

| | |
|---:|:---|
| Employee Name: | Janell McDowell |
| Employee Title: | Facilities Helper |
| Supervisor Name: | Mark Freeman |
| Supervisor Title: | Facilities Foreman |
| Location: | Farley Nuclear |
| Performance Period: | 1/1/2005 thru 12/31/2005 |

This document has 3 parts:
*(Click on the appropriate hyperlink for further instructions and to access the desired section)*

1. Business Results
2. Behaviors
3. Development

## Performance Plan Discussion

Supervisor Signature/Date:

Employee Signature/Date:

## Midyear Discussion

Supervisor Signature/Date:

Employee Signature/Date:

## Year-end Summary

Performance Summary:
- ☐ Expectations Clearly Exceeded
- ☐ Expectations Fully Met
- ☐ Expectations Not Fully Met

Supervisor Signature/Date:

Employee Signature/Date:

McDowell v. Southern Nuclear
238

Version 4.0-11/04



# Business Results

*Instructions*
- Business results are the specific expectations of an employee within a performance period.
- Document one expectation on a page. For additional pages click on "New Business Results Page" on the tool bar above. Do this before entering content. (Option: Document all expectations in one box. Document performance vs. expectations in one box, including separate ratings for each expectation.)

## Results Expected

1. Safety Goals for Team:
   - Have no human performance errors causing a trip / transient / radiation release.
   - Maintain dose and contamination less than team goal.
   - Have no injures that lead to a clock reset.

2. Reliability Goals for Team:
   - Have no plant trip / transient due to maintenance planning and execution.
   - Have no missed Firewatches
   - Have intolerance for equipment failure. Take proactive measures to improve equipment reliability and instill this attitude in your team members.
   - Promote maintenance ownership with facility group equipment
   - Support the plants Maintenance Work Orders and be accountable to complete per scheduled dates.
   - Support the Farley Material Condition Inspection specific deficiencies and be held accountable to complete per scheduled dates when assigned.

3. Cost Goals for Team:
   - Promptly return unused materials to supervisor or supply chain.
   - Don't throw away equipment such as mop heads, trash bags, etc. that can be used again.
   - Don't waste chemicals that you use. Always plan ahead.
   - Be held accountable to clean up work area, shop area, equipment and vehicles at the end of the shifts.

4. Diversity Goal for Team:
   - Encourage different perspectives and respect differences.

5. Learning Organization for Team:
   - Write CR's at low threshold.
   - Turn in Daily Assignment Sheets at the end of each shift.
   - Maintain > 95% completion rate and feedback on Daily Assignment Sheet of work performed

McDowell v. Southern Nuclear
239



| Performance Versus Expectations | |
|---|---|
| *Midyear Discussion:*<br>-Janell has worked consistently without any safety violations, injuries, human performance events or clock reset events.<br>-Janell hasn't missed a firewatch and wasn't instrumental in any plant trip events because of her job functions.<br>-Janell is attentive during her duties and aware of plant conditions.<br>-Janell has brought to the attention of supervision equipment conditions, plant materiel condition and communicates to her fellow co-workers of her discoveries. | Clearly Exceeded |
| | Fully Met<br>X |
| | Not Fully Met |
| | |

| Performance Versus Expectations | |
|---|---|
| *Year-end Summary:*<br><br>Janelle was placed on a Decision Making Leave on 8-16-05 for creating a hostile work environment.<br>Details of her behavior and attitude are documented in her DML.<br>Janelle has swapped job assignments after being instructed not to by FAC supervision, which impedes supervision from holding people accountable for their job assignments. | Clearly Exceeded |
| | Fully Met |
| | Not Fully Met<br>x |
| | |

McDowell v. Southern Nuclear
240

Version 4.0-11/04



| Behaviors |
|---|

***Instructions***
- All employees are expected to demonstrate Southern Style.
- To help focus team performance it may be helpful to identify specific behaviors under each of the three Southern Style areas.
- The rating scale has been simplified to "fully met" and "not fully met" since some behaviors are either demonstrated or they are not.

