# EXHIBIT G



SOUTHERN
COMPANY
*Energy to Serve Your World*

| **Performance Versus Expectations** | Clearly Exceeded |
|---|---|
| *Midyear Discussion:* | |
| -*Janell has worked consistently without any safety violations, injuries, human performance events or clock reset events.* | |
| -*Janell hasn't missed a firewatch and wasn't instrumental in any plant trip events because of her job functions.* | **Fully Met** |
| -*Janell is attentive during her duties and aware of plant conditions.* | X |
| -*Janell has brought to the attention of supervision equipment conditions, plant materiel  condition and communicates to her fellow co-workers of her discoveries. .* | **Not Fully Met** |

| **Performance Versus Expectations** | Clearly Exceeded |
|---|---|
| *Year-end Summary:* | |
| Janelle was placed on a Decision Making Leave on 8-16-05 for creating a hostile work environment. | **Fully Met** |
| Details of her behavior and attitude are documented in her DML. | |
| Janelle has swapped job assignments after being instructed not to by FAC supervision, which impedes supervision from holding people accountable for their job assignments. | **Not Fully Met** |
| | x |

McDowell v. Southern Nuclear
240

Version 4.0-11/04



SOUTHERN COMPANY
Energy to Serve Your World

| **Behaviors** |
|---|

## Instructions

- All employees are expected to demonstrate Southern Style.
- To help focus team performance it may be helpful to identify specific behaviors under each of the three Southern Style areas.
- The rating scale has been simplified to "fully met" and "not fully met" since some behaviors are either demonstrated or they are not.

**Behaviors Expected** *(add more specific behaviors as needed)*
- Demonstrate Southern Style
- Support the company's policy of maintaining an open, fair and inclusive work environment.
- Be accountable to execute performance management effectively.
- Act as an example and mentor to enhance the development of my fellow workers.
- Model the use of the Human Performance Tools.
- Industrial Safety: **Target Zero – Every Job Every Day - Safely**
  a) Be responsible for performing work in a safe manner which includes following all requirements of the Safety and Health Manual and all safety and health related procedures, instructions and guidelines.
  b) Observe other employees to ensure that they are following safe work practices and advising those employees in the proper practices.
  c) Be responsible for looking for safety hazards, correcting any you can and, for those that can not be corrected , protecting other employees from injury by the hazard while reporting it to their supervisor. Write CRs to address these types of hazards.
  d) Report injuries and illnesses to your supervisor as soon as they occur. An accident report must be completed within 24 hours of reporting the injury / illness.
  e) Drive safely when performing assigned duties.

| **Performance Versus Expectations** | **Fully Met** |
|---|---|
| *Midyear Discussion*<br>-Janell has demonstrated Southern Style as a work style.  She is very honest, speaks openly, candid, and treats all that she comes in contact with respect.<br>-Janell Supported the Hatch 2005 Spring Outage and received a letter for a job well done. (See Attached letter)<br>-Janell has not been involved in any human performance or safety issues. | X |
| | **Not Fully Met** |

| **Performance Versus Expectations** | **Fully Met** |
|---|---|
| *Year-end Summary:*<br>Since the last week of July, 2005, Janelle has demonstrated attitudes and behaviors inconsistent with the Southern Style.  Instead of supporting the company policy of maintaining an open, fair, and inclusive work environment, she has created a hostile work environment, the details of which are documented in her DML.<br>After being placed on the DML, she continued to demonstrate behaviors contributing to a "chilled" environment, and when spoken to about this, she refused to acknowledge there was a problem. This was demonstrated and documented in her DML follow-up discussion. | |
| | **Not Fully Met**<br>x |

Version 4.0-11/04

**SOUTHERN COMPANY**
*Energy to Serve Your World®*



**SOUTHERN COMPANY**
*Energy to Serve Your World*

## Development

***Instructions***
- Identify what the employee is expected to do:
  - ⇨ meet requirements for success in *current job* – i.e. job-specific skills, knowledge & experience (Leader Performance Standards for leadership positions)
  - ⇨ demonstrate Southern Style
  - ⇨ work on meeting requirements for jobs in *career plan* – i.e. job specific skills, knowledge & experience (Leader Performance Standards for movement into leadership positions)
- Compare these expectations with what the employee has already demonstrated or achieved.
- Identify and prioritize key strengths and gaps. Be specific.
- Develop an action plan. Consider options, costs and potential benefits.

| **Key Strengths** *(ideally not more than 2)* | **Key Gaps** *(ideally not more than 2)* |
|---|---|
| 1. Performs tasks with little or no supervision<br>2. Knowledge of Facility Group Assignments<br>3. Dependable | 1. Housekeeping Accountability<br>2. Computer Programs/ Databases |

**Action Plan** *(can include time frame, resources & measures of success)*

1. Have no human performance issues or accidents that resets the clock
2. Focus on target zero—every day, every job, safely
3. Maintain the housekeeping standards world class and look for ways to improve the material condition of the plant
4. Maintain a good attendance record with no tardiness.
5. Have no vehicle accidents.
6. Become proficient in the following computer programs: Housekeeping, Catch Bag, and Syncpower
7. Supported Hatch 2005 Spring Outage

