# EXHIBIT H

SOUTHERN COMPANY
*Energy to Serve Your World*

## Business Results

### *Instructions*
- Business results are the specific expectations of an employee within a performance period.
- Document one expectation on a page. For additional pages click on "New Business Results Page" on the tool bar above. Do this before entering content. (Option: Document all expectations in one box. Document performance vs. expectations in one box, including separate ratings for each expectation.)

### Results Expected

1. Safety Goals for Team:
   - Have no human performance errors causing a trip / transient / radiation release.
   - Maintain dose and contamination less than team goal.
   - Have no injures that lead to a clock reset.

2. Reliability Goals for Team:
   - Have no plant trip / transient due to maintenance planning and execution.
   - Have no missed Firewatches
   - Have intolerance for equipment failure. Take proactive measures to improve equipment reliability and instill this attitude in your team members.
   - Promote maintenance ownership with facility group equipment
   - Support the plants Maintenance Work Orders and be accountable to complete per scheduled dates.
   - Support the Farley Material Condition Inspection specific deficiencies and be held accountable to complete per scheduled dates when assigned.

3. Cost Goals for Team:
   - Promptly return unused materials to supervisor or supply chain.
   - Don't throw away equipment such as mop heads, trash bags, etc. that can be used again.
   - Don't waste chemicals that you use. Always plan ahead.
   - Be held accountable to clean up work area, shop area, equipment and vehicles at the end of the shifts.

4. Diversity Goal for Team:
   - Encourage different perspectives and respect differences.

5. Learning Organization for Team:
   - Write CR's at low threshold.
   - Turn in Daily Assignment Sheets at the end of each shift.
   - Maintain > 95% completion rate and feedback on Daily Assignment Sheet of work performed

McDowell v. Southern Nuclear
154

Version 4.0-11/04

**SOUTHERN COMPANY**
*Energy to Serve Your World*

| Performance Versus Expectations | |
|---|---|
| *Midyear Discussion:*<br>-Stephanie has demonstrated safety as a way of doing her daily tasks<br>-Stephanie missed no fire watches during this time period, had no injuries or human performance events.<br>-Stephanie exhibits good business sense and brings to the attention of supervision when there are financial or material waste.<br>- Stephanie experience makes her look at the working environment from different perspectives to enhance the Facility Group as a whole. | Clearly Exceeded<br><br>Fully Met<br>X<br><br>Not Fully Met |

| Performance Versus Expectations | |
|---|---|
| *Year-end Summary:*<br>-Stephanie has only written one CR this year.<br>-Stephanie has not demonstrated a support for the diversity goal for the team by encouraging different perspectives and respecting differences. She was placed on a written reminder for harassing a coworker on 8-17-05.<br>-Stephanie has swapped job assignments with coworkers without obtaining supervisor concurrence. This impedes supervisor's ability to hold individuals accountable for their actions. | Clearly Exceeded<br><br>Fully Met<br><br>Not Fully Met<br>x |

McDowell v. Southern Nuclear
155

Version 4.0-11/04

**SOUTHERN COMPANY**
*Energy to Serve Your World*

# Behaviors

*Instructions*
- All employees are expected to demonstrate Southern Style.
- To help focus team performance it may be helpful to identify specific behaviors under each of the three Southern Style areas.
- The rating scale has been simplified to "fully met" and "not fully met" since some behaviors are either demonstrated or they are not.

**Behaviors Expected** *(add more specific behaviors as needed)*
- Demonstrate Southern Style
- Support the company's policy of maintaining an open, fair and inclusive work environment.
- Be accountable to execute performance management effectively.
- Act as an example and mentor to enhance the development of my fellow workers.
- Model the use of the Human Performance Tools.
- Industrial Safety: **Target Zero – Every Job Every Day - Safely**
    a) Be responsible for performing work in a safe manner which includes following all requirements of the Safety and Health Manual and all safety and health related procedures, instructions and guidelines.
    b) Observe other employees to ensure that they are following safe work practices and advising those employees in the proper practices.
    c) Be responsible for looking for safety hazards, correcting any you can and, for those that can not be corrected, protecting other employees from injury by the hazard while reporting it to their supervisor. Write CRs to address these types of hazards.
    d) Report injuries and illnesses to your supervisor as soon as they occur. An accident report must be completed within 24 hours of reporting the injury / illness.
    e) Drive safely when performing assigned duties.

