# EXHIBIT I

Case 1:06-cv-00314-CSC    Document 34    Filed 01/23/2007    Page 1 of 2

Plant Farley

Box Number __3__

## H.R. SCANNING

Employee Name: __Caldwell, Tammy__

Employee Number: _____

Prepped By: __K.E. ROBERSON__   Date: __6-14-06__   Start _____ Stop _____

- [x] Application (Original) (Copy) / Application for Reinstatement, Applicant Data Forms, Authorization And Consent Forms, Application Acknowledgement and Consumer Report Disclosure and Authorization
- [ ] Employment Letter/Resignation Letter
- [ ] Temporary Employment Consent & Release Form Waiver
- [x] Confidentiality Agreement
- [x] Intellectual Property Agreement/Patent Agreement
- [ ] Non-Compete/Not-Solicitation Agreement
- [ ] Active Discipline Documentation
- [x] Performance management records, including performance plans, letter of Commendation, recommendation, complaints, and documentation of discipline (1999 to current Year only) 1999 ___ 2000 √ 2001 ___ 2002 √ 2003 √ 2004 √ 2005 ___
- [ ] DOT Consent and Release Form
- [ ] DOT Owner-Operator/Self-Offer Letter
- [ ] I-9
- [ ] Notice Concerning Crimes of Domestic Violence
- [ ] DD-214
- [ ] Drug and Alcohol Policy Acknowledgement
- [ ] EEO/Non – Harassment Policy Acknowledgement
- [ ] Personal History Report
- [ ] Safe Work Policy Acknowledgement

Scanned By: __KAR__   Date: __6/22/06__   Start __1:39__   Stop _____

Total Number of Pages: __56__

Verified By: _____   Date: __6-26-06__   Start __8:27__   Stop __8:32__

Total Number of Pages: __56__

Documentum Load Date: _____

Caldwell, Tammy M.
417292022

7 7 3 7 5 7