IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JANELL MCDOWELL and STEPHANIE SANDERS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:06-CV-314-CSC |
| SOUTHERN NUCLEAR OPERATING COMPANY, INC., | ) ) ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE A REPLY BRIEF**

Defendant Southern Nuclear Operating Company, Inc. ("Southern Nuclear"), files this Motion for Leave to File a Reply Brief in support of its previously filed Motion for Summary Judgment (Docs. 17-19) and in response to Plaintiffs' Opposition thereto. (Docs. 25-34). In support thereof, Southern Nuclear shows as follows:

1. Plaintiffs filed their Opposition to Southern Nuclear's Motion for Summary Judgment on January 23, 2007. Said Opposition contains several statements of fact and inferences that are unsupported by the record and are contrary to previously given testimony in this matter. Allowing Defendants to file a short reply brief will provide Southern Nuclear with the opportunity to clarify the record.

2. The attached reply brief is timely given that it is presented one day after Plaintiffs' filed their Opposition.

3.   In light of the foregoing, Southern Nuclear respectfully requests that it be allowed to file the attached reply brief in support of its previously filed Motion for Summary Judgment. Said reply brief is attached as Exhibit A.

Respectfully submitted this 24th day of January, 2007.

/s/ Brent T. Cobb
One of the Attorneys for Defendant,
Southern Nuclear Operating Company, Inc.

**OF COUNSEL:**

Lisa J. Sharp (SHA035)
Brent Cobb (COB020)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 24th day of January, 2007:

Attorney for Plaintiffs
Malcolm Newman
Post Office Box 6137
Dothan, Alabama 36302
(334) 792-2132 Telephone
Email: mnewman470@aol.com

                                                Respectfully submitted,

                                                /s/ Brent T. Cobb
                                                Lisa J. Sharp (SHA035)
                                                Brent Cobb (COB020)
                                                Attorney for Defendant, Southern Nuclear Operating Company
                                                BALCH & BINGHAM LLP
                                                Post Office Box 306
                                                Birmingham, AL 35201-0306
                                                Telephone: (205) 251-8100
                                                Facsimile: (205) 488-5708
                                                E-mail: lsharp@balch.com
                                                           bcobb@balch.com