# EXHIBIT J

Interviewed Tammy Caldwell on Wednesday, July 20, 2005 in Jim Parrish's office at ~1400.
People present were: Jim Parish, Deborah Crutchfield and Tammy Caldwell.

Jim asked her about her job: Tammy said the job was great.
Jim asked her about the people: Tammy feels like the people (peers are out to get her). They are very hard to work with. She talked about the black widow spider picture which she did not have with her because Jennifer White had the picture.
She feels she cannot enjoy her job because her co-workers are always out to get her.
She discussed the Ray Herrin incident: On July 15, 2005, Tammy was assigned SWIS fire watch and she went into the SSS office to pick up her firewatch book. After she left Ray Herrin called Shelley Murrell and told her that he just saw Tammy and that he did not think her sleeve length met the Safety and Health Manual requirements. He just wanted to make sure we treated everybody the same on dress attire (referring to the Phyllis incident). Shelley went to the SWIS to check out the situation and explained to Tammy what she was doing. Tammy's sleeve length met the Safety and Health requirements. Tammy said she just broke down and started crying because this was just another incident of how they were out to get her. Tammy said the Ray Herrin and Phyllis Hughes were good friends. She feels like everyone is watching her to get her in trouble. Co-workers writing things down in a book. She talked about they write things down so if someone gets disciplined they can bring up every little incident for showing them (Jen and Tammy) favoritism.
Tammy feels Phyllis, Janell and Stephanie have started trying to dig up junk saying the foreman are showing them favoritism because they have seen Tammy and Jennifer in the foremen's office.
Tammy said she went to Phyllis yesterday (Tuesday, July 19, 2005) and talked to her to see if she could try and get this straight. Tammy told Phyllis that she did not tell on her about her dress attire. Phyllis said she did not believe her and that she was going to get corporate involved and find out the truth. Phyllis said she knew that Tammy had told on her about the dress attire. Tammy talked about it being a mean and hostile environment.
Tammy said she has changed her attitude because she feels like she has to walk a straight line because they continue to bring up the past. Tammy says she feels the hate and discontent in the room. It is an eerie feeling. For example: The foreman told the helpers to turnover at the OSB. Leonard Russ told Phillip Avery that Tammy and another helper gave turnover in breezeway. Always trying to find petty stuff to keep the foreman distracted. They are constantly mad at them because they think Tammy and Jen told on Phyllis. Tammy said they are so mad at them. Tammy says that if she is in the foreman's office for 5 minutes they are saying she is sucking up or brown nosing the foremen. She feels like she can not go into the foremen's office and give input about her job because of the other helpers.
She said it's everyone's responsibility to work with each other with respect and in a civil environment.
Tammy feels like she could not even ask Phyllis for a pen. Phyllis said she knew that Tammy told on her and that she was going to get corporate involved. Phyllis mentioned that she didn't get in trouble for the cake incident. Tammy did say that the discussion with Phyllis on Tuesday was civil. She said she was sorry that the Facility group is still in this mess.

McDowell v. Southern Nuclear
401