IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANELL MCDOWELL and STEPHANIE SANDERS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   CIVIL ACTION NO. 1:06cv314-CSC ) |
| SOUTHERN NUCLEAR OPERATING COMPANY, INC., | ) ) ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the January 24, 2007, motion for leave to file a reply brief (doc. # 35) filed by the defendant. Upon consideration of the motion, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 25th day of January, 2007.

       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE