AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Janell McDowell and Stephanie Sanders

V.

Southern Nuclear Operating Company

**BILL OF COSTS**

Case Number: 1:06 CV 314-CSC

Judgment having been entered in the above entitled action on __2/02/2007__ against plaintiffs, Janell McDowell and Stephanie Sanders, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $4,797.42 (see Att.A) |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | $5.00 |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL | $4,802.42 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Mr. Malcolm Newman, Post Office Box 6137, Dothan, Alabama 36302

Signature of Attorney: _____

Name of Attorney: __Lisa J. Sharp__

For: __Southern Nuclear Operating Company__
Name of Claiming Party

Date: __February 12, 2007__

Costs are taxed in the amount of _____ and included in the judgment.

DEBRA P. HACKETT

Clerk of Court    By: _____    _____
                     Deputy Clerk       Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

## NOTICE

Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

See also Section 1920 of Title 28, which reads in part as follows:
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

The Federal Rules of Civil Procedure contain the following provisions:
Rule 54 (d)
  "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
  "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
  "Entry of the judgment shall not be delayed for the taxing of costs."

## Attachment A
*Janell McDowell and Stephanie Sanders v. Southern Nuclear Operating Company*
*1:06-CV-314-CSC*
Itemization of Deposition Costs

| **DEPOSITIONS & EXHIBITS** | **TOTAL** |
|---|---|
| Deposition of Janell McDowell (three day deposition: October 6th 2,006 and November 1-2, 2006) (Invoice Nos. 11051361, 11051986, 11051903) | $2258.30 |
| Videotaping services for Stephanie Sanders Deposition (Invoice Nos. 11052077, 11052078) | $1485.00 |
| Deposition of Stephanie Sanders (Invoice No. 11051986) | $ 1054.12 |
| **GRAND TOTAL =** | **$4797.42** |

890244.1



**LEGALINK**
A MERRILL COMPANY

1933 Richard Arrington Jr Blvd S   tel (205) 251-4200
Birmingham, AL 35209              tel (800) 888-3376
                                  fax (205) 252-5644

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 11051361 | 10/13/2006 | 1101-50679 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 10/06/2006 | NOAKCI | |

**CASE CAPTION**

McDowell & Sanders vs. Southern Nuclear Operating Co.

**TERMS**

Due upon receipt

Lisa Sharp
Balch & Bingham LLP
1710 6th Avenue North
Birmingham, AL 35203

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Janell McDowell                111 Pages @     3.05/Page      338.55
        Expedited 4 Day Delivery                                  238.64
        EXHIBITS                    33 Pages @      .35/Page       11.55
        ATTENDANCE                                                100.00
        TotalTranscript                                            40.00
        Compressed                                                 20.00
        Exhibit Tabs                  6.00      @        .20        1.20
        Word Index                                                  3.05
        E-Delivery                                                 25.00
        Processing Fee                                             15.00
        Delivery Local Regular                                     12.10

