IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANELL MCDOWELL AND STEPHANIE SANDERS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SOUTHERN NUCLEAR )<br>OPERATING COMPANY, INC., )<br>)<br>Defendant. | CIVIL ACTION NO.<br>1:06-cv-314-CSC |

## NOTICE OF APPEAL

Come now Plaintiffs Janell McDowell and Stephanie Sanders and give Notice that they Appeal the Judgment of February 2, 2007.

                                            Malcolm R. Newman, Attorney, P.C.

                                            /s/ Malcolm R. Newman
                                            Malcolm R. Newman (NEW017)
                                            Attorney for Plaintiff
                                            P.O. Box 6137
                                            Dothan, Alabama 36302
                                            (334) 792-2132
                                            ASB-2826-M39M