**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

March 2, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style: JANELL MCDOWELL, ET AL VS. SOUTHERN NUCLEAR OPERATING COMPANY, INC.

Case Number: 1:06cv314-CSC
DOCUMENT #43

Reference is made to document #43 filed electronically by counsel which did not contain his electronic signatures.

The corrected pdf document is attached to this Notice.