IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANELL MCDOWELL AND STEPHANIE SANDERS, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHERN NUCLEAR OPERATING COMPANY, INC., <br><br> Defendant. | CIVIL ACTION NO. <br> 1:06-cv-314-CSC |

## NOTICE OF APPEAL

Come now Plaintiffs Janell McDowell and Stephanie Sanders and give Notice that they Appeal the Judgment of February 2, 2007.

Malcolm R. Newman, Attorney, P.C.

/s/ Malcolm R. Newman
Malcolm R. Newman (NEW017)
Attorney for Plaintiff
P.O. Box 6137
Dothan, Alabama 36302
(334) 792-2132
ASB-2826-M39M