**Behaviors Expected** *(add more specific behaviors as needed)*
- Demonstrate Southern Style
- Support the company's policy of maintaining an open, fair and inclusive work environment.
- Be accountable to execute performance management effectively.
- Act as an example and mentor to enhance the development of my fellow workers.
- Model the use of the Human Performance Tools.
- Industrial Safety: **Target Zero – Every Job Every Day - Safely**
    a) Be responsible for performing work in a safe manner which includes following all requirements of the Safety and Health Manual and all safety and health related procedures, instructions and guidelines.
    b) Observe other employees to ensure that they are following safe work practices and advising those employees in the proper practices.
    c) Be responsible for looking for safety hazards, correcting any you can and, for those that can not be corrected, protecting other employees from injury by the hazard while reporting it to their supervisor. Write CRs to address these types of hazards.
    d) Report injuries and illnesses to your supervisor as soon as they occur. An accident report must be completed within 24 hours of reporting the injury / illness.
    e) Drive safely when performing assigned duties.

| **Performance Versus Expectations** | |
|---|---|
| *Midyear Discussion*<br>-Janell has demonstrated Southern Style as a work style. She is very honest, speaks openly, candid, and treats all that she comes in contact with respect.<br>-Janell Supported the Hatch 2005 Spring Outage and received a letter for a job well done. (See Attached letter)<br>-Janell has not been involved in any human performance or safety issues. | Fully Met **X**<br><br>Not Fully Met |

| **Performance Versus Expectations** | |
|---|---|
| *Year-end Summary:*<br>Since the last week of July, 2005, Janelle has demonstrated attitudes and behaviors inconsistent with the Southern Style. Instead of supporting the company policy of maintaining an open, fair, and inclusive work environment, she has created a hostile work environment, the details of which are documented in her DML.<br>After being placed on the DML, she continued to demonstrate behaviors contributing to a "chilled" environment, and when spoken to about this, she refused to acknowledge there was a problem. This was demonstrated and documented in her DML follow-up discussion. | Fully Met<br><br>Not Fully Met **x** |

McDowell v. Southern Nuclear
241

Version 4.0-11/04

EMPLOYEE CHECK-OUT RECORD

NAME: Janell McDowell   DATE: 9-16-05

CLASSIFICATION: Helper

DEPARTMENT: Facilities Mgnt

| GROUP | DATE | SIGNATURE OF PROCESSOR |
|---|---|---|
| SECURITY-BADGE/DECAL | 9-16-05 | C. Johnson |
| IMS-LAN ID/PHONE ACCESS | 9-16-05 | f-notice will be sent to Billy H. |
| DOSIMETRY-WHOLE BODY COUNT | 9-16-05 | Deral Mann |
| CONCERNS COORDINATOR | 9-16-05 | advised ques will be sent |
| ADMIN-EMPLOY/EXIT/ID (COLLECT LOANS IF APPLICABLE) | 9-16-05 | C. Johnson |

MAILING ADDRESS (CHANGE IN SHIPS)

Same

_Janell McDowell_  9/16/05
EMPLOYEE                DATE

_Deborah Crutchfield_  9/16/05
GROUP SUPERVISOR        DATE

_____
ASSISTANT GENERAL MGR   DATE

_____
GENERAL MANAGER         DATE

TELEPHONE NUMBER  Same

**RETURN FORM TO BETH FREEMAN/ADMIN OFFICE**

check.doc

McDowell v. Southern Nuclear
230

# SOUTHERN NUCLEAR OPERATING COMPANY
## TERMINATION/TRANSFER CHECKLIST

Employee Name    Janell McDowell

Job Title    Helper

Department Name    Facilities-Maint

**Please ensure that the following items have been discussed prior to the departure date of the employee.**

✓ Advise employee to contact Hewitt & Associates (1-888-435-7563) for details on Insurance and Benefit changes (termination only)

✓ Advise employee to contact Merrill Lynch (1-800-369-9890) for details on ESP/ESOP {termination only}

N/A Ensure cash advances are paid to a zero balance (Lynn Weems x 7169)

✓ Ensure employee loans are cleared (merchandise loans, energy loans, etc Lynn Weems x 7169) {termination only}

✓ Ensure personal telephone charges are cleared

N/A Ensure company-issued home computer is returned

✓ Collect keys, manuals, books, company property, etc.