**Midyear Developmental Progress**
1. Janell had no human performance issues or accidents that resulted in a clock reset
2. Janell had no safety issues or injuries
3. Janell has maintained housekeeping standards.
4. Janell has a good attendance record.
5. Janell supported the Hatch 2005 Spring Outage.
6. Janell needs increased development in computer programs

McDowell v. Southern Nuclear
243

**Year-end Developmental Progress**
Janelle was terminated from employment on September 16, 2005.

Version 4.0-11/04

**SOUTHERN COMPANY**
*Energy to Serve Your World*

**Notes:**
**See attached letter from Hatch 2005 Spring Outage.**

McDowell v. Southern Nuclear
244



**SOUTHERN COMPANY**
*Energy to Serve Your World*

---

## PERFORMANCE PLAN & SUMMARY

| | |
|---|---|
| **Employee Name:** | Janell McDowell |
| **Employee Title:** | Facilities Helper |
| **Supervisor Name:** | Mark Freeman |
| **Supervisor Title:** | Facilities Foreman |
| **Location:** | Farley Nuclear |
| **Performance Period:** | 1/1/2005 thru 12/31/2005 |

**This document has 3 parts:**
*(Click on the appropriate hyperlink for further instructions and to access the desired section)*

1.  Business Results

2.  Behaviors

3.  Development

### Performance Plan Discussion

**Supervisor Signature/Date:**  *Mark Freeman*    1-28-05

**Employee Signature/Date:**  *Janell McDowell*    1/28/05

### Midyear Discussion

**Supervisor Signature/Date:**  *Mark Freeman*    7/12/05

**Employee Signature/Date:**  *Janell McDowell*    7/12/05

### Year-end Summary

**Performance Summary:**
- ☐ Expectations Clearly Exceeded
- ☐ Expectations Fully Met
- ☒ Expectations Not Fully Met

**Supervisor Signature/Date:**  *Deborah Crutchfield*    9-19-2005

**Employee Signature/Date:**

McDowell v. Southern Nuclear
237

Version 4.0-11/04

DC-15



SOUTHERN
COMPANY
*Energy to Serve Your World*

---

## PERFORMANCE PLAN & SUMMARY

|                        |                        |
|-----------------------:|:-----------------------|
| **Employee Name:**     | Janell McDowell        |
| **Employee Title:**    | Facilities Helper      |
| **Supervisor Name:**   | Mark Freeman           |
| **Supervisor Title:**  | Facilities Foreman     |
| **Location:**          | Farley Nuclear         |
| **Performance Period:**| 1/1/2005 thru 12/31/2005 |

**This document has 3 parts:**
*(Click on the appropriate hyperlink for further instructions and to access the desired section)*

1. Business Results
2. Behaviors
3. Development

### Performance Plan Discussion

Supervisor Signature/Date:

Employee Signature/Date:

### Midyear Discussion

Supervisor Signature/Date:

Employee Signature/Date:

### Year-end Summary

**Performance Summary:**

☐ Expectations Clearly Exceeded

☐ Expectations Fully Met

☐ Expectations Not Fully Met

Supervisor Signature/Date:

Employee Signature/Date:

McDowell v. Southern Nuclear
238

Version 4.0-11/04

**SOUTHERN COMPANY**

*Energy to Serve Your World*

| **Business Results** |
| --- |

<u>*Instructions*</u>
- Business results are the specific expectations of an employee within a performance period.
- Document one expectation on a page. For additional pages click on "New Business Results Page" on the tool bar above. Do this before entering content. (Option: Document all expectations in one box. Document performance vs. expectations in one box, including separate ratings for each expectation.)

---

<u>**Results Expected**</u>

1. Safety Goals for Team:
   - Have no human performance errors causing a trip / transient / radiation release.
   - Maintain dose and contamination less than team goal.
   - Have no injures that lead to a clock reset.

2. Reliability Goals for Team:
   - Have no plant trip / transient due to maintenance planning and execution.
   - Have no missed Firewatches
   - Have intolerance for equipment failure. Take proactive measures to improve equipment reliability and instill this attitude in your team members.
   - Promote maintenance ownership with facility group equipment
   - Support the plants Maintenance Work Orders and be accountable to complete per scheduled dates.
   - Support the Farley Material Condition Inspection specific deficiencies and be held accountable to complete per scheduled dates when assigned.

3. Cost Goals for Team:
   - Promptly return unused materials to supervisor or supply chain.
   - Don't throw away equipment such as mop heads, trash bags, etc. that can be used again.
   - Don't waste chemicals that you use. Always plan ahead.
   - Be held accountable to clean up work area, shop area, equipment and vehicles at the end of the shifts.

4. Diversity Goal for Team:
   - Encourage different perspectives and respect differences.

5. Learning Organization for Team:
   - Write CR's at low threshold.
   - Turn in Daily Assignment Sheets at the end of each shift.
   - Maintain > 95% completion rate and feedback on Daily Assignment Sheet of work performed

McDowell v. Southern Nuclear
239

Version 4.0-11/04