| Performance Versus Expectations | Fully Met | Not Fully Met |
|---|---|---|
| *Midyear Discussion* <br> - *Stephanie exhibits Southern Style with co-workers and other plant personnel as she performs her daily tasks. She's honesty and has sound integrity.* <br> -*Stephanie is always willing to lend a helping hand to explain a task or help with tasks with her co-workers.* <br> -*Stephanie support the Hatch 2005 Spring outage and received a letter commending her for her good work habits. (See Attached letter)* <br> -*Stephanie also received a letter while at Hatch from a fellow Farley employee working the 2005 Hatch Spring outage. (See Attached Letter)* | X | |

| Performance Versus Expectations | Fully Met | Not Fully Met |
|---|---|---|
| *Year-end Summary:* <br> - Stephanie does not support the company's policy of maintaining an open, fair and inclusive work environment. She had to be placed on a written reminder for harassment of certain coworkers. <br> - This behavior is contrary to the expectation of acting as an example and mentor to enhance the development of her fellow workers. | | x |

McDowell v. Southern Nuclear
156

Version 4.0-11/04

**SOUTHERN COMPANY**
*Energy to Serve Your World*

## Development

*Instructions*
- Identify what the employee is expected to do:
  - meet requirements for success in *current job* – i.e. job-specific skills, knowledge & experience (Leader Performance Standards for leadership positions)
  - demonstrate Southern Style
  - work on meeting requirements for jobs in *career plan* – i.e. job specific skills, knowledge & experience (Leader Performance Standards for movement into leadership positions)
- Compare these expectations with what the employee has already demonstrated or achieved.
- Identify and prioritize key strengths and gaps. Be specific.
- Develop an action plan. Consider options, costs and potential benefits.

| **Key Strengths** (ideally not more than 2) | **Key Gaps** (ideally not more than 2) |
|---|---|
| 1. Takes pride and ownership in all assigned tasks<br>2. Ability to work with others.<br>3. Dependable | 1. Housekeeping Accountability<br>2. Computer Programs/ Databases |

**Action Plan** *(can include time frame, resources & measures of success)*

1. Have no human performance issues or accidents that resets the clock
2. Focus on target zero—every day, every job
3. Maintain the housekeeping standards world class and look for ways to improve the material condition of the plant
4. Maintain a good attendance record with no tardiness.
5. Have no vehicle accidents.
6. Become proficient in the following computer programs: Housekeeping, Catch Bag, and Syncpower
7. Supported the Hatch 2005 Spring Outage

**Midyear Developmental Progress**
-Stephanie has met the majority of the Action items for this review. She has worked safely and reliable without injury to herself or her fellow workers.
-Stephanie has been dependable, reliable and has very consistent work habits.
-Stephanie supported the Hatch 2005 Spring outage. Stephanie received 2 letters for her performance. (See attached letters)
-Stephanie will continue to enhance her proficiency on the computer programs that are used.

**Year-end Developmental Progress**
-Stephanie has not demonstrated an ability to work well with others as she was placed on a written reminder for harassment of certain coworkers
-Stephanie has not been dependable in recent weeks, having been absent from work several times without notifying supervision. She has shown no accountability for maintaining a good attendance record.