                               TOTAL   DUE   >>>>                 805.09
```

LegaLink can send your invoices and statements via email in PDF format!
If you would like to receive your invoices and/or statements via email, please contact
the Billing Coordinator at LegaLink, 205-251-4200. Thank you for your business.

TAX ID NO.:  20-2665382                                    (205) 251-8100    Fax  (205) 226-8798

*Please detach bottom portion and return with payment.*

Lisa Sharp
Balch & Bingham LLP
1710 6th Avenue North
Birmingham, AL 35203

Invoice No.:  11051361
Date       :  10/13/2006
**TOTAL DUE :     805.09**

Job No.   :  1101-50679
Case No.  :
McDowell & Sanders vs. Southern Nucl

Remit To:   LegaLink, Inc., A Merrill Company
            PO Box 538477
            Atlanta, GA 30353-8477



**BALCH & BINGHAM LLP**

# CHECK REQUEST FORM

Date Sent: 10/17/2006 1:22 PM

---

### INSTRUCTIONS TO SEND FORM VIA E-MAIL:
Go to File -> Send To -> Mail Recipient (as Attachment) -> Submit to appropriate person listed for your office location:
ATLANTA: Sherrie Rounsaville & Tamika Scott    BIRMINGHAM: Chelsea Brown    GULFPORT: Lori Brossett
HUNTSVILLE: Gail Perry                          JACKSON: Sharron Breland     MONTGOMERY: Jess Persons
WASHINGTON: Cecily Cooney
BIRMINGHAM TRUST CHECK REQUEST: Joyce Copeland

☐ **TRUST CHECK**

*Payee: LegaLink

Check Amount: $805.09

Practice Group: Labor and Employment

Client Name: Southern Nuclear

Matter Name: McDowell, Janell

Client-Matter Number: 083027-203FR

Attorney/Employee Name: Lisa Sharp

Attorney/Employee Number: 0152

| Description: *This will print on the client's bill.* | For deposition of Janell McDowell. |

| Date Needed: ASAP | Time Needed: |
| ☐ Return Check To: | ☐ Mail Check |

☐ **RUSH CHECK!** Include in next scheduled check processing.

| * If 1099 is required, complete the address and Federal ID #.  Federal ID #: | **Address:** P.O. Box 538477  Atlanta, GA 30353-8477 |

COMPASS BANK
OXFORD, ALABAMA (58)

**BALCH & BINGHAM LLP**
GENERAL ACCOUNT
POST OFFICE BOX 306
BIRMINGHAM, ALABAMA 35201

**267630**
(267630)

DATE: Oct 23, 2006

AMOUNT: $2,112.77

PAY TWO THOUSAND ONE HUNDRED TWELVE AND 77/100 DOLLARS

TO THE ORDER OF

Legalink Alabama
P.O. Box 538477
Atlanta, GA 30353-8477

TWO SIGNATURES REQUIRED IF OVER $500.00

MP
NOT VALID AFTER 6 MONTHS

⑈267630⑈ ⑆062205908⑆ 001 3466 7⑈

| 00011627 | | Legalink Alabama | CHECK DATE: 10/23/06 | 267630 |
|---|---|---|---|---|
| REF | INVOICE | DATE | INVOICE DESCRIPTION | AMOUNT PAID |
| 130280 | 11051482 | 10/18/06 | Invoice No. 11051482- Deposition of Paul Fields. | 1,307.68 |
| 130359 | 11051361 | 10/13/06 | For deposition of Janell McDowell. | 805.09 |



**LEGALINK**
A MERRILL COMPANY

1933 Richard Arrington Jr Blvd S   tel (205) 251-4200
Birmingham, AL 35209   tel (800) 888-3376
   fax (205) 252-5644

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 11052077 | 11/17/2006 | 1102-50887 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/02/2006 | ACKERI | 106CV314CSC |

| CASE CAPTION |
|---|
| Janell McDowell vs. Southern Nuclear Operating Company, |
| **TERMS** |
| Immediate |

Lisa Sharp
Balch & Bingham LLP
1710 6th Avenue North
Birmingham, AL 35203

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Stephanie Sanders
      ATTENDANCE              4.50 Hours                         582.50
      Tape Stock - Digital    2.00 Tapes @    35.00/Tape          70.00
      Legalink Viewer DVT     3.00 Hours @    95.00/Hour         285.00

                              TOTAL  DUE   >>>>                  937.50

Thank you, we appreciate your business!
```

TAX ID NO.: 20-2665382                                (205) 251-8100   Fax (205) 226-8798

*Please detach bottom portion and return with payment.*

Lisa Sharp
Balch & Bingham LLP
1710 6th Avenue North
Birmingham, AL 35203

```
Invoice No.: 11052077
Date       : 11/17/2006
TOTAL DUE  :    937.50


Job No.    : 1102-50887
Case No.   : 106CV314CSC
Janell McDowell vs. Southern Nuclear
```

Remit To:   LegaLink, Inc., A Merrill Company
            PO Box 538477
            Atlanta, GA 30353-8477



**LEGALINK**
A MERRILL COMPANY

1933 Richard Arrington Jr Blvd S   tel (205) 251-4200
Birmingham, AL 35209              tel (800) 888-3376
                                   fax (205) 252-5644