N/A Collect engineering documents, software, and drawings

N/A Collect telephone credit cards, pager(s)/cellular phones

N/A Collect VISA card (return to Lynn Weems x 7169)

✓ Collect security badge(s) and corporate badge and return to ___given to Deborah___

✓ Complete Performance Summary and return to Human Resources (to be filed in personnel file) {termination only}

N/A Check out with Health Physics (whole body count)

N/A If you have a NRC "L" Clearance, contact the Facility Security Officer for SF-312 Security Debriefing Acknowledgement

✓ Contact Information Resources for telephone or workstation equipment changes

✓ Contact ___Tom Pelham___ for Exit Interview

N/A Check transition pay (human resources) {termination only}

✓ Timekeeper should pay employee for any unused vacation and/or banked holidays on last pay check {termination only}

Please sign below after these items have been discussed with the employee, and **return this form to Human Resources.**

Supervisor/Manager ___Nidrah Critchfield___    Date 9-16-05

Employee ___Janell McDowell___    Date 9-16-05

Rev. 7/14/04

McDowell v. Southern Nuclear
231

# Orientation Checklist
## Southern Nuclear Operating Company

**Name (Last, First Middle):** McDowell, Janell
**Date Employed:** 4/20/98
**Department:** Security
**Monthly Salary:** [redacted]
**System Transfer:** ☐  **New Employee:** ☒
**Covered:** ☐  **Non-Covered:** ☒

## PERSONNEL

### COMPANY POLICY
- *jm* Probationary Period
- *jm* Performance Appraisals
  Initial and Subsequent Reviews
- *jm* Rate of Pay & Pay Reviews
  Pay Range and Timing of Reviews
- *jm* Work Schedule
  Hours, Days, Overtime, Absences
- *jm* Resignation
  Two Week Notice Required

### SAFETY & HEALTH
- *jm* Safety Rules & Work Practices
  Proper Clothing, Accident Reporting, Work Rules
- *jm* Alcohol & Drug Policy
  Fitness-For-Duty
- *jm* Employee Assistance Program
- *jm* Physical Examination
- *jm* Wellness/Fitness Program
- *jm* Smoking Policy
- *jm* Worker's Compensation

### SECURITY
- *jm* Identification Badge
- *jm* Security Rules & Practices
  Key Control, Security of Equipment & Facilities
- *jm* Parking

### EMPLOYEE RELATIONS
- *jm* Equal Opportunity
  Affirmative Action, Harrassment
- *jm* Employee Concerns Program
  Policy, Procedures
- *jm* Employee Communications
  Bulletin Boards, SYNOPSIS, Newsletter
- *jm* Positive Discipline Program

### CAREER DEVELOPMENT
- *jm* Educational Assistance
  Tuition Refund, Home Study
- *jm* Transfers and Promotions
  Job Posting System, Eligibility

### GENERAL INFORMATION
- *jm* Change of Address/Personal Data
- *jm* Inclement Weather Policy
- *jm* Employee/Total Compensation Handbook

## BENEFITS

### MEDICAL INSURANCE PROGRAM
- *jm* Group Health Care Plan
- *jm* COBRA Notice

### LIFE INSURANCE PLANS
- *jm* Non-Contributory Life Insurance
- *jm* Contributory Life Insurance
- *jm* Dependent Life Insurance

### ACCIDENT INSURANCE PLANS
- *jm* Accidental Death & Dismemberment
- *jm* Business Travel Insurance

### DISABILITY INSURANCE PLANS
- *jm* Long-Term Disability Insurance
- *jm* Accident & Sickness Insurance

### FLEXIBLE BENEFITS PLAN
- *jm* Before Tax/After Tax Premiums
- *jm* Flexible Spending Account — tax saver
- *jm* COBRA Notice

### SICK LEAVE PROGRAM
- *jm* Sick Leave
- *jm* Extended Sick Leave

### CAPITAL ACCUMULATION PLANS
- *jm* Employee Savings Plan
- *jm* Employee Stock Ownership Plan

### RETIREMENT
- *jm* Pension Plan

### OTHER BENEFIT PROGRAMS
- *jm* Holidays
- *jm* Vacation
- *jm* Service Awards
- *jm* Credit Union
- *jm* Energy Loans/Appliance Purchases
- *jm* Discount Vision Plan
- *jm* Savings Bonds
- *jm* Computer Loan Program
- *jm* Miscellaneous Time Off
  (Voting, Jury Duty, Death-In-Family)

McDowell v. Southern Nuclear
232

---

**HR Representative Initials** _____ **Date** _____
**HR Representative Initials** _____ **Date** _____
**Employee Initials:** jm  **Date:** 4/20/98

ORIGINAL - PERSONNEL FILE,   CANARY COPY - BENEFITS FILE,   PINK COPY - EMPLOYEE

Form No. 6-0428