## EMPLOYEE CHECK-OUT RECORD

NAME: _Stephanie Sanders_    DATE: _11-1-05_

CLASSIFICATION: _Helper - Fac_

DEPARTMENT: _Maintenance_

| GROUP | DATE | SIGNATURE OF PROCESSOR |
|---|---|---|
| SECURITY-BADGE/DECAL | — | notified Sec 11/2 |
| IMS-LAN ID/PHONE ACCESS | — | e-mailed IT 11/2 |
| DOSIMETRY-WHOLE BODY COUNT | — | — |
| CONCERNS COORDINATOR | — | Info mailed w/in a week. / e-mailed to 11/2 |
| ADMIN-EMPLOY/EXIT/ID (COLLECT LOANS IF APPLICABLE) | — | e-mailed Appl Sales 11/2 |

MAILING ADDRESS (CHANGE IN SHIPS)

_139 Candlewick Ct_

_Ozark, Al 36360_

_Terminated by Certified ltr_
EMPLOYEE                            DATE

_____
GROUP SUPERVISOR           DATE

_____
ASSISTANT GENERAL MGR    DATE

_____
GENERAL MANAGER            DATE

TELEPHONE NUMBER _____

**RETURN FORM TO BETH FREEMAN/ADMIN OFFICE**

check.doc

McDowell v. Southern Nuclear
142

# SOUTHERN NUCLEAR OPERATING COMPANY
# TERMINATION/TRANSFER CHECKLIST

Employee Name __Stephanie Sanders__

Job Title __Helper - Fac__

Department Name __Maintenance__

**Please ensure that the following items have been discussed prior to the departure date of the employee.**

___ Advise employee to contact Hewitt & Associates (1-888-435-7563) for details on Insurance and Benefit changes **(termination only)**

___ Advise employee to contact Merrill Lynch (1-800-369-9890) for details on ESP/ESOP {**termination only**}

___ Ensure cash advances are paid to a zero balance (Lynn Weems x 7169)

___ Ensure employee loans are cleared (merchandise loans, energy loans, etc Lynn Weems x 7169) {**termination only**}

___ Ensure personal telephone charges are cleared

___ Ensure company-issued home computer is returned

___ Collect keys, manuals, books, company property, etc.

___ Collect engineering documents, software, and drawings

___ Collect telephone credit cards, pager(s)/cellular phones

___ Collect **VISA** card (return to Lynn Weems x 7169)

___ Collect security badge(s) and corporate badge and return to _____

___ Complete Performance Summary and return to Human Resources (to be filed in personnel file) {**termination only**}

___ Check out with Health Physics (whole body count)

___ If you have a NRC "L" Clearance, contact the Facility Security Officer for SF-312 Security Debriefing Acknowledgement

___ Contact Information Resources for telephone or workstation equipment changes

___ Contact _____ for Exit Interview

___ Check transition pay (human resources) {**termination only**}

___ Timekeeper should pay employee for any unused vacation and/or banked holidays on last pay check {**termination only**}

Please sign below after these items have been discussed with the employee, and **return this form to Human Resources.**

Supervisor/Manager _____ Date _____

Employee __Terminated by Certified Ltr__ Date __11-1-05__

Rev. 7/14/04


SOUTHERN COMPANY

# PERFORMANCE PLAN & SUMMARY

| | |
|---:|:---|
| Employee Name: | Stephanie Sanders |
| Employee Title: | Facilities Helper |
| Supervisor Name: | Mark Freeman |
| Supervisor Title: | Facilities Foreman |
| Location: | Farley Nuclear |
| Performance Period: | 1/1/2005 thru 12/31/2005 |

**This document has 3 parts:** 1. Business Results
*(Click on the appropriate hyperlink for further instructions and to access the desired section)* 2. Behaviors
3. Development

## Performance Plan Discussion

Supervisor Signature/Date: *Mark Freeman*  1-28-05
Employee Signature/Date: *Stephanie Sanders*  1-28-05

## Midyear Discussion

Supervisor Signature/Date: *Mark Freeman*  7-13-05
Employee Signature/Date: *Stephanie Sanders*  7-13-05

## Year-end Summary

Performance Summary:
☐ Expectations Clearly Exceeded
☐ Expectations Fully Met
☒ Expectations Not Fully Met

Supervisor Signature/Date: *Deborah Crutchfield*  11-3-05
Employee Signature/Date:

McDowell v. Southern Nuclear
153

Version 4.0-11/04