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 11052078 | 11/17/2006 | 1102-51140 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/03/2006 | ACKERI | 106CV314CSC |

| CASE CAPTION |
|---|
| Janell McDowell vs. Southern Nuclear Operating Company, |
| **TERMS** |
| Immediate |

Lisa Sharp
Balch & Bingham LLP
1710 6th Avenue North
Birmingham, AL 35203

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Stephanie Sanders
        ATTENDANCE              2.00 Hours                         370.00
        Tape Stock - Digital                                         35.00
        Legalink Viewer DVT     1.50 Hours @     95.00/Hour         142.50
                                                                -----------
                                TOTAL   DUE   >>>>                  547.50

Thank you, we appreciate your business!
```

TAX ID NO.:  20-2665382                              (205) 251-8100   Fax (205) 226-8798

*Please detach bottom portion and return with payment.*

---

Lisa Sharp
Balch & Bingham LLP
1710 6th Avenue North
Birmingham, AL 35203

```
Invoice No.:  11052078
Date       :  11/17/2006
TOTAL DUE  :      547.50


Job No.    :  1102-51140
Case No.   :  106CV314CSC
Janell McDowell vs. Southern Nuclear
```

Remit To:   LegaLink, Inc., A Merrill Company
            PO Box 538477
            Atlanta, GA 30353-8477



**BALCH & BINGHAM LLP**

# CHECK REQUEST FORM

Date Sent: 11/21/2006 12:32 PM

---

**INSTRUCTIONS TO SEND FORM VIA E-MAIL:**
Go to File -> Send To -> Mail Recipient (as Attachment) -> Submit to appropriate person listed for your office location:
ATLANTA: Sherrie Rounsaville & Tamika Scott   BIRMINGHAM: Chelsea Brown   GULFPORT: Lori Brossett
HUNTSVILLE: Gail Perry            JACKSON: Sharron Breland        MONTGOMERY: Jess Persons
WASHINGTON: Cecily Cooney
BIRMINGHAM TRUST CHECK REQUEST: Joyce Copeland

☐ **TRUST CHECK**

**\*Payee:** Legalink

**Check Amount:** $1485.00

**Practice Group:** Labor and Employment

**Client Name:** Southern Nuclear

**Matter Name:** McDowell, Janell

**Client-Matter Number:** 083027-203FR

**Attorney/Employee Name:** Lisa J. Sharp

**Attorney/Employee Number:** 0152

| **Description:** *This will print on the client's bill.* | For videotaping services for the deposition of Stephanie Sanders. |
|---|---|

| **Date Needed:** | **Time Needed:** |
|---|---|
| ☐ Return Check To: | ☒ Mail Check |

☐ **RUSH CHECK!** Include in next scheduled check processing.

| \* If 1099 is required, complete the address and Federal ID #.  **Federal ID #:** | **Address:** 1933 Richard Arrington Jr. Blvd. S. Birmingham, AL 35209 |
|---|---|



**LEGALINK**
A MERRILL COMPANY

1933 Richard Arrington Jr Blvd S
Birmingham, AL 35209

tel (205) 251-4200
tel (800) 888-3376
fax (205) 252-5644

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 11051986 | 11/15/2006 | 1101-50886 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 11/02/2006 | NOAKCI | 106CV314CSC |

| CASE CAPTION |
|---|
| Janell McDowell vs. Southern Nuclear Operating Compan |
| TERMS |
| Immediate |

Lisa Sharp
Balch & Bingham LLP
1710 6th Avenue North
Birmingham, AL 35203

Please note our new Federal Employer Identification Number 20-2665382, and update your records if necessary. If you have any questions, please contact your local LegaLink, Inc., office.

TAX ID NO.: 20-2665382

(205) 251-8100   Fax (205) 226-8798

*Please detach bottom portion and return with payment.*

Lisa Sharp
Balch & Bingham LLP
1710 6th Avenue North
Birmingham, AL 35203

Invoice No.: 11051986
Date        : 11/15/2006
**TOTAL DUE** :   1,847.18

Job No.  : 1101-50886
Case No. : 106CV314CSC
Janell McDowell vs. Southern Nuclear

Remit To:   **LegaLink, Inc., A Merrill Company**
            **PO Box 538477**
            **Atlanta, GA 30353-8477**



**LEGALINK**
A MERRILL COMPANY

1933 Richard Arrington Jr Blvd S  tel (205) 251-4200
Birmingham, AL 35209  tel (800) 888-3376
 fax (205) 252-5644

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 11051986 | 11/15/2006 | 1101-50886 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/02/2006 | NOAKCI | 106CV314CSC |

**CASE CAPTION**

Janell McDowell vs. Southern Nuclear Operating Compan

**TERMS**

Immediate

Lisa Sharp
Balch & Bingham LLP
1710 6th Avenue North
Birmingham, AL 35203

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Janell McDowell                          110 Pages @      3.05/Page       335.50
        Expedited 5 Day Delivery                                              203.51
        EXHIBITS                             151 Pages @       .35/Page        52.85
        ATTENDANCE                                                            100.00
        TotalTranscript                                                        40.00
        Compressed                                                             20.00
        Exhibit Tabs                          23.00       @       .20           4.60
        Word Index                            12.00       @      3.05          36.60
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Stephanie Sanders                        170 Pages @      3.05/Page       518.50
        Expedited 5 Day Delivery                                              314.52
        EXHIBITS                             100 Pages @       .35/Page        35.00
        ATTENDANCE                                                             50.00
        TotalTranscript                                                        40.00
        Compressed                                                             20.00
        Exhibit Tabs                          24.00       @       .20           4.80
        Word Index                            16.00       @      3.05          48.80
        Processing Fee                                                         15.00
        Delivery Local Regular                                                  7.50

                                    TOTAL   DUE   >>>>                      1,847.18
```

TAX ID NO.: 20-2665382                                    (205) 251-8100   Fax (205) 226-8798



**BALCH & BINGHAM LLP**

# CHECK REQUEST FORM

Date Sent: 11/20/2006 2:46 PM

---

### INSTRUCTIONS TO SEND FORM VIA E-MAIL:
Go to File -> Send To -> Mail Recipient (as Attachment) -> Submit to appropriate person listed for your office location:
ATLANTA: Sherrie Rounsaville & Tamika Scott   BIRMINGHAM: Chelsea Brown   GULFPORT: Lori Brossett
HUNTSVILLE: Gail Perry                        JACKSON: Sharron Breland     MONTGOMERY: Jess Persons
WASHINGTON: Cecily Cooney
BIRMINGHAM TRUST CHECK REQUEST: Joyce Copeland

☐ **TRUST CHECK**

*Payee: LegaLink

Check Amount: $1,847.18

Practice Group: Labor and Employment

Client Name: Southern Company

Matter Name: McDowell, Janell

Client-Matter Number: 083027-203FR

Attorney/Employee Name: Lisas Sharp

Attorney/Employee Number: 0152

| Description: *This will print on the client's bill.* | For deposition transcript of plaintiff McDowell, Day 2 and plaintiff Stephanie Sander expedited for use at additional depo and sj preparation. |
|---|---|
| **Date Needed:** | **Time Needed:** |
| ☐ Return Check To: | ☒ Mail Check |

☐ **RUSH CHECK!** Include in next scheduled check processing.

| ✱ If 1099 is required, complete the address and Federal ID #. | **Address:** 1933 Richard Arrington Jr. Blvd.S  Birmingham, AL 35209 |
|---|---|
| **Federal ID #:** | |



**LEGALINK**
A MERRILL COMPANY

1933 Richard Arrington Jr Blvd S
Birmingham, AL 35209

tel (205) 251-4200
tel (800) 888-3376
fax (205) 252-5644

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 11051903 | 11/09/2006 | 1101-50885 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/01/2006 | THEBAN | 106CV314CSC |

**CASE CAPTION**

Janell McDowell vs. Southern Nuclear Operating Compan

**TERMS**

Immediate

Lisa Sharp
Balch & Bingham LLP
1710 6th Avenue North
Birmingham, AL 35203

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Janell McDowell                159 Pages @      3.05/Page       484.95
       ATTENDANCE                                                    50.00
       TotalTranscript                                               40.00
       Compressed                                                    20.00
       Word Index               14.00         @      3.05            42.70
       Processing Fee                                                15.00
       Delivery Local Regular                                         7.50

                                    TOTAL   DUE   >>>>              660.15
```

LegaLink can send your invoices and statements via email in PDF format!
If you would like to receive your invoices and/or statements via email, please contact
the Billing Coordinator at LegaLink, 205-251-4200. Thank you for your business.

TAX ID NO.: 20-2665382                                        (205) 251-8100   Fax (205) 226-8798

*Please detach bottom portion and return with payment.*

Lisa Sharp
Balch & Bingham LLP
1710 6th Avenue North
Birmingham, AL 35203

```
                                    Invoice No.:  11051903
                                    Date        :  11/09/2006
                                    TOTAL DUE   :     660.15


                                    Job No.     :  1101-50885
                                    Case No.    :  106CV314CSC
                                    Janell McDowell vs. Southern Nuclear
```

Remit To:   **LegaLink, Inc., A Merrill Company**
            **PO Box 538477**
            **Atlanta, GA 30353-8477**

# B B
## BALCH & BINGHAM LLP

# CHECK REQUEST FORM

Date Sent: 11/20/2006 2:44 PM

**INSTRUCTIONS TO SEND FORM VIA E-MAIL:**
Go to File -> Send To -> Mail Recipient (as Attachment) -> Submit to appropriate person listed for your office location:
ATLANTA: Sherrie Rounsaville & Tamika Scott   BIRMINGHAM: Chelsea Brown   GULFPORT: Lori Brossett
HUNTSVILLE: Gail Perry        JACKSON: Sharron Breland        MONTGOMERY: Jess Persons
WASHINGTON: Cecily Cooney
BIRMINGHAM TRUST CHECK REQUEST: Joyce Copeland

☐ TRUST CHECK

*Payee: LegaLink

Check Amount: $660.15

Practice Group: Labor and Employment

Client Name: Southern Company

Matter Name: McDowell, Janell

Client-Matter Number: 083027-203FR

Attorney/Employee Name: Lisas Sharp

Attorney/Employee Number: 0152

| Description: *This will print on the client's bill.* | For deposition transcript of plaintiff McDowell, Day 1. |
|---|---|

| Date Needed: | Time Needed: |
|---|---|
| ☐ Return Check To: | ☒ Mail Check |

☐ **RUSH CHECK!** Include in next scheduled check processing.

| * If 1099 is required, complete the address and Federal ID #.  Federal ID #: | **Address:** 1933 Richard Arrington Jr. Blvd.S  Birmingham, AL 35209 |
|---|---|

**BALCH & BINGHAM LLP**
GENERAL ACCOUNT
POST OFFICE BOX 306
BIRMINGHAM, ALABAMA 35201

COMPASS BANK
OXFORD, ALABAMA (58)

**269172**
(269172)

DATE: Nov 22, 2006

AMOUNT: $4,700.43

PAY FOUR THOUSAND SEVEN HUNDRED AND 43/100 DOLLARS

TO THE ORDER OF

Legalink Alabama
P.O. Box 538477
Atlanta, GA 30353-8477

TWO SIGNATURES REQUIRED IF OVER $500.00

MP
NOT VALID AFTER 6 MONTHS

⑈269172⑈ ⑆062205908⑆ 001 3466 7⑈

| 00011627 | | Legalink Alabama | CHECK DATE: 11/22/06 | 269172 |
|---|---|---|---|---|
| REF | INVOICE | DATE | INVOICE DESCRIPTION | AMOUNT PAID |
| 132973 | 11052077 | 11/17/06 | For videotaping services for the deposition Stephanie Sanders | 937.50 |
| 132974 | 11052078 | 11/03/06 | For videotaping services for the deposition Stephanie Sanders | 547.50 |
| 132975 | 11052017 | 11/15/06 | Depo costs for Lorraine Hellier's depo | 708.10 |
| 132976 | 11051986 | 11/15/06 | | 1,847.18 |
| 132977 | 11051903 | 11/09/06 | | 660.15 |